UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLD LADDER LITIGATION CO., LLC, as Litigation Designee on behalf of the Liquidation Trust,<br><br>    Plaintiff,<br><br>    v.<br><br>INVESTCORP BANK B.S.C.; INVESTCORP S.A.; INVESTCORP INTERNATIONAL, INC.; INVIFIN, S.A.; INVESTCORP INVESTMENT EQUITY LIMITED; INVESTCORP HOLDINGS LIMITED; INVESTCORP WERNER HOLDINGS L.P.; STEPUP LIMITED (GENERAL PARTNER OF INVESTCORP WERNER HOLDINGS L.P.); OWNERSHIP HOLDINGS LIMITED; C.P. HOLDINGS LIMITED; SIPCO LIMITED; BALLET LIMITED; DENARY LIMITED; GLEAM LIMITED; HIGHLANDS LIMITED; NOBLE LIMITED; OUTRIGGER LIMITED; QUILL LIMITED; RADIAL LIMITED; SHORELINE LIMITED; ZINNIA LIMITED; CIP LIMITED; STEP INVESTMENTS LIMITED; WL HOLDINGS LIMITED; EQUITY WERA LIMITED; CLIMBING PRODUCTS LIMITED; LADDER EQUITY LIMITED; WERNER EQUITY LIMITED; WERNER INVESTMENTS LIMITED; WERNER IIP LIMITED; ANNISVILLE LIMITED; COOPERSTOWN LIMITED; FRISCO LIMITED; PLATEA LIMITED;<br><br>CRAIG R. WERNER FAMILY LIMITED PARTNERSHIP (CRAIG WERNER – GENERAL PARTNER); ROBERT I. WERNER - IRREV. TRUST DATED 8/30/94 (RONALD WERNER – ADMINISTRATIVE TRUSTEE); RICHMOND DRIVE ENTERPRISES, L.P. (RICHARD WERNER AND LOIS WERNER – GENERAL PARTNERS); MICHAEL E. WERNER REVOCABLE | Case No.  08cv0876<br><br><br>**AFFIDAVIT OF SERVICE** |

TRUST, U/A/D 1/2/96 (MICHAEL WERNER – TRUSTEE); BRUCE D. WERNER – TRUST (BRUCE WERNER – TRUSTEE); ELIZABETH W. ACKERMAN TRUST DTD 12/18/67 (JEFFREY R. ACKERMAN, SUCCESSOR TRUSTEE); ERIC J. WERNER; ALLIGATOR PARTNERS, L.P. (HOWARD SOLOT AND JANET SOLOT – GENERAL PARTNERS); MICHAEL J. SOLOT; DONALD M. WERNER; RONALD E. WERNER; DENNIS G. HEINER; THE HEINER FAMILY TRUST (DENNIS HEINER AND MARGO HEINER – TRUSTEES); MINDY WERNER ALTER; ELISE W. FROST; FLORENCE J. WERNER - IRREV. TRUST DATED 10/7/94 (RONALD WERNER, MARC WERNER AND MICHAEL WERNER – TRUSTEES); GAIL RAUCH BLACKMAN; BRUCE D. WERNER FAMILY LIMITED PARTNERSHIP (BRUCE WERNER – MANAGING GENERAL PARTNER); IRA AND ELISE FROST FAMILY LIMITED PARTNERSHIP (ELISE FROST – GENERAL MANAGING PARTNER); RONI S. ROSATI; NOEL BERK-RAUCH; GERALD R. WHIPMAN; HOWARD L. SOLOT; ISABELLE N. WERNER; SOPHIA K. WERNER; AGNES BONTE FRANCOIS; WERNER-ALTER, LLC (MINDY WERNER ALTER – MANAGER); JANET F. SOLOT; BEVERLY WERNER NEEDHAM; MARSHA BETH KARP; EDWARD A. POLLACK; EDWARD POLLACK, POA MLW; ROBERT I. WERNER; LAURA WERNER; LAURA W. WERNER REVOCABLE TRUST, U/A/D 1/2/96 (LAURA WERNER – TRUSTEE); RANKELL FAMILY TRUST (STEVEN RANKELL – TRUSTEE); STEVEN RANKELL; MARC L. WERNER; RICHMOND J. ROSATI; RYAN GREGORY ROSATI; ROSS DANIEL ROSATI; RAUCH TRUST (ALEENA SHAPIRO – TRUSTEE); PETER R. O'COIN; ELISSA SCHWARTZ; SUZANNE SCHWARTZ; JONATHAN C. WERNER GIFT TRUST U/A/D/ 11/1/96 (JEFFREY WEISMAN – TRUSTEE);

STEPHANIE N. WERNER GIFT TRUST U/A/D 11/1/96 (JEFFREY WEISMAN – TRUSTEE); VINCENT J. GARCELL LIVING TRUST (VINCENT J. GARCELL & KAREN R. GARCELL, TRUSTEES); BARBARA L. WERNER; ASHLEY ELIZABETH WERNER; JEFFREY ADDISON WERNER; WERNER GC TRUST FOR ERIN (BEVERLY WERNER NEEDHAM- TRUSTEE); ERIN JOY RYAN; WERNER GC TRUST FOR SHANNON (BEVERLY WERNER NEEDHAM – TRUSTEE); SHANNON ROSE RYAN; MICHAEL E. WERNER; ALLISON TYLER KARP; FLORENCE J. WERNER; MARGOT A. WERNER GIFT TRUST U/A/D 11/1/96 (LAURA WERNER – TRUSTEE); STEWART CHARITABLE REMAINDER UNITRUST (GARY STEWART - TRUSTEE); STEWART CHARITABLE REMAINDER UNITRUST (ILENE STEWART – TRUSTEE); ROBERT A. ROSATI; JEFFREY R. ACKERMAN; LEE L. BASILOTTA; MICHEL FRANCOIS; ELLEN BERK-RAUCH; MELANIE R. WERNER; HEATHER BLACKMAN; KAREN LYNN MOSESKA; BARBARA L. WERNER; ELI BERK-RAUCH; HANNA BERK- RAUCH; CLAIRE FRANCOIS; JAMES ANDRE FRANCOIS; TAMMY H. WERNER; DONALD E. ACHENBACH; DAVID A. CARDILLO; MELISSA S. KARP; J. DAVID GOLDBLATT; JUNE GOLDBLATT; CLAUDE J. FRANCOIS; PHILLIP F. TIDY; GARY L. STEWART; RICHARD D. BONTE; VERA BONTE; MARLANE T. KRANE; DEBRA A. ROTHMAN; MARGARET E. BONTE; ANNE L. WERNER RESIDUARY TRUST (TIMOTHY F. BURKE – TRUSTEE); GARCELL 1997 UNITRUST DTD 12/19/1997; MAURICE WEINER; ANNE L. WERNER RESIDUARY TRUST – EX (TIMOTHY F. BURKE – TRUSTEE); NOVAK PARTNERSHIP, AKA A CALIFORNIA LIMITED PARTNERSHIP (ALYCE NOVAK – TRUSTEE); ALYCE NOVAK; JOSHUA J. ROTHMAN; KEVIN MATTHEW ROTHMAN; PAULA J. GRIFFITH; HENRY W. DOWLER; VINCENT A.

GENIS; MATTHEW W. WEISS; STEVEN R. BENTSON; WILLIAM J. RIPPIN; DAVID C. MCGOWAN; BRAD J. GELLIS; MICHAEL E. TRZYNKA; LARRY V. FRIEND; EDWARD W. GERICKE; JOHN J. FIUMEFREDDO; MICHAEL D. BROOKS; JORDANA ROTHMAN; LINDA C. JOUBERT; ERIC A. MASON;  JASON S. KRANE; BRUCE B. FISHER; WILLIAM C. HAZLETT; NEAL R. MARTIN; DENNIS J. JOHNSON; JEREMY M. KAPLAN; RACHAEL A. KAPLAN; BETH KATZ; SUSAN MORROW; DAVID M. CONN; MARC L. WERNER - IRREVOCABLE TRUST 1 (RICHARD WERNER AND DONNA S. WERNER – TRUSTEES); THE ESTATE OF MAX HANFLING (EDWARD A. POLLACK – EXECUTOR); HERMAN H. LISS; KARRAH KAPLAN; DEBORAH ANN KAPLAN TRUST U/D 14 JANUARY 1998 (JEREMY M. KAPLAN – TRUSTEE); JUDITH LILY KAPLAN TRUST U/D 14 JANUARY 1998 (JEREMY M. KAPLAN – TRUSTEE); JULIA E. KAPLAN; NEIL D. KAPLAN; ROBERT H. PINNEY; JESSICA Z. JOUBERT; MICHAEL D. WISE; SARA P. GRAHAM; CARLY KRANE; RICHARD M. KELLY; SHIRLEY W. RAUCH TRUST (SHIRLEY RAUCH, STANLEY RAUCH, AND MARLANE KRONE – TRUSTEES); FRANCESCA GIANOGLIO BONTE; ALESSANDRA BONTE; KELLY SINON; SUZANNE ROSEN; DEBORAH KAPLAN; JUDITH KAPLAN;

VINCENT J. GARCELL; SYLVIA S. KAPLAN; BETH MORROW; ILENE STEWART; STANLEY S. RAUCH TRUST; BRUCE D. WERNER; CRAIG R. WERNER TRUST; ELIZABETH WERNER TRUST, N.C.B.; LOIS S. WERNER REVOCABLE TRUST; RICHARD L. WERNER REVOCABLE TRUST; DOROTHY M. WHIPMAN; CRAIG WERNER;

DANA SNYDER; JAMES BAKER; PETER NOLAN; CHRISTOPHER STADLER; THOMAS SULLIVAN;

| |
|---|
| MICHAEL WONG; JAMES HARDYMON; JAMES EGAN; CHARLES MARQUIS; MAMOUN ASKARI; STEPHEN TEMPINI; <br><br> STEVEN RICHMAN; DONALD RESNICK; TIMOTHY LEWIS; CHRISTOPHER FILARDI; JOHN REMMERS; KEVIN WALZ; JOHN J. DYLIK; WENDY A. MEIKLE; LISA A. PRESSLER; DOUGLAS BATES; GEORGE KOERNER; JOHN THIGPEN <br><br> LEONARD GREEN & PARTNERS, L.P.; LGP MANAGEMENT INC.; GREEN EQUITY INVESTORS III, L.P.; WERNER CO–INVESTMENT LLC; <br><br> MURRAY DEVINE & CO., INC.; LOUGHLIN MEGHJI & CO., INC.; AND DOES 1 THROUGH 300, INCLUSIVE, <br><br>          Defendants. |

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

      **PATRICIA ASHMAN,** being duly sworn, deposes and says:  that she resides in Bronx, New York; that she is over the age of twenty-one years and that she is not a party to this proceeding.

      That on the 1st day of February, 2008, deponent caused to be served by First Class Mail: 1) the **COMPLAINT,** 2) **RULE 7.1 STATEMENT**, 3) **SUMMONS IN A CIVIL ACTION,** 4) **CIVIL COVER SHEET**, 5) **INDIVIDUAL PRACTICES OF HON. RICHARD M. BERMAN**, 6) **INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE THEODORE H. KATZ**  and 7) **GUIDELINES FOR ELECTRONIC CASE FILING**, upon the following parties listed as Exhibit A, by depositing a true copy thereof, enclosed in a prepaid

properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                              __/s/ Patricia Ashman_____
                                                                     Patricia Ashman

Sworn to before me this
4th day of February, 2008

__/s/ Na'eem Conway_____
  Notary Public, State of New York
  No. 01C06110667
  Qualified in New York County
  Commission Expires June 1, 2008

**Exhibit A**

## Service List

| | |
|---|---|
| Marc W. Rappel, Esq.<br>Elliot B. Gipson, Esq.<br>Latham & Watkins LLP<br>633 West Fifth Street, Suite 4000<br>Los Angeles, CA  90071-2007 | Robert J. Dehney, Esq.<br>Gregory W. Werkheiser, Esq.<br>Curtis S. Miller, Esq.<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>Wilmington, DE  19801 |
| David B. Stratton, Esq.<br>Evelyn J. Meltzer, Esq.<br>Pepper Hamilton LLP<br>1313 Market Street, Suite 5100<br>P.O. Box 1709<br>Wilmington, DE  19899-1709 | Anthony W. Clark, Esq.<br>Jason M. Liberi, Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>P.O. Box 636<br>Wilmington, DE  19899-0636 |