UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLD LADDER LITIGATION CO., LLC, as Litigation Designee on behalf of the Liquidation Trust,<br><br>        Plaintiff,<br><br>    v.<br><br>INVESTCORP BANK B.S.C.; INVESTCORP S.A.; INVESTCORP INTERNATIONAL, INC.; INVIFIN, S.A.; INVESTCORP INVESTMENT EQUITY LIMITED; INVESTCORP HOLDINGS LIMITED; INVESTCORP WERNER HOLDINGS L.P.; STEPUP LIMITED (GENERAL PARTNER OF INVESTCORP WERNER HOLDINGS L.P.); OWNERSHIP HOLDINGS LIMITED; C.P. HOLDINGS LIMITED; SIPCO LIMITED; BALLET LIMITED; DENARY LIMITED; GLEAM LIMITED; HIGHLANDS LIMITED; NOBLE LIMITED; OUTRIGGER LIMITED; QUILL LIMITED; RADIAL LIMITED; SHORELINE LIMITED; ZINNIA LIMITED; CIP LIMITED; STEP INVESTMENTS LIMITED; WL HOLDINGS LIMITED; EQUITY WERA LIMITED; CLIMBING PRODUCTS LIMITED; LADDER EQUITY LIMITED; WERNER EQUITY LIMITED; WERNER INVESTMENTS LIMITED; WERNER IIP LIMITED; ANNISVILLE LIMITED; COOPERSTOWN LIMITED; FRISCO LIMITED; PLATEA LIMITED;<br><br>CRAIG R. WERNER FAMILY LIMITED PARTNERSHIP (CRAIG WERNER – GENERAL PARTNER); ROBERT I. WERNER - IRREV. TRUST DATED 8/30/94 (RONALD WERNER – ADMINISTRATIVE TRUSTEE); RICHMOND DRIVE ENTERPRISES, L.P. (RICHARD WERNER AND LOIS WERNER – GENERAL PARTNERS); MICHAEL E. WERNER REVOCABLE | Case No. 08cv0876<br><br><br>**AFFIDAVIT OF SERVICE** |

TRUST, U/A/D 1/2/96 (MICHAEL WERNER – TRUSTEE); BRUCE D. WERNER – TRUST (BRUCE WERNER – TRUSTEE); ELIZABETH W. ACKERMAN TRUST DTD 12/18/67 (JEFFREY R. ACKERMAN, SUCCESSOR TRUSTEE); ERIC J. WERNER; ALLIGATOR PARTNERS, L.P. (HOWARD SOLOT AND JANET SOLOT – GENERAL PARTNERS); MICHAEL J. SOLOT; DONALD M. WERNER; RONALD E. WERNER; DENNIS G. HEINER; THE HEINER FAMILY TRUST (DENNIS HEINER AND MARGO HEINER – TRUSTEES); MINDY WERNER ALTER; ELISE W. FROST; FLORENCE J. WERNER - IRREV. TRUST DATED 10/7/94 (RONALD WERNER, MARC WERNER AND MICHAEL WERNER – TRUSTEES); GAIL RAUCH BLACKMAN; BRUCE D. WERNER FAMILY LIMITED PARTNERSHIP (BRUCE WERNER – MANAGING GENERAL PARTNER); IRA AND ELISE FROST FAMILY LIMITED PARTNERSHIP (ELISE FROST – GENERAL MANAGING PARTNER); RONI S. ROSATI; NOEL BERK-RAUCH; GERALD R. WHIPMAN; HOWARD L. SOLOT; ISABELLE N. WERNER; SOPHIA K. WERNER; AGNES BONTE FRANCOIS; WERNER-ALTER, LLC (MINDY WERNER ALTER – MANAGER); JANET F. SOLOT; BEVERLY WERNER NEEDHAM; MARSHA BETH KARP; EDWARD A. POLLACK; EDWARD POLLACK, POA MLW; ROBERT I. WERNER; LAURA WERNER; LAURA W. WERNER REVOCABLE TRUST, U/A/D 1/2/96 (LAURA WERNER – TRUSTEE); RANKELL FAMILY TRUST (STEVEN RANKELL – TRUSTEE); STEVEN RANKELL; MARC L. WERNER; RICHMOND J. ROSATI; RYAN GREGORY ROSATI; ROSS DANIEL ROSATI; RAUCH TRUST (ALEENA SHAPIRO – TRUSTEE); PETER R. O'COIN; ELISSA SCHWARTZ; SUZANNE SCHWARTZ; JONATHAN C. WERNER GIFT TRUST U/A/D/ 11/1/96 (JEFFREY WEISMAN – TRUSTEE);

STEPHANIE N. WERNER GIFT TRUST U/A/D 11/1/96 (JEFFREY WEISMAN – TRUSTEE); VINCENT J. GARCELL LIVING TRUST (VINCENT J. GARCELL & KAREN R. GARCELL, TRUSTEES); BARBARA L. WERNER; ASHLEY ELIZABETH WERNER; JEFFREY ADDISON WERNER; WERNER GC TRUST FOR ERIN (BEVERLY WERNER NEEDHAM- TRUSTEE); ERIN JOY RYAN; WERNER GC TRUST FOR SHANNON (BEVERLY WERNER NEEDHAM – TRUSTEE); SHANNON ROSE RYAN; MICHAEL E. WERNER; ALLISON TYLER KARP; FLORENCE J. WERNER; MARGOT A. WERNER GIFT TRUST U/A/D 11/1/96 (LAURA WERNER – TRUSTEE); STEWART CHARITABLE REMAINDER UNITRUST (GARY STEWART - TRUSTEE); STEWART CHARITABLE REMAINDER UNITRUST (ILENE STEWART – TRUSTEE); ROBERT A. ROSATI; JEFFREY R. ACKERMAN; LEE L. BASILOTTA; MICHEL FRANCOIS; ELLEN BERK-RAUCH; MELANIE R. WERNER; HEATHER BLACKMAN; KAREN LYNN MOSESKA; BARBARA L. WERNER; ELI BERK-RAUCH; HANNA BERK-RAUCH; CLAIRE FRANCOIS; JAMES ANDRE FRANCOIS; TAMMY H. WERNER; DONALD E. ACHENBACH; DAVID A. CARDILLO; MELISSA S. KARP; J. DAVID GOLDBLATT; JUNE GOLDBLATT; CLAUDE J. FRANCOIS; PHILLIP F. TIDY; GARY L. STEWART; RICHARD D. BONTE; VERA BONTE; MARLANE T. KRANE; DEBRA A. ROTHMAN; MARGARET E. BONTE; ANNE L. WERNER RESIDUARY TRUST (TIMOTHY F. BURKE – TRUSTEE); GARCELL 1997 UNITRUST DTD 12/19/1997; MAURICE WEINER; ANNE L. WERNER RESIDUARY TRUST – EX (TIMOTHY F. BURKE – TRUSTEE); NOVAK PARTNERSHIP, AKA A CALIFORNIA LIMITED PARTNERSHIP (ALYCE NOVAK – TRUSTEE); ALYCE NOVAK; JOSHUA J. ROTHMAN; KEVIN MATTHEW ROTHMAN; PAULA J. GRIFFITH; HENRY W. DOWLER; VINCENT A.

GENIS; MATTHEW W. WEISS; STEVEN R. BENTSON; WILLIAM J. RIPPIN; DAVID C. MCGOWAN; BRAD J. GELLIS; MICHAEL E. TRZYNKA; LARRY V. FRIEND; EDWARD W. GERICKE; JOHN J. FIUMEFREDDO; MICHAEL D. BROOKS; JORDANA ROTHMAN; LINDA C. JOUBERT; ERIC A. MASON;  JASON S. KRANE; BRUCE B. FISHER; WILLIAM C. HAZLETT; NEAL R. MARTIN; DENNIS J. JOHNSON; JEREMY M. KAPLAN; RACHAEL A. KAPLAN; BETH KATZ; SUSAN MORROW; DAVID M. CONN; MARC L. WERNER - IRREVOCABLE TRUST 1 (RICHARD WERNER AND DONNA S. WERNER – TRUSTEES); THE ESTATE OF MAX HANFLING (EDWARD A. POLLACK – EXECUTOR); HERMAN H. LISS; KARRAH KAPLAN; DEBORAH ANN KAPLAN TRUST U/D 14 JANUARY 1998 (JEREMY M. KAPLAN – TRUSTEE); JUDITH LILY KAPLAN TRUST U/D 14 JANUARY 1998 (JEREMY M. KAPLAN – TRUSTEE); JULIA E. KAPLAN; NEIL D. KAPLAN; ROBERT H. PINNEY; JESSICA Z. JOUBERT; MICHAEL D. WISE; SARA P. GRAHAM; CARLY KRANE; RICHARD M. KELLY; SHIRLEY W. RAUCH TRUST (SHIRLEY RAUCH, STANLEY RAUCH, AND MARLANE KRONE – TRUSTEES); FRANCESCA GIANOGLIO BONTE; ALESSANDRA BONTE; KELLY SINON; SUZANNE ROSEN; DEBORAH KAPLAN; JUDITH KAPLAN;

VINCENT J. GARCELL; SYLVIA S. KAPLAN; BETH MORROW; ILENE STEWART; STANLEY S. RAUCH TRUST; BRUCE D. WERNER; CRAIG R. WERNER TRUST; ELIZABETH WERNER TRUST, N.C.B.; LOIS S. WERNER REVOCABLE TRUST; RICHARD L. WERNER REVOCABLE TRUST; DOROTHY M. WHIPMAN; CRAIG WERNER;

DANA SNYDER; JAMES BAKER; PETER NOLAN; CHRISTOPHER STADLER; THOMAS SULLIVAN;

| |
|---|
| MICHAEL WONG; JAMES HARDYMON; JAMES EGAN; CHARLES MARQUIS; MAMOUN ASKARI; STEPHEN TEMPINI; <br><br> STEVEN RICHMAN; DONALD RESNICK; TIMOTHY LEWIS; CHRISTOPHER FILARDI; JOHN REMMERS; KEVIN WALZ; JOHN J. DYLIK; WENDY A. MEIKLE; LISA A. PRESSLER; DOUGLAS BATES; GEORGE KOERNER; JOHN THIGPEN <br><br> LEONARD GREEN & PARTNERS, L.P.; LGP MANAGEMENT INC.; GREEN EQUITY INVESTORS III, L.P.; WERNER CO–INVESTMENT LLC; <br><br> MURRAY DEVINE & CO., INC.; LOUGHLIN MEGHJI & CO., INC.; AND DOES 1 THROUGH 300, INCLUSIVE, <br><br> Defendants. |

STATE OF NEW YORK       )
                                              ) ss.:
COUNTY OF NEW YORK  )

**PATRICIA ASHMAN,** being duly sworn, deposes and says:  that she resides in Bronx, New York; that she is over the age of twenty-one years and that she is not a party to this proceeding.

That on the 31st day of January, 2008, deponent served by First Class Mail: 1) the **COMPLAINT,** 2) **RULE 7.1 STATEMENT**, 3) **SUMMONS IN A CIVIL ACTION,** 4) **CIVIL COVER SHEET**, 5) **INDIVIDUAL PRACTICES OF HON. RICHARD M. BERMAN**, 6) **INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE THEODORE H. KATZ**  and 7) **GUIDELINES FOR ELECTRONIC CASE FILING**, upon the following parties listed as Exhibit A, by depositing a true copy thereof, enclosed in a prepaid properly

addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                                 __/s/ Patricia Ashman_____
                                                                     Patricia Ashman

Sworn to before me this
4th day of February, 2008

__/s/ Na'eem Conway_____
  Notary Public, State of New York
  No. 01C06110667
  Qualified in New York County
  Commission Expires June 1, 2008

**Exhibit A**

# OLD LADDER LITIGATION CO., LLC
## v.
# INVESTCORP BANK B.S.C., INC. *et al.*

|  | NAME | STREET ADDRESS | CITY | STATE OR COUNTRY | ZIP CODE |
|---|---|---|---|---|---|
| 1. | AGNES BONTE FRANCOIS | 10 Bis Ave, De La Prise D'eau | Le Vesinet | FRANCE | 78110 |
| 2. | ALESSANDRA BONTE | 3605 54th Drive West #201 | Bradenton | FL | 34210 |
| 3. | ALLIGATOR PARTNERS, L.P. (HOWARD SOLOT AND JANET SOLOT – GENERAL PARTNERS) | 573 Wedgewood Way | Naples | FL | 34119 |
| 4. | ALLISON TYLER KARP | 748 Wild Dunes Court | Riverwoods | IL | 60015 |
| 5. | ALYCE NOVAK | 1111 Blanc Court | Pleasanton | CA | 94566 |
| 6. | ANNE L. WERNER RESIDUARY TRUST – EX (TIMOTHY F. BURKE – TRUSTEE) | 920 Oliver Building | Pittsburgh | PA | 15222 |
| 7. | ANNE L. WERNER RESIDUARY TRUST (TIMOTHY F. BURKE – TRUSTEE) | 920 Oliver Building | Pittsburgh | PA | 15222 |
| 8. | ANNISVILLE LIMITED | West Wind Bldg. P.O. Box 2197 | Grand Cayman | CAYMAN ISLANDS, B.W.I. |  |
| 9. | ASHLEY ELIZABETH WERNER | 4729 Westbury Court | Long Grove | IL | 60047 |
| 10. | BALLET LIMITED | West Wind Bldg. P.O. Box 2197 | Grand Cayman | CAYMAN ISLANDS, B.W.I. |  |
| 11. | BARBARA L. WERNER | 770 Woodlawn Dr. | Hermitage | P.A. | 16148 |
| 12. | BARBARA L. WERNER | 770 Woodlawn Dr. | Hermitage | PA | 16148 |
| 13. | BETH KATZ | 27 Corte Lodato | Greenbrae | CA | 94904 |
| 14. | BETH MORROW | 401 Ontario Apt. 1309 | Chicago | IL | 60611 |
| 15. | BEVERLY WERNER NEEDHAM | 2100 Riverside Lane | Boulder | CO | 80304 |
| 16. | BRAD J. GELLIS | 14364 Spring Meadow Court | Green Oaks | IL | 60048 |
| 17. | BRUCE B. FISHER | 834 North Jackson Avenue | River Forest | IL | 60305 |
| 18. | BRUCE D. WERNER | 210 Northampton Lane | Lincolnshire | IL | 60069 |
| 19. | BRUCE D. WERNER – TRUST (BRUCE WERNER – TRUSTEE) | 210 Northampton Lane | Lincolnshire | IL | 60069 |

**OLD LADDER LITIGATION CO., LLC**
v.
**INVESTCORP BANK B.S.C., INC.** *et al.*

|  | NAME | STREET ADDRESS | CITY | STATE OR COUNTRY | ZIP CODE |
|---|---|---|---|---|---|
| 20. | BRUCE D. WERNER FAMILY LIMITED PARTNERSHIP (BRUCE WERNER – MANAGING GENERAL PARTNER) | 210 Northampton Lane | Lincolnshire | IL | 60069 |
| 21. | C.P. HOLDINGS LIMITED | Otterspool Way | Watford, Hertfordshire | ENGLAND | WD25 8JP |
| 22. | CARLY KRANE | 3004 Lakepoint Place | Davie | FL | 33328 |
| 23. | CHRISTOPHER J STADLER | 307 Freeman's Lane | Franklin Lakes | NJ | 07417 |
| 24. | CIP LIMITED | Beaufort Financial Services, West Wind Bldg. P.O. Box 2197 | Grand Cayman | CAYMAN ISLANDS, B.W.I. |  |
| 25. | CLAIRE FRANCOIS | 10 Bis Ave, De La Prise D'eau | Le Vesinet | FRANCE | 78110 |
| 26. | CLAUDE J. FRANCOIS | 10 Bis Ave, De La Prise D'eau | Le Vesinet | FRANCE | 78110 |
| 27. | CLIMBING PRODUCTS LIMITED | Paget-Brown & Company Ltd. West Wind Bldg. P.O. Box 1111, Harbour Dr | Grand Cayman | CAYMAN ISLANDS, B.W.I. |  |
| 28. | COOPERSTOWN LIMITED | Beaufort Financial Services, West Wind Bldg. P.O. Box 2197 | Grand Cayman | CAYMAN ISLANDS, B.W.I. |  |
| 29. | CRAIG R. WERNER FAMILY LIMITED PARTNERSHIP (CRAIG WERNER – GENERAL PARTNER) | 871 Holden Court | Lake Forest | IL | 60045 |
| 30. | CRAIG R. WERNER TRUST | 871 Holden Court | Lake Forest | IL | 60045 |
| 31. | CRAIG WERNER | 871 Holden Court | Lake Forest | IL | 60045 |
| 32. | DAVID A. CARDILLO | 23 St. Glory Road | Greenville | PA | 16125 |
| 33. | DAVID C. MCGOWAN | 8752 Spring Hill Trail | Poland | OH | 44514 |
| 34. | DAVID M. CONN | 731 Bob White Drive | Hermitage | PA | 16148 |
| 35. | DEBORAH ANN KAPLAN TRUST U/D 14 JANUARY 1998 (JEREMY M. KAPLAN – TRUSTEE) | 6137 Ramshorn Dr. | Mclean | VA | 22101 |
| 36. | DEBORAH KAPLAN | 6137 Ramshorn Drive | Mclean | VA | 22101 |
| 37. | DEBRA A. | 4 Woodshire Terrace | Towaco | NJ | 07082 |

2

# OLD LADDER LITIGATION CO., LLC
v.
# INVESTCORP BANK B.S.C., INC. *et al.*

|  | NAME | STREET ADDRESS | CITY | STATE OR COUNTRY | ZIP CODE |
|---|---|---|---|---|---|
|  | ROTHMAN |  |  |  |  |
| 38. | DENARY LIMITED | Beaufort Financial Services, West Wind Bldg., P.O. Box 2197 | Grand Cayman | CAYMAN ISLANDS, B.W.I. |  |
| 39. | DENNIS G. HEINER | 1512 Ridge Point Drive | Bountiful | UT | 84010 |
| 40. | THE HEINER FAMILY TRUST (DENNIS HEINER AND MARGO HEINER – TRUSTEES) | 1512 Ridge Point Drive | Bountiful | UT | 84010 |
| 41. | DENNIS J. JOHNSON | 2514 Poplar Ridge Lane | Madison | IN | 47250 |
| 42. | DONALD M. WERNER | 770 Woodlawn Dr. | Hermitage | PA | 16148 |
| 43. | DOROTHY M. WHIPMAN | 289 Sandbanks Road | Lilliput, Poole, Dorset | ENGLAND | BH14 8EZ |
| 44. | EDWARD A. POLLACK | 1 Halls Lane | Rye | NY | 10580 |
| 45. | EDWARD POLLACK, POA MLW | 1 Halls Lane | Rye | NY | 10580 |
| 46. | EDWARD W. GERICKE | 320 S. 7th Street | Geneva | IL | 60134 |
| 47. | ELI BERK-RAUCH | 247 Baltic Street | Brooklyn | NY | 11201 |
| 48. | ELISE W. FROST | 1001 Saxony Drive | Highland Park | IL | 60035 |
| 49. | ELISSA SCHWARTZ | P.O. Box 2577 | Kennebunkport | ME | 04046 |
| 50. | ELIZABETH W. ACKERMAN TRUST DTD 12/18/67 (JEFFREY R. ACKERMAN, SUCCESSOR TRUSTEE) | 126 Abbott Street | Wellesley | MA | 02481 |
| 51. | ELIZABETH WERNER TRUST, N.C.B. | 248 Seneca Street | Oil City | PA | 16301 |
| 52. | ELLEN BERK-RAUCH | 247 Baltic Street | Brooklyn | NY | 11201 |
| 53. | EQUITY WERA LIMITED | Paget-Brown & Company Ltd. West Wind Bldg. P.O. Box 1111, Harbour Dr | Grand Cayman | CAYMAN ISLANDS, B.W.I. |  |
| 54. | ERIC A. MASON | 121 Woodshire Road | Greenville | PA | 16125 |
| 55. | ERIC J. WERNER | 44 Beaver Street | Sewickley | PA | 15143-1218 |
| 56. | ERIC J. WERNER AND MELANIE R. WERNER | 44 Beaver Street | Sewickley | PA | 15143-1218 |

3

# OLD LADDER LITIGATION CO., LLC
v.
# INVESTCORP BANK B.S.C., INC. *et al.*

|     | NAME | STREET ADDRESS | CITY | STATE OR COUNTRY | ZIP CODE |
|---|---|---|---|---|---|
| 57. | ERIN JOY RYAN | 2100 Riverside Lane | Boulder | CO | 80301 |
| 58. | FLORENCE J. WERNER | 3000 Island Blvd. #3001 | Williams Island | FL | 33160 |
| 59. | FLORENCE J. WERNER - IRREV. TRUST DATED 10/7/94 (RONALD WERNER, MARC WERNER AND MICHAEL WERNER – TRUSTEES) | 6116 Olde Stage Road | Boulder | CO | 80302 |
| 60. | FRANCESCA GIANOGLIO BONTE | 3605 54th Drive West #201 | Bradenton | FL | 34210 |
| 61. | FRISCO LIMITED | Beaufort Financial Services, West Wind Bldg., P.O. Box 2197 | Grand Cayman | CAYMAN ISLANDS, B.W.I. |  |
| 62. | GAIL RAUCH BLACKMAN | 19574 Havensway Court | Boca Raton | FL | 33498 |
| 63. | GARCELL 1997 UNITRUST DTD 12/19/1997 | 884 Liard Place | Costa Mesa | CA | 92626 |
| 64. | GARY L. STEWART | 3586 Prince Street | Escondido | CA | 92025-7616 |
| 65. | GERALD R. WHIPMAN | 289 Sandbanks Road | Lilliput, Poole, Dorset | ENGLAND | BH14 8EZ |
| 66. | GLEAM LIMITED | Beaufort Financial Services, West Wind Bldg., P.O. Box 2197 | Grand Cayman | CAYMAN ISLANDS, B.W.I. |  |
| 67. | GREEN EQUITY INVESTORS III, L.P. | 11111 Santa Monica Blvd. Suite 2000 | Los Angeles | CA | 90025 |
| 68. | HANNA BERK-RAUCH | 247 Baltic Street | Brooklyn | NY | 11201 |
| 69. | HEATHER BLACKMAN | 19574 Havensway Court | Boca Raton | FL | 33498 |
| 70. | HENRY W. DOWLER | 1078 Avalon Lane | Anniston | AL | 36207 |
| 71. | HERMAN H. LISS | Kings Point, Normandy A-17 | Delray Beach | FL | 33484 |
| 72. | HIGHLANDS LIMITED | Beaufort Financial Services, West Wind Bldg., P.O. Box 2197 | Grand Cayman | CAYMAN ISLANDS, B.W.I. |  |
| 73. | HOWARD L. SOLOT | 573 Wedgewood Way | Naples | FL | 34119 |
| 74. | ILENE STEWART | 3586 Prince Street | Escondido | CA | 92025-7616 |
| 75. | INVESTCORP BANK B.S.C. | Po Box 5340 [Investcorp House 499, Road 1706, Diplomatic Area 317] | Manama | BAHRAIN |  |
| 76. | INVESTCORP HOLDINGS LIMITED | Paget-Brown & Company Ltd. West Wind Bldg. P.O. Box 1111, Harbour Dr | Grand Cayman | CAYMAN ISLANDS, B.W.I. |  |

4

**OLD LADDER LITIGATION CO., LLC**
v.
**INVESTCORP BANK B.S.C., INC.** *et al.*

|     | NAME | STREET ADDRESS | CITY | STATE OR COUNTRY | ZIP CODE |
| --- | --- | --- | --- | --- | --- |
|     |      |                |      |                  |          |
| 77. | INVESTCORP INTERNATIONAL, INC. | 280 Park Avenue | New York | NY | 10017 |
| 78. | INVESTCORP INVESTMENT EQUITY LIMITED | Paget-Brown & Company Ltd. West Wind Bldg. P.O. Box 1111, Harbour Dr | Grand Cayman | CAYMAN ISLANDS, B.W.I. | |
| 79. | INVESTCORP S.A | 37 Rue Notre Dame | | LUXEMBOURG | |
| 80. | INVESTCORP WERNER HOLDINGS L.P.; | Paget-Brown & Company Ltd. West Wind Bldg. P.O. Box 1111, Harbour Dr | Grand Cayman | CAYMAN ISLANDS, B.W.I. | |
| 81. | STEPUP LIMITED (GENERAL PARTNER OF INVESTCORP WERNER HOLDINGS L.P.) | Paget-Brown & Company Ltd. West Wind Bldg. P.O. Box 1111, Harbour Dr | Grand Cayman | CAYMAN ISLANDS, B.W.I. | |
| 82. | INVIFIN, S.A. | 11, Rue Aldringen | | LUXEMBOURG | |
| 83. | IRA AND ELISE FROST FAMILY LIMITED PARTNERSHIP (ELISE FROST – GENERAL MANAGING PARTNER) | 1001 Saxony Drive | Highland Park | IL | 60035 |
| 84. | ISABELLE N. WERNER | 44 Beaver Street | Sewickley | PA | 15143-1218 |
| 85. | J. DAVID GOLDBLATT | 13 Middlesex Road | Sharon | MA | 02067 |
| 86. | JAMES ANDRE FRANCOIS | 10 Bis Ave, De La Prise D'eau | Le Vesinet | FRANCE | 78110 |
| 87. | JAMES BAKER | C/O Investcorp International Inc., 280 Park Ave., 36th Floor, West Tower | New York | NY | 10017 |
| 88. | JAMES EGAN | C/O Investcorp International Inc., 280 Park Ave., 37th Floor, West Tower | New York | NY | 10017 |
| 89. | JAMES F. HARDYMON | 333 West Vine St, Ste 300 | Lexington | KY | 40509 |
| 90. | JANET F. SOLOT | 573 Wedgewood Way | Naples | FL | 34119 |
| 91. | JASON S. KRANE | 3004 Lakepoint Place | Davie | FL | 33328 |
| 92. | JEFFREY ADDISION WERNER | 4729 Westbury Court | Long Grove | IL | 60047 |
| 93. | JEFFREY R. ACKERMAN | 126 Abbott Street | Wellesley | MA | 02481 |

5

**OLD LADDER LITIGATION CO., LLC**
v.
**INVESTCORP BANK B.S.C., INC.** *et al.*

|  | NAME | STREET ADDRESS | CITY | STATE OR COUNTRY | ZIP CODE |
|---|---|---|---|---|---|
| 94. | JEREMY M. KAPLAN | 6137 Ramshorn Dr. | Mclean | VA | 22101 |
| 95. | JESSICA Z. JOUBERT | 1500 Jackson Avenue | East Meadows, Long Island | NY | 11554 |
| 96. | JOHN J. FIUMEFREDDO | 112 Destinaire Drive | New Wilmington | PA | 16142 |
| 97. | JONATHAN C. WERNER GIFT TRUST U/A/D/ 11/1/96 (JEFFRY WEISMAN – TRUSTEE) | 33 East Bellevue Place, Apt. 2w | Chicago | IL | 60611 |
| 98. | JORDANA ROTHMAN | 4 Woodshire Terrace | Towaco | NJ | 07082 |
| 99. | JOSHUA J. ROTHMAN | 4 Woodshire Terrace | Towaco | NJ | 07082 |
| 100. | JUDITH KAPLAN | 6137 Ramshorn Dr. | Mclean | VA | 22101 |
| 101. | JUDITH LILY KAPLAN TRUST U/D 14 JANUARY 1998 (JEREMY M. KAPLAN – TRUSTEE) | 6137 Ramshorn Dr. | Mclean | VA | 22101 |
| 102. | JULIA E. KAPLAN | 5723 Heming Ave. | Springfield | VA | 22151 |
| 103. | JUNE GOLDBLATT | 5312 Bellaire Ave. | North Hollywood | CA | 91607 |
| 104. | KAREN LYNN MOSESKA | 160 West 77th Street | New York | NY | 10024 |
| 105. | KARRAH KAPLAN | 5723 Heming Ave. | Springfield | VA | 22151 |
| 106. | KELLY SINON | 9050 Kern Avenue, H-2 | Gilroy | CA | 95020 |
| 107. | KEVIN M. ROTHMAN | 4 Woodshire Terrace | Towaco | NJ | 07082 |
| 108. | LADDER EQUITY LIMITED | Paget-Brown & Company Ltd. West Wind Bldg. P.O. Box 1111, Harbour Dr | Grand Cayman | CAYMAN ISLANDS, B.W.I. |  |
| 109. | LARRY V. FRIEND | 121 Lake Shore Drive | Columbiana | OH | 44408 |
| 110. | LAURA W. WERNER REVOCABLE TRUST, U/A/D 1/2/96 (LAURA WERNER – TRUSTEE) | 33 East Bellevue Place Apt. 2w | Chicago | IL | 60611 |
| 111. | LEONARD GREEN & PARTNERS, L.P. | 11111 Santa Monica Boulevard | Los Angeles | CA | 90025 |
| 112. | LGP MANAGEMENT INC. | 11111 Santa Monica Boulevard | Los Angeles | CA | 90025 |
| 113. | LINDA C. JOUBERT | 1500 Jackson Avenue | East Meadows, Long Island | NY | 11554 |

6

NEWYORK 6460193 (2K)

**OLD LADDER LITIGATION CO., LLC**
v.
**INVESTCORP BANK B.S.C., INC.** *et al.*

|      | NAME | STREET ADDRESS | CITY | STATE OR COUNTRY | ZIP CODE |
|------|------|----------------|------|------------------|----------|
| 114. | LOIS S. WERNER REVOCABLE TRUST | 561 Richmond Drive | Sharon | PA | 16146 |
| 115. | LOUGHLIN MEGHJI & CO., INC. | 148 Madison Avenue Suite 800 | New York | NY | 10016 |
| 116. | MARC L. WERNER | 4729 Westbury Court | Long Grove | IL | 60047 |
| 117. | MARC L. WERNER - IRREVOCABLE TRUST 1 (RICHARD WERNER AND DONNA S. WERNER – TRUSTEES) | 4729 Westbury Court | Long Grove | IL | 60047 |
| 118. | MARGARET E. BONTE | 1 Route De La Cascade | Le Vesinet | FRANCE | 78110 |
| 119. | MARGOT A. WERNER GIFT TRUST U/A/D 11/1/96 (LAURA WERNER – TRUSTEE) | 33 East Bellevue Place, Apt. 2w | Chicago | IL | 60611 |
| 120. | MARLANE T. KRANE | 3004 Lakepoint Place | Davie | FL | 33328 |
| 121. | MARSHA BETH KARP | 748 Wild Dunes Court | Riverwoods | IL | 60015 |
| 122. | MATTHEW W. WEISS | 2201 Constellation Drive | Colorado Springs | CO | 80906 |
| 123. | MATTHEW W. WEISS | 6067 South Kenton Street | Englewood | CO | 80111 |
| 124. | MAURICE WEINER | 11 Hickory Drive | North Caldwell | NJ | 07006 |
| 125. | MELISSA S. KARP | 748 Wild Dunes Court | Riverwoods | IL | 60015 |
| 126. | MICHAEL D. BROOKS | 1447 Vista Leaf Drive | Decatur | GA | 30033 |
| 127. | MICHAEL D. WISE | 1032 Calle Parque | El Paso | TX | 79912 |
| 128. | MICHAEL E TRZYNKA | 3025 Baywoods Dr | Sharpsville | PA | 16150 |
| 129. | MICHAEL E. WERNER | 33 East Bellevue Place, Apt. 2w | Chicago | IL | 60611 |
| 130. | MICHAEL E. WERNER REVOCABLE TRUST, U/A/D 1/2/96 (MICHAEL WERNER – TRUSTEE) | 33 East Bellevue Place, Apt. 2w | Chicago | IL | 60611 |
| 131. | MICHAEL J. SOLOT | 207 South Avenue | Glenco | IL | 60022 |
| 132. | MICHAEL WONG | C/O Leonard Green & Partners L.P., 11111 Santa Monica Boulevard, Suite 2000 | Los Angeles | CA | 90025 |
| 133. | MICHEL FRANCOIS | 10 Bis Ave, De La Prise D'eau | Le Vesinet | FRANCE | 78110 |
| 134. | MINDY WERNER | 399 Fourth Street | Brooklyn | NY | 11215 |

7

**OLD LADDER LITIGATION CO., LLC**
v.
**INVESTCORP BANK B.S.C., INC.** *et al.*

|  | NAME | STREET ADDRESS | CITY | STATE OR COUNTRY | ZIP CODE |
|---|---|---|---|---|---|
|  | ALTER |  |  |  |  |
| 135. | MURRAY DEVINE & CO., INC. | 1650 Arch Street, Suite 2700 | Philadelphia | PA | 19103 |
| 136. | NEAL R. MARTIN | 50 Fredonia Road | Greenville | PA | 16125 |
| 137. | NEIL D. KAPLAN | 5723 Heming Ave. | Springfield | VA | 22151 |
| 138. | NOBLE LIMITED | Beaufort Financial Services, West Wind Bldg., P.O. Box 2197 | Grand Cayman | CAYMAN ISLANDS, B.W.I. |  |
| 139. | NOEL BERK-RAUCH | 247 Baltic Street | Brooklyn | NY | 11201 |
| 140. | NOVAK PARTNERSHIP, AKA A CALIFORNIA LIMITED PARTNERSHIP (ALYCE NOVAK – TRUSTEE) | 1111 Blanc Court | Pleasanton | CA | 94566 |
| 141. | OUTRIGGER LIMITED | Beaufort Financial Services, West Wind Bldg., P.O. Box 2197 | Grand Cayman | CAYMAN ISLANDS, B.W.I. |  |
| 142. | OWNERSHIP HOLDINGS LIMITED | Paget-Brown & Company Ltd. West Wind Bldg. P.O. Box 1111, Harbour Dr | Grand Cayman | CAYMAN ISLANDS, B.W.I. |  |
| 143. | PAULA J. GRIFFITH | 4088 Johnston Road | Fort Pierce | FL | 34951 |
| 144. | PETER NOLAN | C/O Leonard Green & Partners L.P., 11111 Santa Monica Boulevard, Suite 2000 | Los Angeles | CA | 90025 |
| 145. | PHILLIP F. TIDY | 13 Emsworth Road, Shirley | Southampton | ENGLAND | SO1 53L9 |
| 146. | PLATEA LIMITED | Beaufort Financial Services, West Wind Bldg., P.O. Box 2197 | Grand Cayman | CAYMAN ISLANDS, B.W.I. |  |
| 147. | QUILL LIMITED | Beaufort Financial Services, West Wind Bldg., P.O. Box 2197 | Grand Cayman | CAYMAN ISLANDS, B.W.I. |  |
| 148. | RACHAEL A. KAPLAN | 5723 Heming Ave. | Springfield | VA | 22151 |
| 149. | RADIAL LIMITED | Beaufort Financial Services, West Wind Bldg., P.O. Box 2197 | Grand Cayman | CAYMAN ISLANDS, B.W.I. |  |
| 150. | RANKELL FAMILY TRUST (STEVEN RANKELL – TRUSTEE) | 6358 Deerbrook Road | Oak Park | CA | 91301 |
| 151. | RAUCH TRUST (ALEENA SHAPIRO – TRUSTEE) | 575 Lexington Avenue Room 2010 | New York | NY | 10022-6125 |
| 152. | RICHARD D. BONTE | 3605 54th Drive West #201 | Bradenton | FL | 34210 |
| 153. | RICHARD L. | 561 Richmond Drive | Sharon | PA | 16146 |

8

**OLD LADDER LITIGATION CO., LLC**
v.
**INVESTCORP BANK B.S.C., INC.** *et al.*

|      | NAME | STREET ADDRESS | CITY | STATE OR COUNTRY | ZIP CODE |
|------|------|----------------|------|------------------|----------|
|      | WERNER REVOCABLE TRUST | | | | |
| 154. | RICHARD M. KELLY | 1131 Bulh Circle | Hermitage | PA | 16148 |
| 155. | RICHMOND DRIVE ENTERPRISES, L.P. (RICHARD WERNER AND LOIS WERNER – GENERAL PARTNERS) | 561 Richmond Drive | Sharon | PA | 16146 |
| 156. | RICHMOND J. ROSATI | 526 Anderwood Drive | Hermitage | PA | 16148 |
| 157. | ROBERT A. ROSATI | 526 Anderwood Drive | Hermitage | PA | 16148 |
| 158. | ROBERT H. PINNEY | 3387 Locksley Court | Merced | CA | 95340 |
| 159. | ROBERT I. WERNER | 3000 Island Blvd. #3001 | Williams Island | FL | 33160 |
| 160. | ROBERT I. WERNER - IRREV. TRUST DATED 8/30/94 (RONALD WERNER – ADMINISTRATIVE TRUSTEE) | 6116 Olde Stage Road | Boulder | CO | 80302 |
| 161. | RONALD E. WERNER | 6116 Olde Stage Road | Boulder | CO | 80302 |
| 162. | RONI S. ROSATI | 526 Anderwood Drive | Hermitage | PA | 16148 |
| 163. | ROSS DANIEL ROSATI | 526 Anderwood Drive | Hermitage | PA | 16148 |
| 164. | RYAN GREGORY ROSATI | 526 Anderwood Drive | Hermitage | PA | 16148 |
| 165. | SARA P. GRAHAM | 32 Mount Pleasant Drive Bournemouth | Dorset | ENGLAND | BH8 9JN |
| 166. | SHANNON ROSE RYAN | 2100 Riverside Lane | Boulder | CO | 80301 |
| 167. | SHIRLEY W. RAUCH TRUST (SHIRLEY RAUCH, STANLEY RAUCH, AND MARLANE KRONE – TRUSTEES) | 3405 N.W. 51st Place | Boca Raton | FL | 33496 |
| 168. | SHORELINE LIMITED | Beaufort Financial Services, West Wind Bldg., P.O. Box | Grand Cayman | CAYMAN ISLANDS, B.W.I. | |

9

# OLD LADDER LITIGATION CO., LLC
v.
# INVESTCORP BANK B.S.C., INC. *et al.*

|  | NAME | STREET ADDRESS | CITY | STATE OR COUNTRY | ZIP CODE |
|---|---|---|---|---|---|
|  |  | 2197 |  |  |  |
| 169. | SIPCO LIMITED | Paget-Brown & Company Ltd. West Wind Bldg. P.O. Box 1111, Harbour Dr | Grand Cayman | CAYMAN ISLANDS, B.W.I. |  |
| 170. | SOPHIA K. WERNER | 44 Beaver Street | Sewickley | PA | 15143-1218 |
| 171. | STANLEY S. RAUCH TRUST | 7496 Glendevon Lane | Delray Beach | FL | 33446 |
| 172. | STEP INVESTMENTS LIMITED | Paget-Brown & Company Ltd. West Wind Bldg. P.O. Box 1111, Harbour Dr | Grand Cayman | CAYMAN ISLANDS, B.W.I. |  |
| 173. | STEPHANIE N. WERNER GIFT TRUST U/A/D 11/1/96 (JEFFERY WEISMAN – TRUSTEE) | 1055 California Street | San Francisco | CA | 94108 |
| 174. | STEVEN R. BENTSON | 1235 Foxwood Drive | Hermitage | PA | 16148 |
| 175. | STEVEN RANKELL | 6358 Deerbrook Road | Oak Park | CA | 91301 |
| 176. | STEWART CHARITABLE REMAINDER UNITRUST (GARY STEWART - TRUSTEE) | 3586 Prince Street | Escondido | CA | 92025 |
| 177. | STEWART CHARITABLE REMAINDER UNITRUST (ILENE STEWART – TRUSTEE) | 3586 Prince Street | Escondido | CA | 92025 |
| 178. | SUSAN MORROW | 400 North Clinton, Apt. #203 | Chicago | IL | 60610 |
| 179. | SUZANNE ROSEN | 141navigator Drive | Scotts Valley | CA | 95066 |
| 180. | SUZANNE SCHWARTZ | 18-05 215th St., Apt. 12s | Bayside | NY | 11360 |
| 181. | SYLVIA S. KAPLAN | 1500 Jackson Avenue | East Meadows, Long Island | NY | 11554 |
| 182. | TAMMY H. WERNER | 210 Northampton Lane | Lincolnshire | IL | 60069 |
| 183. | THE ESTATE OF MAX HANFLING (EDWARD A. POLLACK – EXECUTOR) | 1 Halls Lane | Rye | NY | 10580 |
| 184. | THOMAS SULLIVAN | C/O Investcorp International Inc., 280 Park Ave., 36th Floor, West Tower | New York | NY | 10017 |
| 185. | VERA BONTE | 1 Queens Road Kingston Hill | Surrey | ENGLAND | KT27SF |
| 186. | VINCENT A. GENIS | 1619 Mcdowell Street | Sharon | PA | 16146 |

10

**OLD LADDER LITIGATION CO., LLC**
v.
**INVESTCORP BANK B.S.C., INC.** *et al.*

|  | NAME | STREET ADDRESS | CITY | STATE OR COUNTRY | ZIP CODE |
|---|---|---|---|---|---|
| 187. | VINCENT J. GARCELL | 844 Liard Place | Costa Mesa | CA | 92626 |
| 188. | VINCENT J. GARCELL LIVING TRUST (VINCENT J. GARCELL & KAREN R. GARCELL, TRUSTEES) | 844 Liard Place | Costa Mesa | CA | 92626 |
| 189. | WERNER CO–INVESTMENT LLC | 11111 Santa Monica Blvd., Suite 2000 | Los Angeles | CA | 90025 |
| 190. | WERNER EQUITY LIMITED | Paget-Brown & Company Ltd. West Wind Bldg. P.O. Box 1111, Harbour Dr | Grand Cayman | CAYMAN ISLANDS, B.W.I. | |
| 191. | WERNER GC TRUST FOR ERIN (BEVERLY WERNER NEEDHAM-TRUSTEE); | 2100 Riverside Lane | Boulder | CO | 80304 |
| 192. | WERNER GC TRUST FOR SHANNON (SHANNON ROSE RYAN) (BEVERLY WERNER NEEDHAM – TRUSTEE) | 2100 Riverside Lane | Boulder | CO | 80301 |
| 193. | WERNER IIP LIMITED | Paget-Brown & Company Ltd. West Wind Bldg. P.O. Box 1111, Harbour Dr | Grand Cayman | CAYMAN ISLANDS, B.W.I. | |
| 194. | WERNER INVESTMENTS LIMITED | Paget-Brown & Company Ltd. West Wind Bldg. P.O. Box 1111, Harbour Dr | Grand Cayman | CAYMAN ISLANDS, B.W.I. | |
| 195. | WERNER-ALTER, LLC (MINDY WERNER ALTER – MANAGER) | 399 Fourth Street | Brooklyn | NY | 11215 |
| 196. | WILLIAM C. HAZLETT | 25 Fredonia Road | Greenville | PA | 16125 |
| 197. | WILLIAM J. RIPPIN | 210 Stirling Drive | Butler | PA | 16001 |
| 198. | WL HOLDINGS LIMITED | Paget-Brown & Company Ltd. West Wind Bldg. P.O. Box 1111, Harbour Dr | Grand Cayman | CAYMAN ISLANDS, B.W.I. | |
| 199. | ZINNIA LIMITED | Beaufort Financial Services, West Wind Bldg., P.O. Box 2197 | Grand Cayman | CAYMAN ISLANDS, B.W.I. | |
| 200. | CHARLES MARQUIS | 306 N. Poinsettia | Manhattan Beach | CA | 90266 |
| 201. | CHRISTOPHER FILARDI | Vice President Commercial Marketing Werner Co. 93 Werner Road | Greenville | PA | 16125 |

11

**OLD LADDER LITIGATION CO., LLC**
v.
**INVESTCORP BANK B.S.C., INC.** *et al.*

|  | NAME | STREET ADDRESS | CITY | STATE OR COUNTRY | ZIP CODE |
|---|---|---|---|---|---|
| 202. | DANA SNYDER | Advisory Director Investcorp International Inc. 280 Park Avenue, 36th Floor | New York | NY | 10017 |
| 203. | DONALD E. ACHENBACH | Vice President for Planning and Facilities of Thiel College Planning Administration Thiel College 75 College Ave. | Greenville | PA | 16125 |
| 204. | JOHN J. DYLIK | Webster University Bldg. 617, Room 201 2221 MacDonough Street | Great Lakes | IL | 60088 |
| 205. | JOHN REMMERS | TTI Floor Care North America 7005 Cochran Rd. | Glenwillow | OH | 44139-4303 |
| 206. | JOHN THIGPEN | Signature Aluminum, Inc. 93 Werner Road, Building A | Greenville | PA | 16125 |
| 207. | KEVIN WALZ | Signature Aluminum, Inc. 93 Werner Road, Building A | Greenville | PA | 16125 |
| 208. | LEE L. BASILOTTA | Marbled Elegance 2008 Martin Avenue | Santa Clara | CA | 95050 |
| 209. | LISA A. PRESSLER | 230 Winters Ave. | West Hazelton | PA | 18202-3727 |
| 210. | MAMOUN ASKARI | Capital Advisors 11 Stanhope Gate | London |  |  |
| 211. | PETER R. O'COIN | 10 Fairmont | Laguna Nigel | CA | 93677 |
| 212. | STEPHEN TEMPINI | Adjoined Consultant, Inc. 5301 Blue Lagoon Drive, Suite 700 | Miami | FL | 33126-2099 |
| 213. | STEVEN RICHMAN | 55 Sandpiper Lane | Lake Forest | IL | 60045 |
| 214. | WENDY A. MEIKLE | 5075 Gardner Barclay Rd. | Farmdale | OH | 44417-9733 |
| 215. | MARC RICHARDS | Blank Rome LLP, The Chrysler Building | 405 Lexington Ave, New York | NY | 10174-0208 |