**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

OLD LADDER LITIGATION CO., LLC, as
Litigation Designee on behalf of the
Liquidation

                  Plaintiff,

         -against-

INVESTCORP BANK B.S.C. et al.

                 Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

**08 cv 0876 (RMB)**

**MOTION TO ADMIT COUNSEL,**
**CRAIG H. AVERCH,**
*PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, J. Christopher Shore, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

CRAIG H. AVERCH
White & Case LLP
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071-2007
Phone Number: (213) 620-7700
Fax Number: (213) 452-2329

Craig H. Averch is a member in good standing of the Bar of the States of California and Texas.

There are no pending disciplinary proceedings against Craig H. Averch in any State or Federal court.

Dated: February 12, 2008
      New York, New York

Respectfully submitted,

J. Christopher Shore (JS-6031)
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
Phone Number: (212) 819-8200
Fax Number: (212) 354-8113

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| OLD LADDER LITIGATION CO., LLC, as Litigation Designee on behalf of the Liquidation<br><br>                          Plaintiff,<br><br>          -against-<br><br>INVESTCORP BANK B.S.C. et al.<br><br>                          Defendants. | **08 cv 0876 (RMB)**<br><br>**AFFIDAVIT OF**<br>**J. CHRISTOPHER SHORE**<br>**IN SUPPORT OF MOTION**<br>**TO ADMIT COUNSEL**<br>***PRO HAC VICE*** |

State of New York      )
                                  )
County of New York  )

J. Christopher Shore, being duly Sworn, hereby deposes and says as follows:

1.  I am a partner at White & Case LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's Motion to Admit Craig H. Averch as counsel *pro hac vice* to represent Plaintiff in this matter.

2.  I am a member in good standing of the bar of the State of New York, and was admitted to practice law in March of 1993. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.  I have known Craig H. Averch for five years.

4.  Craig H. Averch is a Partner at White & Case LLP, Los Angeles, California.

5.  I have found Mr. Averch to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.  Accordingly, I am pleased to move the admission of Craig H. Averch, *pro hac vice*.

7.  I respectfully submit a proposed order granting the admission of Craig H. Averch, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Craig H. Averch, *pro hac vice*, to represent Plaintiff in the above captioned matter, be granted.

Dated:  February 12, 2008                          Respectfully submitted,
        New York, New York

                                                   J. Christopher Shore (JS-6031)
                                                   White & Case LLP
                                                   1155 Avenue of the Americas
                                                   New York, NY 10036
                                                   Phone Number:  (212) 819-8200
                                                   Fax Number:  (212) 354-8113

Notarized: February 12, 2008

JEANMARIE G. McELROY
Notary Public, State of New York
No. 01MC4605759
Qualified in Queens County
Certificate Filed in New York County
Commission Expires October 31, 2009

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| OLD LADDER LITIGATION CO., LLC, as Litigation Designee on behalf of the Liquidation<br><br>Plaintiff,<br><br>-against-<br><br>INVESTCORP BANK B.S.C. et al.<br><br>Defendants. | 08 cv 0876 (RMB)<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE***<br>**ON WRITTEN MOTION** |

Upon the motion of J. Christopher Shore, attorney for Old Ladder Litigation Co., LLC, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED THAT

> CRAIG H. AVERCH
> White & Case LLP
> 633 West Fifth Street, Suite 1900
> Los Angeles, CA  90071-2007
> Phone Number:  (213) 620-7700
> Fax Number:  (213) 452-2329

is admitted to practice *pro hac vice* as counsel for Old Ladder Litigation Co., LLC in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

If this action is assigned to the Electronics Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____, 2008
          New York, New York


_____

Richard M. Berman
United States District Judge

# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

February 06, 2008

RE:    **Mr. Craig Howard Averch**
       State Bar Number - **01451020**

To Whom it May Concern:

This is to certify that Mr. Craig Howard Averch was licensed to practice law in Texas on November 02, 1984 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

John A. Neal
Chief Disciplinary Counsel

JN/cc



P.O. Box 12487, Capitol Station, Austin, Texas 78711, 512-427-1463 or 1-800-204-2222



# THE STATE BAR
# OF CALIFORNIA

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1639          TELEPHONE: 888-800-3400

February 8, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, CRAIG HOWARD AVERCH, #171366 was admitted to the practice of law in this state by the Supreme Court of California on July 5, 1994; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

## CERTIFICATE OF SERVICE

I hereby certify on February 13, 2008, a  that a copy of the Motion to Admit Counsel, Craig H.

Averch, *Pro Hac Vice* and supporting documentation was served via first class mail on all parties

for whom summons has been issued.  See Exhibit A and Exhibit B attached.

Carrol Marshall

**Exhibit A**

# OLD LADDER LITIGATION CO., LLC
## v.
# INVESTCORP BANK B.S.C., INC. *et al.*

|  | NAME | STREET ADDRESS | CITY | STATE OR COUNTRY | ZIP CODE |
|---|---|---|---|---|---|
| 1. | AGNES BONTE FRANCOIS | 10 Bis Ave, De La Prise D'eau | Le Vesinet | FRANCE | 78110 |
| 2. | ALESSANDRA BONTE | 3605 54th Drive West #201 | Bradenton | FL | 34210 |
| 3. | ALLIGATOR PARTNERS, L.P. (HOWARD SOLOT AND JANET SOLOT – GENERAL PARTNERS) | 573 Wedgewood Way | Naples | FL | 34119 |
| 4. | ALLISON TYLER KARP | 748 Wild Dunes Court | Riverwoods | IL | 60015 |
| 5. | ALYCE NOVAK | 1111 Blanc Court | Pleasanton | CA | 94566 |
| 6. | ANNE L. WERNER RESIDUARY TRUST – EX (TIMOTHY F. BURKE – TRUSTEE) | 920 Oliver Building | Pittsburgh | PA | 15222 |
| 7. | ANNE L. WERNER RESIDUARY TRUST (TIMOTHY F. BURKE – TRUSTEE) | 920 Oliver Building | Pittsburgh | PA | 15222 |
| 8. | ANNISVILLE LIMITED | West Wind Bldg. P.O. Box 2197 | Grand Cayman | CAYMAN ISLANDS, B.W.I. |  |
| 9. | ASHLEY ELIZABETH WERNER | 4729 Westbury Court | Long Grove | IL | 60047 |
| 10. | BALLET LIMITED | West Wind Bldg. P.O. Box 2197 | Grand Cayman | CAYMAN ISLANDS, B.W.I. |  |
| 11. | BARBARA L. WERNER | 770 Woodlawn Dr. | Hermitage | P.A. | 16148 |
| 12. | BARBARA L. WERNER | 770 Woodlawn Dr. | Hermitage | PA | 16148 |
| 13. | BETH KATZ | 27 Corte Lodato | Greenbrae | CA | 94904 |
| 14. | BETH MORROW | 401 Ontario Apt. 1309 | Chicago | IL | 60611 |
| 15. | BEVERLY WERNER NEEDHAM | 2100 Riverside Lane | Boulder | CO | 80304 |
| 16. | BRAD J. GELLIS | 14364 Spring Meadow Court | Green Oaks | IL | 60048 |
| 17. | BRUCE B. FISHER | 834 North Jackson Avenue | River Forest | IL | 60305 |
| 18. | BRUCE D. WERNER | 210 Northampton Lane | Lincolnshire | IL | 60069 |
| 19. | BRUCE D. WERNER – TRUST (BRUCE WERNER – TRUSTEE) | 210 Northampton Lane | Lincolnshire | IL | 60069 |

## OLD LADDER LITIGATION CO., LLC
### v.
## INVESTCORP BANK B.S.C., INC. *et al.*

|  | NAME | STREET ADDRESS | CITY | STATE OR COUNTRY | ZIP CODE |
|---|---|---|---|---|---|
| 20. | BRUCE D. WERNER FAMILY LIMITED PARTNERSHIP (BRUCE WERNER – MANAGING GENERAL PARTNER) | 210 Northampton Lane | Lincolnshire | IL | 60069 |
| 21. | C.P. HOLDINGS LIMITED | Otterspool Way | Watford, Hertfordshire | ENGLAND | WD25 8JP |
| 22. | CARLY KRANE | 3004 Lakepoint Place | Davie | FL | 33328 |
| 23. | CHRISTOPHER J STADLER | 307 Freeman's Lane | Franklin Lakes | NJ | 07417 |
| 24. | CIP LIMITED | Beaufort Financial Services, West Wind Bldg. P.O. Box 2197 | Grand Cayman | CAYMAN ISLANDS, B.W.I. | |
| 25. | CLAIRE FRANCOIS | 10 Bis Ave, De La Prise D'eau | Le Vesinet | FRANCE | 78110 |
| 26. | CLAUDE J. FRANCOIS | 10 Bis Ave, De La Prise D'eau | Le Vesinet | FRANCE | 78110 |
| 27. | CLIMBING PRODUCTS LIMITED | Paget-Brown & Company Ltd. West Wind Bldg. P.O. Box 1111, Harbour Dr | Grand Cayman | CAYMAN ISLANDS, B.W.I. | |
| 28. | COOPERSTOWN LIMITED | Beaufort Financial Services, West Wind Bldg. P.O. Box 2197 | Grand Cayman | CAYMAN ISLANDS, B.W.I. | |
| 29. | CRAIG R. WERNER FAMILY LIMITED PARTNERSHIP (CRAIG WERNER – GENERAL PARTNER) | 871 Holden Court | Lake Forest | IL | 60045 |
| 30. | CRAIG R. WERNER TRUST | 871 Holden Court | Lake Forest | IL | 60045 |
| 31. | CRAIG WERNER | 871 Holden Court | Lake Forest | IL | 60045 |
| 32. | DAVID A. CARDILLO | 23 St. Glory Road | Greenville | PA | 16125 |
| 33. | DAVID C. MCGOWAN | 8752 Spring Hill Trail | Poland | OH | 44514 |
| 34. | DAVID M. CONN | 731 Bob White Drive | Hermitage | PA | 16148 |
| 35. | DEBORAH ANN KAPLAN TRUST U/D 14 JANUARY 1998 (JEREMY M. KAPLAN – TRUSTEE) | 6137 Ramshorn Dr. | Mclean | VA | 22101 |
| 36. | DEBORAH KAPLAN | 6137 Ramshorn Drive | Mclean | VA | 22101 |
| 37. | DEBRA A. | 4 Woodshire Terrace | Towaco | NJ | 07082 |

2

# OLD LADDER LITIGATION CO., LLC
## v.
# INVESTCORP BANK B.S.C., INC. *et al.*

|     | NAME | STREET ADDRESS | CITY | STATE OR COUNTRY | ZIP CODE |
|-----|------|----------------|------|------------------|----------|
|     | ROTHMAN |  |  |  |  |
| 38. | DENARY LIMITED | Beaufort Financial Services, West Wind Bldg., P.O. Box 2197 | Grand Cayman | CAYMAN ISLANDS, B.W.I. |  |
| 39. | DENNIS G. HEINER | 1512 Ridge Point Drive | Bountiful | UT | 84010 |
| 40. | THE HEINER FAMILY TRUST (DENNIS HEINER AND MARGO HEINER – TRUSTEES) | 1512 Ridge Point Drive | Bountiful | UT | 84010 |
| 41. | DENNIS J. JOHNSON | 2514 Poplar Ridge Lane | Madison | IN | 47250 |
| 42. | DONALD M. WERNER | 770 Woodlawn Dr. | Hermitage | PA | 16148 |
| 43. | DOROTHY M. WHIPMAN | 289 Sandbanks Road | Lilliput, Poole, Dorset | ENGLAND | BH14 8EZ |
| 44. | EDWARD A. POLLACK | 1 Halls Lane | Rye | NY | 10580 |
| 45. | EDWARD POLLACK, POA MLW | 1 Halls Lane | Rye | NY | 10580 |
| 46. | EDWARD W. GERICKE | 320 S. 7th Street | Geneva | IL | 60134 |
| 47. | ELI BERK-RAUCH | 247 Baltic Street | Brooklyn | NY | 11201 |
| 48. | ELISE W. FROST | 1001 Saxony Drive | Highland Park | IL | 60035 |
| 49. | ELISSA SCHWARTZ | P.O. Box 2577 | Kennebunkport | ME | 04046 |
| 50. | ELIZABETH W. ACKERMAN TRUST DTD 12/18/67 (JEFFREY R. ACKERMAN, SUCCESSOR TRUSTEE) | 126 Abbott Street | Wellesley | MA | 02481 |
| 51. | ELIZABETH WERNER TRUST, N.C.B. | 248 Seneca Street | Oil City | PA | 16301 |
| 52. | ELLEN BERK-RAUCH | 247 Baltic Street | Brooklyn | NY | 11201 |
| 53. | EQUITY WERA LIMITED | Paget-Brown & Company Ltd. West Wind Bldg. P.O. Box 1111, Harbour Dr | Grand Cayman | CAYMAN ISLANDS, B.W.I. |  |
| 54. | ERIC A. MASON | 121 Woodshire Road | Greenville | PA | 16125 |
| 55. | ERIC J. WERNER | 44 Beaver Street | Sewickley | PA | 15143-1218 |
| 56. | ERIC J. WERNER AND MELANIE R. WERNER | 44 Beaver Street | Sewickley | PA | 15143-1218 |

3

## OLD LADDER LITIGATION CO., LLC
### v.
## INVESTCORP BANK B.S.C., INC. *et al.*

|  | NAME | STREET ADDRESS | CITY | STATE OR COUNTRY | ZIP CODE |
|---|---|---|---|---|---|
| 57. | ERIN JOY RYAN | 2100 Riverside Lane | Boulder | CO | 80301 |
| 58. | FLORENCE J. WERNER | 3000 Island Blvd. #3001 | Williams Island | FL | 33160 |
| 59. | FLORENCE J. WERNER - IRREV. TRUST DATED 10/7/94 (RONALD WERNER, MARC WERNER AND MICHAEL WERNER – TRUSTEES) | 6116 Olde Stage Road | Boulder | CO | 80302 |
| 60. | FRANCESCA GIANOGLIO BONTE | 3605 54th Drive West #201 | Bradenton | FL | 34210 |
| 61. | FRISCO LIMITED | Beaufort Financial Services, West Wind Bldg., P.O. Box 2197 | Grand Cayman | CAYMAN ISLANDS, B.W.I. | |
| 62. | GAIL RAUCH BLACKMAN | 19574 Havensway Court | Boca Raton | FL | 33498 |
| 63. | GARCELL 1997 UNITRUST DTD 12/19/1997 | 884 Liard Place | Costa Mesa | CA | 92626 |
| 64. | GARY L. STEWART | 3586 Prince Street | Escondido | CA | 92025-7616 |
| 65. | GERALD R. WHIPMAN | 289 Sandbanks Road | Lilliput, Poole, Dorset | ENGLAND | BH14 8EZ |
| 66. | GLEAM LIMITED | Beaufort Financial Services, West Wind Bldg., P.O. Box 2197 | Grand Cayman | CAYMAN ISLANDS, B.W.I. | |
| 67. | GREEN EQUITY INVESTORS III, L.P. | 11111 Santa Monica Blvd. Suite 2000 | Los Angeles | CA | 90025 |
| 68. | HANNA BERK-RAUCH | 247 Baltic Street | Brooklyn | NY | 11201 |
| 69. | HEATHER BLACKMAN | 19574 Havensway Court | Boca Raton | FL | 33498 |
| 70. | HENRY W. DOWLER | 1078 Avalon Lane | Anniston | AL | 36207 |
| 71. | HERMAN H. LISS | Kings Point, Normandy A-17 | Delray Beach | FL | 33484 |
| 72. | HIGHLANDS LIMITED | Beaufort Financial Services, West Wind Bldg., P.O. Box 2197 | Grand Cayman | CAYMAN ISLANDS, B.W.I. | |
| 73. | HOWARD L. SOLOT | 573 Wedgewood Way | Naples | FL | 34119 |
| 74. | ILENE STEWART | 3586 Prince Street | Escondido | CA | 92025-7616 |
| 75. | INVESTCORP BANK B.S.C. | Po Box 5340 [Investcorp House 499, Road 1706, Diplomatic Area 317] | Manama | BAHRAIN | |
| 76. | INVESTCORP HOLDINGS LIMITED | Paget-Brown & Company Ltd. West Wind Bldg. P.O. Box 1111, Harbour Dr | Grand Cayman | CAYMAN ISLANDS, B.W.I. | |

4

**OLD LADDER LITIGATION CO., LLC**

v.

**INVESTCORP BANK B.S.C., INC.** *et al.*

|  | NAME | STREET ADDRESS | CITY | STATE OR COUNTRY | ZIP CODE |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| 77. | INVESTCORP INTERNATIONAL, INC. | 280 Park Avenue | New York | NY | 10017 |
| 78. | INVESTCORP INVESTMENT EQUITY LIMITED | Paget-Brown & Company Ltd. West Wind Bldg. P.O. Box 1111, Harbour Dr | Grand Cayman | CAYMAN ISLANDS, B.W.I. |  |
| 79. | INVESTCORP S.A | 37 Rue Notre Dame |  | LUXEMBOURG |  |
| 80. | INVESTCORP WERNER HOLDINGS L.P.; | Paget-Brown & Company Ltd. West Wind Bldg. P.O. Box 1111, Harbour Dr | Grand Cayman | CAYMAN ISLANDS, B.W.I. |  |
| 81. | STEPUP LIMITED (GENERAL PARTNER OF INVESTCORP WERNER HOLDINGS L.P.) | Paget-Brown & Company Ltd. West Wind Bldg. P.O. Box 1111, Harbour Dr | Grand Cayman | CAYMAN ISLANDS, B.W.I. |  |
| 82. | INVIFIN, S.A. | 11, Rue Aldringen |  | LUXEMBOURG |  |
| 83. | IRA AND ELISE FROST FAMILY LIMITED PARTNERSHIP (ELISE FROST – GENERAL MANAGING PARTNER) | 1001 Saxony Drive | Highland Park | IL | 60035 |
| 84. | ISABELLE N. WERNER | 44 Beaver Street | Sewickley | PA | 15143-1218 |
| 85. | J. DAVID GOLDBLATT | 13 Middlesex Road | Sharon | MA | 02067 |
| 86. | JAMES ANDRE FRANCOIS | 10 Bis Ave, De La Prise D'eau | Le Vesinet | FRANCE | 78110 |
| 87. | JAMES BAKER | C/O Investcorp International Inc., 280 Park Ave., 36th Floor, West Tower | New York | NY | 10017 |
| 88. | JAMES EGAN | C/O Investcorp International Inc., 280 Park Ave., 37th Floor, West Tower | New York | NY | 10017 |
| 89. | JAMES F. HARDYMON | 333 West Vine St, Ste 300 | Lexington | KY | 40509 |
| 90. | JANET F. SOLOT | 573 Wedgewood Way | Naples | FL | 34119 |
| 91. | JASON S. KRANE | 3004 Lakepoint Place | Davie | FL | 33328 |
| 92. | JEFFREY ADDISION WERNER | 4729 Westbury Court | Long Grove | IL | 60047 |
| 93. | JEFFREY R. ACKERMAN | 126 Abbott Street | Wellesley | MA | 02481 |

NEWYORK 6460193 (2K)

# OLD LADDER LITIGATION CO., LLC
### v.
# INVESTCORP BANK B.S.C., INC. *et al.*

|  | NAME | STREET ADDRESS | CITY | STATE OR COUNTRY | ZIP CODE |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| 94. | JEREMY M. KAPLAN | 6137 Ramshorn Dr. | Mclean | VA | 22101 |
| 95. | JESSICA Z. JOUBERT | 1500 Jackson Avenue | East Meadows, Long Island | NY | 11554 |
| 96. | JOHN J. FIUMEFREDDO | 112 Destinaire Drive | New Wilmington | PA | 16142 |
| 97. | JONATHAN C. WERNER GIFT TRUST U/A/D/ 11/1/96 (JEFFRY WEISMAN – TRUSTEE) | 33 East Bellevue Place, Apt. 2w | Chicago | IL | 60611 |
| 98. | JORDANA ROTHMAN | 4 Woodshire Terrace | Towaco | NJ | 07082 |
| 99. | JOSHUA J. ROTHMAN | 4 Woodshire Terrace | Towaco | NJ | 07082 |
| 100. | JUDITH KAPLAN | 6137 Ramshorn Dr. | Mclean | VA | 22101 |
| 101. | JUDITH LILY KAPLAN TRUST U/D 14 JANUARY 1998 (JEREMY M. KAPLAN – TRUSTEE) | 6137 Ramshorn Dr. | Mclean | VA | 22101 |
| 102. | JULIA E. KAPLAN | 5723 Heming Ave. | Springfield | VA | 22151 |
| 103. | JUNE GOLDBLATT | 5312 Bellaire Ave. | North Hollywood | CA | 91607 |
| 104. | KAREN LYNN MOSESKA | 160 West 77th Street | New York | NY | 10024 |
| 105. | KARRAH KAPLAN | 5723 Heming Ave. | Springfield | VA | 22151 |
| 106. | KELLY SINON | 9050 Kern Avenue, H-2 | Gilroy | CA | 95020 |
| 107. | KEVIN M. ROTHMAN | 4 Woodshire Terrace | Towaco | NJ | 07082 |
| 108. | LADDER EQUITY LIMITED | Paget-Brown & Company Ltd. West Wind Bldg. P.O. Box 1111, Harbour Dr | Grand Cayman | CAYMAN ISLANDS, B.W.I. |  |
| 109. | LARRY V. FRIEND | 121 Lake Shore Drive | Columbiana | OH | 44408 |
| 110. | LAURA W. WERNER REVOCABLE TRUST, U/A/D 1/2/96 (LAURA WERNER – TRUSTEE) | 33 East Bellevue Place Apt. 2w | Chicago | IL | 60611 |
| 111. | LEONARD GREEN & PARTNERS, L.P. | 11111 Santa Monica Boulevard | Los Angeles | CA | 90025 |
| 112. | LGP MANAGEMENT INC. | 11111 Santa Monica Boulevard | Los Angeles | CA | 90025 |
| 113. | LINDA C. JOUBERT | 1500 Jackson Avenue | East Meadows, Long Island | NY | 11554 |

NEWYORK 6460193 (2K)

# OLD LADDER LITIGATION CO., LLC
## v.
# INVESTCORP BANK B.S.C., INC. *et al.*

|  | NAME | STREET ADDRESS | CITY | STATE OR COUNTRY | ZIP CODE |
|---|---|---|---|---|---|
| 114. | LOIS S. WERNER REVOCABLE TRUST | 561 Richmond Drive | Sharon | PA | 16146 |
| 115. | LOUGHLIN MEGHJI & CO., INC. | 148 Madison Avenue Suite 800 | New York | NY | 10016 |
| 116. | MARC L. WERNER | 4729 Westbury Court | Long Grove | IL | 60047 |
| 117. | MARC L. WERNER - IRREVOCABLE TRUST 1 (RICHARD WERNER AND DONNA S. WERNER – TRUSTEES) | 4729 Westbury Court | Long Grove | IL | 60047 |
| 118. | MARGARET E. BONTE | 1 Route De La Cascade | Le Vesinet | FRANCE | 78110 |
| 119. | MARGOT A. WERNER GIFT TRUST U/A/D 11/1/96 (LAURA WERNER – TRUSTEE) | 33 East Bellevue Place, Apt. 2w | Chicago | IL | 60611 |
| 120. | MARLANE T. KRANE | 3004 Lakepoint Place | Davie | FL | 33328 |
| 121. | MARSHA BETH KARP | 748 Wild Dunes Court | Riverwoods | IL | 60015 |
| 122. | MATTHEW W. WEISS | 2201 Constellation Drive | Colorado Springs | CO | 80906 |
| 123. | MATTHEW W. WEISS | 6067 South Kenton Street | Englewood | CO | 80111 |
| 124. | MAURICE WEINER | 11 Hickory Drive | North Caldwell | NJ | 07006 |
| 125. | MELISSA S. KARP | 748 Wild Dunes Court | Riverwoods | IL | 60015 |
| 126. | MICHAEL D. BROOKS | 1447 Vista Leaf Drive | Decatur | GA | 30033 |
| 127. | MICHAEL D. WISE | 1032 Calle Parque | El Paso | TX | 79912 |
| 128. | MICHAEL E TRZYNKA | 3025 Baywoods Dr | Sharpsville | PA | 16150 |
| 129. | MICHAEL E. WERNER | 33 East Bellevue Place, Apt. 2w | Chicago | IL | 60611 |
| 130. | MICHAEL E. WERNER REVOCABLE TRUST, U/A/D 1/2/96 (MICHAEL WERNER – TRUSTEE) | 33 East Bellevue Place, Apt. 2w | Chicago | IL | 60611 |
| 131. | MICHAEL J. SOLOT | 207 South Avenue | Glenco | IL | 60022 |
| 132. | MICHAEL WONG | C/O Leonard Green & Partners L.P., 11111 Santa Monica Boulevard, Suite 2000 | Los Angeles | CA | 90025 |
| 133. | MICHEL FRANCOIS | 10 Bis Ave, De La Prise D'eau | Le Vesinet | FRANCE | 78110 |
| 134. | MINDY WERNER | 399 Fourth Street | Brooklyn | NY | 11215 |

7

**OLD LADDER LITIGATION CO., LLC**
v.
**INVESTCORP BANK B.S.C., INC.** *et al.*

|  | NAME | STREET ADDRESS | CITY | STATE OR COUNTRY | ZIP CODE |
|---|---|---|---|---|---|
|  | ALTER |  |  |  |  |
| 135. | MURRAY DEVINE & CO., INC. | 1650 Arch Street, Suite 2700 | Philadelphia | PA | 19103 |
| 136. | NEAL R. MARTIN | 50 Fredonia Road | Greenville | PA | 16125 |
| 137. | NEIL D. KAPLAN | 5723 Heming Ave. | Springfield | VA | 22151 |
| 138. | NOBLE LIMITED | Beaufort Financial Services, West Wind Bldg., P.O. Box 2197 | Grand Cayman | CAYMAN ISLANDS, B.W.I. |  |
| 139. | NOEL BERK-RAUCH | 247 Baltic Street | Brooklyn | NY | 11201 |
| 140. | NOVAK PARTNERSHIP, AKA A CALIFORNIA LIMITED PARTNERSHIP (ALYCE NOVAK – TRUSTEE) | 1111 Blanc Court | Pleasanton | CA | 94566 |
| 141. | OUTRIGGER LIMITED | Beaufort Financial Services, West Wind Bldg., P.O. Box 2197 | Grand Cayman | CAYMAN ISLANDS, B.W.I. |  |
| 142. | OWNERSHIP HOLDINGS LIMITED | Paget-Brown & Company Ltd. West Wind Bldg. P.O. Box 1111, Harbour Dr | Grand Cayman | CAYMAN ISLANDS, B.W.I. |  |
| 143. | PAULA J. GRIFFITH | 4088 Johnston Road | Fort Pierce | FL | 34951 |
| 144. | PETER NOLAN | C/O Leonard Green & Partners L.P., 11111 Santa Monica Boulevard, Suite 2000 | Los Angeles | CA | 90025 |
| 145. | PHILLIP F. TIDY | 13 Emsworth Road, Shirley | Southampton | ENGLAND | SO1 53L9 |
| 146. | PLATEA LIMITED | Beaufort Financial Services, West Wind Bldg., P.O. Box 2197 | Grand Cayman | CAYMAN ISLANDS, B.W.I. |  |
| 147. | QUILL LIMITED | Beaufort Financial Services, West Wind Bldg., P.O. Box 2197 | Grand Cayman | CAYMAN ISLANDS, B.W.I. |  |
| 148. | RACHAEL A. KAPLAN | 5723 Heming Ave. | Springfield | VA | 22151 |
| 149. | RADIAL LIMITED | Beaufort Financial Services, West Wind Bldg., P.O. Box 2197 | Grand Cayman | CAYMAN ISLANDS, B.W.I. |  |
| 150. | RANKELL FAMILY TRUST (STEVEN RANKELL – TRUSTEE) | 6358 Deerbrook Road | Oak Park | CA | 91301 |
| 151. | RAUCH TRUST (ALEENA SHAPIRO – TRUSTEE) | 575 Lexington Avenue Room 2010 | New York | NY | 10022-6125 |
| 152. | RICHARD D. BONTE | 3605 54th Drive West #201 | Bradenton | FL | 34210 |
| 153. | RICHARD L. | 561 Richmond Drive | Sharon | PA | 16146 |

# OLD LADDER LITIGATION CO., LLC
## v.
# INVESTCORP BANK B.S.C., INC. *et al.*

|  | NAME | STREET ADDRESS | CITY | STATE OR COUNTRY | ZIP CODE |
|---|---|---|---|---|---|
|  | WERNER REVOCABLE TRUST |  |  |  |  |
| 154. | RICHARD M. KELLY | 1131 Bulh Circle | Hermitage | PA | 16148 |
| 155. | RICHMOND DRIVE ENTERPRISES, L.P. (RICHARD WERNER AND LOIS WERNER – GENERAL PARTNERS) | 561 Richmond Drive | Sharon | PA | 16146 |
| 156. | RICHMOND J. ROSATI | 526 Anderwood Drive | Hermitage | PA | 16148 |
| 157. | ROBERT A. ROSATI | 526 Anderwood Drive | Hermitage | PA | 16148 |
| 158. | ROBERT H. PINNEY | 3387 Locksley Court | Merced | CA | 95340 |
| 159. | ROBERT I. WERNER | 3000 Island Blvd. #3001 | Williams Island | FL | 33160 |
| 160. | ROBERT I. WERNER - IRREV. TRUST DATED 8/30/94 (RONALD WERNER – ADMINISTRATIVE TRUSTEE) | 6116 Olde Stage Road | Boulder | CO | 80302 |
| 161. | RONALD E. WERNER | 6116 Olde Stage Road | Boulder | CO | 80302 |
| 162. | RONI S. ROSATI | 526 Anderwood Drive | Hermitage | PA | 16148 |
| 163. | ROSS DANIEL ROSATI | 526 Anderwood Drive | Hermitage | PA | 16148 |
| 164. | RYAN GREGORY ROSATI | 526 Anderwood Drive | Hermitage | PA | 16148 |
| 165. | SARA P. GRAHAM | 32 Mount Pleasant Drive Bournemouth | Dorset | ENGLAND | BH8 9JN |
| 166. | SHANNON ROSE RYAN | 2100 Riverside Lane | Boulder | CO | 80301 |
| 167. | SHIRLEY W. RAUCH TRUST (SHIRLEY RAUCH, STANLEY RAUCH, AND MARLANE KRONE – TRUSTEES) | 3405 N.W. 51st Place | Boca Raton | FL | 33496 |
| 168. | SHORELINE LIMITED | Beaufort Financial Services, West Wind Bldg., P.O. Box | Grand Cayman | CAYMAN ISLANDS, B.W.I. |  |

9

# OLD LADDER LITIGATION CO., LLC
v.
# INVESTCORP BANK B.S.C., INC. *et al.*

|  | NAME | STREET ADDRESS | CITY | STATE OR COUNTRY | ZIP CODE |
|---|---|---|---|---|---|
|  |  | 2197 |  |  |  |
| 169. | SIPCO LIMITED | Paget-Brown & Company Ltd. West Wind Bldg. P.O. Box 1111, Harbour Dr | Grand Cayman | CAYMAN ISLANDS, B.W.I. |  |
| 170. | SOPHIA K. WERNER | 44 Beaver Street | Sewickley | PA | 15143-1218 |
| 171. | STANLEY S. RAUCH TRUST | 7496 Glendevon Lane | Delray Beach | FL | 33446 |
| 172. | STEP INVESTMENTS LIMITED | Paget-Brown & Company Ltd. West Wind Bldg. P.O. Box 1111, Harbour Dr | Grand Cayman | CAYMAN ISLANDS, B.W.I. |  |
| 173. | STEPHANIE N. WERNER GIFT TRUST U/A/D 11/1/96 (JEFFERY WEISMAN – TRUSTEE) | 1055 California Street | San Francisco | CA | 94108 |
| 174. | STEVEN R. BENTSON | 1235 Foxwood Drive | Hermitage | PA | 16148 |
| 175. | STEVEN RANKELL | 6358 Deerbrook Road | Oak Park | CA | 91301 |
| 176. | STEWART CHARITABLE REMAINDER UNITRUST (GARY STEWART - TRUSTEE) | 3586 Prince Street | Escondido | CA | 92025 |
| 177. | STEWART CHARITABLE REMAINDER UNITRUST (ILENE STEWART – TRUSTEE) | 3586 Prince Street | Escondido | CA | 92025 |
| 178. | SUSAN MORROW | 400 North Clinton, Apt. #203 | Chicago | IL | 60610 |
| 179. | SUZANNE ROSEN | 141navigator Drive | Scotts Valley | CA | 95066 |
| 180. | SUZANNE SCHWARTZ | 18-05 215th St., Apt. 12s | Bayside | NY | 11360 |
| 181. | SYLVIA S. KAPLAN | 1500 Jackson Avenue | East Meadows, Long Island | NY | 11554 |
| 182. | TAMMY H. WERNER | 210 Northampton Lane | Lincolnshire | IL | 60069 |
| 183. | THE ESTATE OF MAX HANFLING (EDWARD A. POLLACK – EXECUTOR) | 1 Halls Lane | Rye | NY | 10580 |
| 184. | THOMAS SULLIVAN | C/O Investcorp International Inc., 280 Park Ave., 36th Floor, West Tower | New York | NY | 10017 |
| 185. | VERA BONTE | 1 Queens Road Kingston Hill | Surrey | ENGLAND | KT27SF |
| 186. | VINCENT A. GENIS | 1619 Mcdowell Street | Sharon | PA | 16146 |

10

## OLD LADDER LITIGATION CO., LLC
### v.
## INVESTCORP BANK B.S.C., INC. *et al.*

|  | NAME | STREET ADDRESS | CITY | STATE OR COUNTRY | ZIP CODE |
|---|---|---|---|---|---|
| 187. | VINCENT J. GARCELL | 844 Liard Place | Costa Mesa | CA | 92626 |
| 188. | VINCENT J. GARCELL LIVING TRUST (VINCENT J. GARCELL & KAREN R. GARCELL, TRUSTEES) | 844 Liard Place | Costa Mesa | CA | 92626 |
| 189. | WERNER CO–INVESTMENT LLC | 11111 Santa Monica Blvd., Suite 2000 | Los Angeles | CA | 90025 |
| 190. | WERNER EQUITY LIMITED | Paget-Brown & Company Ltd. West Wind Bldg. P.O. Box 1111, Harbour Dr | Grand Cayman | CAYMAN ISLANDS, B.W.I. |  |
| 191. | WERNER GC TRUST FOR ERIN (BEVERLY WERNER NEEDHAM-TRUSTEE); | 2100 Riverside Lane | Boulder | CO | 80304 |
| 192. | WERNER GC TRUST FOR SHANNON (SHANNON ROSE RYAN) (BEVERLY WERNER NEEDHAM – TRUSTEE) | 2100 Riverside Lane | Boulder | CO | 80301 |
| 193. | WERNER IIP LIMITED | Paget-Brown & Company Ltd. West Wind Bldg. P.O. Box 1111, Harbour Dr | Grand Cayman | CAYMAN ISLANDS, B.W.I. |  |
| 194. | WERNER INVESTMENTS LIMITED | Paget-Brown & Company Ltd. West Wind Bldg. P.O. Box 1111, Harbour Dr | Grand Cayman | CAYMAN ISLANDS, B.W.I. |  |
| 195. | WERNER-ALTER, LLC (MINDY WERNER ALTER – MANAGER) | 399 Fourth Street | Brooklyn | NY | 11215 |
| 196. | WILLIAM C. HAZLETT | 25 Fredonia Road | Greenville | PA | 16125 |
| 197. | WILLIAM J. RIPPIN | 210 Stirling Drive | Butler | PA | 16001 |
| 198. | WL HOLDINGS LIMITED | Paget-Brown & Company Ltd. West Wind Bldg. P.O. Box 1111, Harbour Dr | Grand Cayman | CAYMAN ISLANDS, B.W.I. |  |
| 199. | ZINNIA LIMITED | Beaufort Financial Services, West Wind Bldg., P.O. Box 2197 | Grand Cayman | CAYMAN ISLANDS, B.W.I. |  |
| 200. | CHARLES MARQUIS | 306 N. Poinsettia | Manhattan Beach | CA | 90266 |
| 201. | CHRISTOPHER FILARDI | Vice President Commercial Marketing Werner Co. 93 Werner Road | Greenville | PA | 16125 |

11

## OLD LADDER LITIGATION CO., LLC
### v.
## INVESTCORP BANK B.S.C., INC. *et al.*

|  | NAME | STREET ADDRESS | CITY | STATE OR COUNTRY | ZIP CODE |
|---|---|---|---|---|---|
| 202. | DANA SNYDER | Advisory Director Investcorp International Inc. 280 Park Avenue, 36th Floor | New York | NY | 10017 |
| 203. | DONALD E. ACHENBACH | Vice President for Planning and Facilities of Thiel College Planning Administration Thiel College 75 College Ave. | Greenville | PA | 16125 |
| 204. | JOHN J. DYLIK | Webster University Bldg. 617, Room 201 2221 MacDonough Street | Great Lakes | IL | 60088 |
| 205. | JOHN REMMERS | TTI Floor Care North America 7005 Cochran Rd. | Glenwillow | OH | 44139-4303 |
| 206. | JOHN THIGPEN | Signature Aluminum, Inc. 93 Werner Road, Building A | Greenville | PA | 16125 |
| 207. | KEVIN WALZ | Signature Aluminum, Inc. 93 Werner Road, Building A | Greenville | PA | 16125 |
| 208. | LEE L. BASILOTTA | Marbled Elegance 2008 Martin Avenue | Santa Clara | CA | 95050 |
| 209. | LISA A. PRESSLER | 230 Winters Ave. | West Hazelton | PA | 18202-3727 |
| 210. | MAMOUN ASKARI | Capital Advisors 11 Stanhope Gate | London |  |  |
| 211. | PETER R. O'COIN | 10 Fairmont | Laguna Nigel | CA | 93677 |
| 212. | STEPHEN TEMPINI | Adjoined Consultant, Inc. 5301 Blue Lagoon Drive, Suite 700 | Miami | FL | 33126-2099 |
| 213. | STEVEN RICHMAN | 55 Sandpiper Lane | Lake Forest | IL | 60045 |
| 214. | WENDY A. MEIKLE | 5075 Gardner Barclay Rd. | Farmdale | OH | 44417-9733 |
| 215. | MARC RICHARDS | Blank Rome LLP, The Chrysler Building | 405 Lexington Ave, New York | NY | 10174-0208 |

12

# EXHIBIT B

MARC W. RAPPEL, Esq.
Elliot B. Gipson, Esq.
Latham & Watkins LLP
633 West Fifth Street, Suite 4000
Los Angeles, CA  90071-2007


ROBERT J. DEHNEY, Esq.
Gregory W. Werkheiser, Esq.
Curtis S. Miller, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE  19801


DAVID B. STRATTON, Esq.
Evelyn J. Meltzer, Esq.
PEPPER HAMILTON LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE  79889-1709


ANTHONY W. CLARK, Esq.
Jason M. Liberi, Esq.
Skadden Arps Slate Meagher & Flom LLP
P.O. Box 636
Wilmington, DE  19899-0636