UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLD LADDER LITIGATION CO., LLC, as Litigation Designee on behalf of the Liquidation

        Plaintiff,

-against-

INVESTCORP BANK B.S.C. et al.

        Defendants.

08 cv 0876 (RMB)

**ORDER FOR ADMISSION**
***PRO HAC VICE***
**ON WRITTEN MOTION**

Upon the motion of J. Christopher Shore, attorney for Old Ladder Litigation Co., LLC, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED THAT

    CRAIG H. AVERCH
    White & Case LLP
    633 West Fifth Street, Suite 1900
    Los Angeles, CA  90071-2007
    Phone Number: (213) 620-7700
    Fax Number: (213) 452-2329

is admitted to practice *pro hac vice* as counsel for Old Ladder Litigation Co., LLC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

NEWYORK 6461690 (2K)

If this action is assigned to the Electronics Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: __2/21__, 2008
New York, New York

_____/s/ RMB_____
Richard M. Berman
United States District Judge