**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OLD LADDER LITIGATION CO., LLC, as Litigation Designee on behalf of the Liquidation </br></br>            Plaintiff, </br>    -against- </br></br>INVESTCORP BANK B.S.C. et al. </br></br>            Defendants. | 08 cv 0876 (RMB) </br></br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that James J. Lotz of the law firm of Foley & Mansfield, PLLP, 485 Madison Avenue, New York, NY 10022, appear in this matter on behalf of defendant Steven R. Bentson and request that a copy of all notices given and all papers (including, but not limited to, pleadings, motions, applications, orders, and reports) served or filed in this case be served upon the undersigned at the address listed below and/or through Electronic Civil Filing to the following email address: jlotz@foleymansfield.com with copies to dbolin@foleymansfield.com, his legal secretary.

Dated:  March 5, 2008                                        Respectfully submitted,

                                                                                /s/ James J. Lotz
                                                                                James J. Lotz, Esq. (2538551)
                                                                                Foley & Mansfield, PLLP
                                                                                485 Madison Avenue
                                                                                New York, NY  10022
                                                                                Phone:   (212) 421-0436
                                                                                Fax:       (212) 421-0539

                                                                                ATTORNEYS FOR DEFENDANT
                                                                                STEVEN R. BENTSON