UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
OLD LADDER LITIGATION CO., LLC, as Litigation
Designee on behalf of the Liquidation Trust,

       Plaintiff,
   vs.

INVESTCORP BANK B.S.C. et al.,

       Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/08
```

08 cv 0876 (RMB)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

   Upon the motion of William P. Frank, attorney for defendants Investcorp Bank B.S.C., Investcorp S.A., Investcorp International, Inc., Invifin, S.A., Investcorp Investment Equity Limited, Investcorp Holdings Limited, Investcorp Werner Holdings L.P., StepUp Limited, Ownership Holdings Limited, C.P. Holdings Limited, SIPCO Limited, Ballet Limited, Denary Limited, Gleam Limited, Highlands Limited, Noble Limited, Outrigger Limited, Quill Limited, Radial Limited, Shoreline Limited, Zinnia Limited, CIP Limited, Step Investments Limited, WL Holdings Limited, Equity WERA Limited, Climbing Products Limited, Ladder Equity Limited, Werner Equity Limited, Werner Investments Limited, Werner IIP Limited, Annisville Limited, Cooperstown Limited, Frisco Limited, Platea Limited, Mamoun Askari, James Baker, James Egan, James Hardymon, Charles Marquis, Dana Snyder, Christopher Stadler, Thomas Sullivan, and Stephen Tempini, and the above sponsor attorney's affidavit in support;

   IT IS HEREBY ORDERED that

      Anthony W. Clark
      Skadden, Arps, Slate Meagher & Flom LLP
      One Rodney Square
      P. O. Box 636
      Wilmington, Delaware 19899-0636
      Telephone: (302) 651-3080
      Fax:   (888) 329-3081
      Email:  tclark@skadden.com

is admitted to practice pro hac vice as counsel for defendants Investcorp Bank B.S.C., Investcorp S.A., Investcorp International, Inc., Invifin, S.A., Investcorp Investment Equity Limited, Investcorp Holdings Limited, Investcorp Werner Holdings L.P., StepUp Limited, Ownership Holdings Limited, C.P. Holdings Limited, SIPCO Limited, Ballet Limited, Denary Limited, Gleam Limited, Highlands Limited, Noble Limited, Outrigger Limited, Quill Limited, Radial Limited, Shoreline Limited, Zinnia Limited, CIP Limited, Step Investments Limited, WL Holdings Limited, Equity WERA Limited, Climbing Products Limited, Ladder Equity Limited, Werner Equity Limited, Werner Investments Limited, Werner IIP Limited, Annisville Limited, Cooperstown Limited, Frisco Limited, Platea Limited, Mamoun Askari, James Baker, James Egan, James Hardymon, Charles Marquis, Dana Snyder, Christopher Stadler, Thomas Sullivan, and Stephen Tempini in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: March 18, 2008
New York, New York

_____
United States District Judge

Richard M. Berman

524519-Wilmington Server 1A - MSW