UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
OLD LADDER LITIGATION CO., LLC, as Litigation  :
Designee on behalf of the Liquidation Trust,
                                               :
              Plaintiff,
                                               :    08 cv 0876 (RMB)
       vs.
                                               :
INVESTCORP BANK B.S.C. et al.,
                                               :
              Defendants.
                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF MOTION FOR ADMISSION
## PRO HAC VICE OF ANTHONY W. CLARK

PLEASE TAKE NOTICE that, upon the declarations of William P. Frank and Anthony W. Clark and all prior pleadings and proceedings in this case, William P. Frank, a member in good standing of the bar of this Court, hereby respectfully moves this Court for an order pursuant to Rule 1.3(c) of the Rules of the United States District Court for the Southern District of New York, admitting Anthony W. Clark to the bar of this Court *pro hac vice*. For the Court's convenience, a form of Order is annexed hereto.

Dated: March 17, 2008

                                       Respectfully Submitted,

                                       SKADDEN, ARPS, SLATE, MEAGHER &
                                       FLOM LLP

                                       /s/ William P. Frank
                                       William P. Frank
                                       Four Times Square
                                       New York, New York 10036
                                       (212) 735-3000
                                       William.Frank@skadden.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
OLD LADDER LITIGATION CO., LLC, as Litigation  :
Designee on behalf of the Liquidation Trust,   :
                                               :
                      Plaintiff,               :
               vs.                             :    08 cv 0876 (RMB)
                                               :
INVESTCORP BANK B.S.C. et al.,                 :
                                               :
                      Defendants.              :
----------------------------------------x

**DECLARATION OF WILLIAM P. FRANK
IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

WILLIAM P. FRANK declares as follows:

1. I am a member of the bar of this Court and of the law firm Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for defendants Investcorp Bank B.S.C., Investcorp S.A., Investcorp International, Inc., Invifin, S.A., Investcorp Investment Equity Limited, Investcorp Holdings Limited, Investcorp Werner Holdings L.P., StepUp Limited, Ownership Holdings Limited, C.P. Holdings Limited, SIPCO Limited, Ballet Limited, Denary Limited, Gleam Limited, Highlands Limited, Noble Limited, Outrigger Limited, Quill Limited, Radial Limited, Shoreline Limited, Zinnia Limited, CIP Limited, Step Investments Limited, WL Holdings Limited, Equity WERA Limited, Climbing Products Limited, Ladder Equity Limited, Werner Equity Limited, Werner Investments Limited, Werner IIP Limited, Annisville Limited, Cooperstown Limited, Frisco Limited, Platea Limited, Mamoun Askari, James Baker, James Egan, James Hardymon, Charles Marquis, Dana Snyder, Christopher Stadler, Thomas Sullivan, and Stephen Tempini. I submit this declaration in support of the motion, pursuant to Rule 1.3(c) of the Rules of the United States District Court for the Southern District of New York (the "Local Rules"), for admission *pro hac vice* of Anthony W. Clark to the bar of this Court.

2. Mr. Clark is a member of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, resident in Wilmington, Delaware, and is admitted to practice before the bars of the State of Delaware and the Commonwealth of Pennsylvania, and also admitted to practice before the United States District Court for the District of Delaware, United States District Court for the Eastern District of Pennsylvania, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Third Circuit, and the United States Court of Appeals for the Armed Forces.

3. Mr. Clark is familiar with the Federal Rules of Civil Procedure and the Local Rules.

4. Accordingly, I respectfully request that Mr. Clark be admitted *pro hac vice* to the bar of this Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: March 17, 2008

_____
William P. Frank

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
OLD LADDER LITIGATION CO., LLC, as Litigation  :
Designee on behalf of the Liquidation Trust,
                                               :
            Plaintiff,                         :
                                               :  08 cv 0876 (RMB)
      vs.                                      :
                                               :
INVESTCORP BANK B.S.C. et al.,                 :
                                               :
            Defendants.                        :
------------------------------------x

## DECLARATION OF ANTHONY W. CLARK
## IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

ANTHONY W. CLARK declares as follows:

1. I am a member of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, and maintain my office at One Rodney Square, P.O. Box 636, Wilmington, Delaware 19899-0636. My telephone number is (302) 651-3080 and my email address is tclark@skadden.com. I submit this declaration in support of the motion, pursuant to Rule 1.3(c) of the Rules of the United States District Court for the Southern District of New York (the "Local Rules"), for my admission *pro hac vice* to the bar of this Court.

2. I am admitted to practice in, and am in good standing with, the bars of the State of Delaware and the Commonwealth of Pennsylvania and also admitted to practice before, and remain in good standing with, the United States District Court for the District of Delaware, the United States District Court for the Eastern District of Pennsylvania, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Third Circuit, and the United States Court of Appeals for the Armed Forces. Certificates of good standing issued within the past 30 days by the respective courts are attached hereto as exhibits one through seven, respectively.

3. I have not been subjected to disciplinary action of any sort, including censure, suspension, contempt, or disbarment in any state, nor do I have any grievance pending against me.

4. I am familiar with the Federal Rules of Civil Procedure and the Local Rules. I agree to be bound by the rules governing the Courts in the State of New York and the Southern District of New York.

5. I respectfully request admission *pro hac vice* to this Court on behalf of defendant Investcorp International, Inc.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: March 13, 2008

_____
Anthony W. Clark

# SUPREME COURT OF THE STATE OF DELAWARE

## CERTIFICATE OF GOOD STANDING

The Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **Anthony W. Clark** was admitted to practice as an attorney in the Courts of this State on **January 26, 1982** and is an **active** member of the Bar of the Supreme Court of the State of Delaware in good standing.

**IN TESTIMONY WHEREOF,**

I have hereunto set my hand and affixed the seal of said Court at Dover this 28th day of February 2008.



_____
Cathy L. Howard
Clerk of the Supreme Court



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Anthony Warner Clark, Esq.*

**DATE OF ADMISSION**

*December 10, 1979*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: February 29, 2008**

John W. Person, Jr., Esq.
Deputy Prothonotary

AO 136 Certificate of Good Standing
(Delaware, Rev. 2/99)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF GOOD STANDING

I, PETER T. DALLEO, Clerk of the United States District Court for the District of Delaware, DO HEREBY CERTIFY THAT

**Anthony W. Clark # 2051**, was duly admitted to practice in said Court on **March 1, 1982**

and is in good standing as a member of the bar of this Court.

PETER T. DALLEO, Clerk, U.S. District Court

BY: _____
Deputy Clerk
(Seal of the Court)

Dated at Wilmington, Delaware

**on the 28th day of February, 2008**

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA }

    I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

    DO HEREBY CERTIFY That Anthony W. Clark, Bar # 31339, was duly admitted to practice in said Court on September 9, 1988, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania      MICHAEL E. KUNZ
                                                          Clerk of Court

on February 29, 2008.                            BY _____
                                                    Aida Ayala,   Deputy Clerk

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

CERTIFICATE OF GOOD STANDING

I, **CATHERINE O'HAGAN WOLFE**, Clerk of the United States Court of Appeals for the Second Circuit,

CERTIFY that **ANTHONY W. CLARK** is admitted to practice in said Court on **January 25, 2007** and is in good standing.

Dated: March 12, 2008    **CATHERINE O'HAGAN WOLFE**
New York, New York
Clerk of Court

By: /s/ Kevin Brofsky
Kevin Brofsky
Deputy Clerk

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
# CERTIFICATE OF GOOD STANDING

I, MARCIA M. WALDRON, Clerk of the United States Court of Appeals for the Third Circuit, DO HEREBY CERTIFY THAT **Anthony W. Clark** was admitted to practice before this Court as an attorney and counselor on **July 31, 1984** that he or she has never been suspended nor disbarred, and is presently a member of the bar of this Court in good standing.

I DO FURTHER CERTIFY that there are no grievances or complaints pending before the Disciplinary Committee of this Court against said attorney and counselor.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of the said Court, at Philadelphia, this 29th day of February 2008.

MARCIA M. WALDRON, Clerk
United States Court of Appeals
For the Third Circuit

By: _____
Patricia S. Dodszuweit,
Chief Deputy Clerk

# United States Court of Appeals for the Armed Forces

I, __WILLIAM A. DeCICCO__, Clerk of the United States Court of Appeals for the Armed Forces, do hereby certify that __ANTHONY W. CLARK__ was, on the __17TH__ day of __JUNE__, A.D. __1996__, admitted to practice as an Attorney and Counsellor at the Bar of this Court and is, according to the records of this Court, a member of said Bar in good standing.

In testimony whereof, I hereunto subscribe my name and affix the seal of said Court at Washington, D.C., this __28TH__ day of __FEBRUARY__, A.D. __2008__.

WILLIAM A. DeCICCO
Clerk of the United States Court of Appeals for the Armed Forces

BY _[signature]_
Admissions Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
OLD LADDER LITIGATION CO., LLC, as Litigation :
Designee on behalf of the Liquidation Trust,   :
                                               :
                         Plaintiff,            :
                 vs.                           :    08 cv 0876 (RMB)
                                               :
INVESTCORP BANK B.S.C. et al.,                 :    **ORDER FOR ADMISSION**
                                               :    **PRO HAC VICE**
                         Defendants.           :    **ON WRITTEN MOTION**
---------------------------------------x

Upon the motion of William P. Frank, attorney for defendants Investcorp Bank B.S.C., Investcorp S.A., Investcorp International, Inc., Invifin, S.A., Investcorp Investment Equity Limited, Investcorp Holdings Limited, Investcorp Werner Holdings L.P., StepUp Limited, Ownership Holdings Limited, C.P. Holdings Limited, SIPCO Limited, Ballet Limited, Denary Limited, Gleam Limited, Highlands Limited, Noble Limited, Outrigger Limited, Quill Limited, Radial Limited, Shoreline Limited, Zinnia Limited, CIP Limited, Step Investments Limited, WL Holdings Limited, Equity WERA Limited, Climbing Products Limited, Ladder Equity Limited, Werner Equity Limited, Werner Investments Limited, Werner IIP Limited, Annisville Limited, Cooperstown Limited, Frisco Limited, Platea Limited, Mamoun Askari, James Baker, James Egan, James Hardymon, Charles Marquis, Dana Snyder, Christopher Stadler, Thomas Sullivan, and Stephen Tempini, and the above sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

        Anthony W. Clark
        Skadden, Arps, Slate Meagher & Flom LLP
        One Rodney Square
        P. O. Box 636
        Wilmington, Delaware 19899-0636
        Telephone:  (302) 651-3080
        Fax:  (888) 329-3081
        Email:  tclark@skadden.com

is admitted to practice pro hac vice as counsel for defendants Investcorp Bank B.S.C., Investcorp S.A., Investcorp International, Inc., Invifin, S.A., Investcorp Investment Equity Limited, Investcorp Holdings Limited, Investcorp Werner Holdings L.P., StepUp Limited, Ownership Holdings Limited, C.P. Holdings Limited, SIPCO Limited, Ballet Limited, Denary Limited, Gleam Limited, Highlands Limited, Noble Limited, Outrigger Limited, Quill Limited, Radial Limited, Shoreline Limited, Zinnia Limited, CIP Limited, Step Investments Limited, WL Holdings Limited, Equity WERA Limited, Climbing Products Limited, Ladder Equity Limited, Werner Equity Limited, Werner Investments Limited, Werner IIP Limited, Annisville Limited, Cooperstown Limited, Frisco Limited, Platea Limited, Mamoun Askari, James Baker, James Egan, James Hardymon, Charles Marquis, Dana Snyder, Christopher Stadler, Thomas Sullivan, and Stephen Tempini in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: March ___, 2008
New York, New York

_____
United States District Judge

2

## CERTIFICATE OF SERVICE

The undersigned, an attorney duly admitted to practice law before this Court, hereby certifies under penalty of perjury, that on March 17, 2008, I caused two true copies of the *Notice of Motion for Admission Pro Hac Vice of Anthony W. Clark* with the annexed *Declaration of William P. Frank in Support of Motion for Admission Pro Hac Vice* dated March 17, 2008 and *Declaration of Anthony W. Clark in Support of Motion for Admission Pro Hac Vice* dated March 13, 2008 *with the exhibits annexed thereto* to be served upon the following party by first-class mail:

J. Christopher Shore, Esq.
Craig H. Averch, Esq.
White & Case, L.L.P.
1155 Avenue of the Americas
New York, NY 10036

Dated: New York, New York
       March 17, 2008

Steven R. Katzenstein