UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLD LADDER LITIGATION CO., LLC, as
Litigation Deisgnee on behalf of the Liquidation Trust,

      Plaintiff,

-against-

INVESTCORP BANK B.S.C., et al.

      Defendants.

08 Civ. 0876 (RMB)

**NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE**

  PLEASE TAKE NOTICE that upon the annexed Declaration of Blair G. Connelly, dated March 18, 2008, the accompanying Declaration of James Wald, dated March 11, 2008, and the exhibit annexed thereto, the undersigned moves this Court for an Order, pursuant to Rule 1.3(c) of the Local Rules for the United States District Court for the Southern and Eastern Districts of New York, admitting James Wald to the bar of this Court *pro hac vice* in order to argue and try the above-captioned case as counsel for Defendants Green & Partners, L.P., LGP Management, Inc., Green Equity Investors III, L.P., Werner Co-Investment LLC, Peter Nolan, and Michael Wong.

Dated: New York, New York
   March 18, 2008

              LATHAM & WATKINS LLP

              By: _____
                Blair G. Connelly (BC-0237)

              885 Third Avenue, Suite 1000
              New York, New York 10022
              (212) 906-1200

              Attorneys for Green & Partners, L.P., LGP Management, Inc., Green Equity Investors III, L.P., Werner Co-Investment LLC, Peter Nolan, and Michael Wong

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLD LADDER LITIGATION CO., LLC, as Litigation Deisgnee on behalf of the Liquidation Trust,<br><br>Plaintiff,<br><br>-against-<br><br>INVESTCORP BANK B.S.C., et al.<br><br>Defendants. | 08 Civ. 0876 (RMB)<br><br>**ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE** |

This matter having been brought before the Court by motion to admit James Wald *pro hac vice* to appear and participate as counsel for Defendants Green & Partners, L.P., LGP Management, Inc., Green Equity Investors III, L.P., Werner Co-Investment LLC, Peter Nolan, and Michael Wong in the above-captioned action, and the declaration of such attorney having been submitted in support thereof, and it appearing that such attorney is a member in good standing of the bar of the state in which he is admitted to practice law, and there are no disciplinary proceedings against him as a member of the bar in any jurisdiction; it is

ORDERED that, pursuant to Local Civil Rule 1.3(c) of this Court, James Wald of the State of California bar is admitted *pro hac vice* to practice before this Court as counsel for Defendants Green & Partners, L.P., LGP Management, Inc., Green Equity Investors III, L.P., Werner Co-Investment LLC, Peter Nolan, and Michael Wong in these proceedings.

Dated: _____, 2008

                                                                                                           _____
                                                                                                           Honorable Richard M. Berman
                                                                                                           United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OLD LADDER LITIGATION CO., LLC, as
Litigation Deisgnee on behalf of the Liquidation Trust,

          Plaintiff,

-against-

INVESTCORP BANK B.S.C., et al.

          Defendants.

08 Civ. 0876 (RMB)

**DECLARATION OF
BLAIR G. CONNELLY**

---

BLAIR G. CONNELLY, pursuant to 28 U.S.C. § 1746, hereby declares under the penalty of perjury as follows:

1. I am a member of the law firm of Latham & Watkins LLP, counsel for Defendants Green & Partners, L.P., LGP Management, Inc., Green Equity Investors III, L.P., Werner Co-Investment LLC, Peter Nolan, and Michael Wong in this action. I submit this Declaration in support of the motion, pursuant to Local Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, for an Order granting James Wald admission *pro hac vice* to the bar of the United States District Court for the Southern District of New York in order to argue and try the above-captioned case.

2. I am a member in good standing of the bar of this Court.

3. I have reviewed the Declaration of James Wald in support of the motion for admission *pro hac vice* submitted herewith, and I believe that the declaration is true and correct. James Wald is fully familiar with the facts of this case.

4. Upon the foregoing facts, I respectfully request that the Court grant the motion for the admission *pro hac vice* of James Wald to the bar of the United States District Court for the Southern District of New York.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 18 day of March, 2008, in New York, New York.

                                                                                          Blair G. Connelly (BC-0237)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLD LADDER LITIGATION CO., LLC, as
Litigation Deisgnee on behalf of the Liquidation Trust,

Plaintiff,

-against-

INVESTCORP BANK B.S.C., et al.

Defendants.

08 Civ. 0876 (RMB)

**DECLARATION OF
JAMES WALD**

JAMES WALD, pursuant to 28 U.S.C. § 1746, hereby declares under the penalty of perjury as follows:

1. I am associated with the law firm of Latham & Watkins, LLP, located at 633 West Fifth Street, Suite 4000, Los Angeles, California, 90071.

2. I submit this Declaration in support of the motion to admit counsel *pro hac vice* in the above-captioned matter. As demonstrated by the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of California.

3. There are no pending disciplinary proceedings against me in any State or Federal Court.

4. Wherefore, I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned case.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 11th day of March, 2008, in Los Angeles, California.

_____
James Wald



# Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

---

*I, FREDERICK K. OHLRICH, Clerk of the Supreme Court of the State of California, do hereby certify that* **James C. Wald,** *was on the 8th of December, 2003, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that his/her name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court, this 11th day of March, 2008.*

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By _____
*Patricia A. Quinn, Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLD LADDER LITIGATION CO., LLC, as
Litigation Deisgnee on behalf of the Liquidation Trust,

        Plaintiff,

-against-

INVESTCORP BANK B.S.C., et al.

        Defendants.

08 Civ. 0876 (RMB)

**CERTIFICATE OF SERVICE**

    I, Jessica Bengels, hereby certify that on March 18, 2008, true and correct copies of Notice of Motion to Admit Counsel Pro Hac Vice, dated 3/18/08, Order Granting Motion to Admit Counsel Pro Hac Vice, Declaration of Blair G. Connelly, dated 3/18/08, and Declaration of James Wald, dated 3/11/08, were caused to be served in accordance with the Federal Rules of Civil Procedure, via first class mail upon all parties and counsel listed on the attached service list.

Dated: New York, New York
       March 18, 2008

LATHAM & WATKINS LLP

By: _____
    Jessica Bengels (JB-2290)

885 Third Avenue, Suite 1000
New York, New York 10022-4802
Tel: (212) 906-1200
Fax: (212) 751-4864

*Old Ladder Litigation Co., LLC v. Investcorp Bank B.S.C., et al.,*
Case No. 08 CV 0876 (RMB)
Service List

| **PLAINTIFF** | **COUNSEL** |
|---|---|
| Old Ladder Litigation Co. LLC | White & Case LLP<br>633 West Fifth Street, Suite 1900<br>Los Angeles, CA 90071-2007<br><br>Contact: Ron Gorsich<br>Phone (213) 620-7700<br>www.whitecase.com |
| **DEFENDANTS** | **COUNSEL** |
| John Thigpen | Schnader Harrison Segal & Lewis LP<br>Fifth Avenue Place<br>120 Fifth Avenue Suite 2700<br>Pittsburgh, PA 15222-3001<br><br>Contact: John K. Gisleson<br>Phone: (412) 577-5216<br>JGisleson@schnader.com |
| Annisville Limited<br>Ballet Limited<br>C.P. Holdings Limited<br>CIP Limited<br>Climbing Products Limited<br>Cooperstown Limited<br>Denary Limited<br>Equity WERA Limited<br>Frisco Limited<br>Gleam Limited<br>Highlands Limited<br>Investcorp Bank B.S.C.<br>Investcorp Holdings Limited<br>Investcorp International, Inc.<br>Investcorp Investment Equity Limited<br>Investcorp S.A.<br>Investcorp Werner Holdings L.P.<br>Invifin, S.A.<br>Ladder Equity Limited<br>Noble Limited<br>Outrigger Limited<br>Ownership Holdings Limited<br>Platea Limited | Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware 19899<br><br>Contact: Anthony Clark<br>Phone: (302) 651-3080<br>Direct fax: (888) 329-3081<br>tclark@skadden.com |

1

LA\1833894.2

| PLAINTIFF | COUNSEL |
|---|---|
| Quill Limited<br>Radial Limited<br>Shoreline Limited<br>SIPCO Limited<br>Step Investments Limited<br>StepUp Limited<br>Werner Equity Limited<br>Werner IIP Limited<br>Werner Investments Limited<br>WL Holdings Limited<br>Zinnia Limited<br>Charles Marquis<br>Christopher Stadler<br>Dana Snyder<br>James Baker<br>James Egan<br>James Hardymon<br>Mamoun Askari<br>Stephen Tempini<br>Thomas Sullivan | |
| Alligator Partners, L.P. (Howard Solot And Janet Solot - General Partners)<br>Allison Tyler Karp (Minor)<br>Barbara L. Werner<br>Barbara L. Werner And Donald M. Werner<br>Beth Katz<br>Beverly Werner Needham<br>Brad J. Gellis<br>Bruce D. Werner<br>Bruce D. Werner - Trust (Bruce Werner - Trustee)<br>Bruce D. Werner Family Limited Partnership (Bruce Werner – Managing General Partner)<br>Craig R. Werner Family Limited Partnership (Craig Werner – General Partner)<br>Craig R. Werner Trust<br>Craig Werner<br>Debra A. Rothman<br>Dennis J. Johnson<br>Donald E. Achenbach<br>Donald M. Werner<br>Eli Berk-Rauch | Cohen & Grigsby, P.C.<br>11 Stanwix Street<br>15th Floor<br>Pittsburgh, PA 15222-1319<br>Phone: (412) 297.4900<br>Fax: (412) 209.0672<br><br>Contact: Larry Elliott<br>LElliott@cohenlaw.com |

2

| PLAINTIFF | COUNSEL |
|---|---|
| Elise W. Frost<br>Elissa Schwartz (**Now Elissa Rioux**)<br>Ellen Berk Rauch<br>Eric A. Mason<br>Eric Werner<br>Florence J. Werner<br>Florence J. Werner- Irrev. Trust Dated 10/7/94 (Ronald Werner, Marc Werner And Michael Werner – Trustees)<br>Gail Rauch Blackman<br>Hanna Berk-Rauch<br>Heather Blackman<br>Henry W. Dowler<br>Howard L. Solot<br>Ira And Elise Frost Family Limited Partnership (Elise Frost – General Managing Partner)<br>Isabelle Werner<br>J. David Goldblatt<br>Janet F. Solot<br>Jonathan C. Werner Gift Trust U/A/D/ 11/1/96 (Jeffry Weisman - Trustee)<br>Jordana Rothman<br>Joshua J. Rothman<br>June Goldblatt<br>Kevin M. Rothman<br>Laura W. Werner Revocable Trust, U/Aid 1/2/96 (Laura Werner - Trustee)<br>Lee L. Basilotta<br>Lois S. Werner Revocable Trust<br>Marc Werner<br>Marc Werner Irrevocable Trust<br>Margot A. Werner Gift Trust U/A/D 11/1/96 (Laura Werner - Trustee)<br>Marsha Beth Karp<br>Maurice Weiner<br>Melanie Werner<br>Melissa S. Karp (Minor)<br>Michael E. Werner<br>Michael E. Werner Revocable Trust, U/A/D 12/96 (Michael Werner - Trustee)<br>Michael Solot<br>Michael Trzynka<br>Mindy Werner Alter | |

3

LA\1833894.2

| PLAINTIFF | COUNSEL |
|---|---|
| Noel Berk-Rauch<br>Paula J. Griffith<br>Rankell Family Trust<br>Rauch Trust (Aleen A. Shapiro – Trustee)<br>Richard L. Werner<br>Richard L. Werner Revocable Trust<br>Richmond Drive Enterprises, L.P. (Richard Werner And Elise Frost – General Partners)<br>Richmond I. Rosati (Minor)<br>Robert A. Rosati<br>Robert I. Werner<br>Robert I. Werner - Irrev. Trust Dated 8/30/94 (Ronald Werner – Administrative Trustee)<br>Ronald E. Werner<br>Roni S. Rosati<br>Ross Daniel Rosati (Minor)<br>Ryan Gregory Rosati<br>Shirley W. Rauch Trust (Shirley Rauch, And Marlane Krone – Trustees)<br>Sophie Werner<br>Stephanie N. Werner Gift Trust U/A/D 11/1/96 (Jeffery Weisman – Trustee)<br>Susan Morrow<br>Suzanne Schwartz<br>Tammy H. Werner<br>Werner GC Trust For Erin Joy Ryan (Beverly Werner Needham - Trustee)<br>Werner GC Trust For Shannon Rose Ryan (Beverly Werner Needham – Trustee)<br>Werner-Alter, Llc (Mindy Werner Alter - Manager)<br>William Hazlett<br>William J. Rippin | |
| Loughlin Meghji & Co., Inc. | Morris, Nichols, Arsht & Tunnell LLP<br>Chase Manhattan Centre, 18th Floor<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br><br>Contact: Gregory W. Werkheiser<br>gwerkheiser@mnat.com |
| Steven R. Bentson | Foley & Mansfield PLLP |

4

LA\1833894.2

| PLAINTIFF | COUNSEL |
|---|---|
|  | 250 Marquette Avenue<br>Suite 1200<br>Minneapolis, MN 55401<br><br>Contact: Thomas W. Pahl Phone: 612-338-8788 x206<br>Fax: 612-338-8690 tpahl@foleymansfield.com |
| Lisa A. Pressler | Michael Oleyar<br>1261 North Church Street<br>Hazleton, PA 18202<br><br>570-455-6800 mgolaw@verizon.net |
| Garcell 1997 Unitrust - 12/19/1997<br>Vincent J. Garcell<br>Vincent J. Garcell Living Trust | Burkhalter Kessler Goodman & George LLP<br>2020 Main Street, Suite 600 Irvine, California 92614<br><br>Contact: Daniel J. Kessler<br>Tel (949) 975-7500<br>Fax (949) 975-7501 dkessler@bkgglaw.com |
| Karen Lynn Moseska | Nixon Peabody LLP<br>437 Madison Avenue<br>New York, New York 10022<br><br>Contact: Joshua J. Larocca Phone: 212-940-3191<br>Fax: 866-302-3998<br>Jlarocca@nixonpeabody.com |
| Murray Devine & Co., Inc. | Levi Lubarsky & Feigenbaum LLP<br>1185 Avenue of the Americas, 17th Floor<br>New York, New York 10036 Tel: (212) 308-6100<br>Fax: (212) 308-8830<br><br>Contact: Howard B. Levi hlevi@llf-law.com |
| Gary Stewart<br>Stewart Charitable Remainder Unitrust (Gary Stewart, Trustee)<br>Stewart Charitable Remainder Unitrust (Ilene Stewart, Trustee)<br>Ilene Stewart<br>Suzanne Rosen<br>Novak Partnership AKA A California Limited Partnership (Alyce Novak, | Kennedy Johnson Gallagher LLC<br>99 Wall Street<br>New York, NY 10005<br><br>Contact: Peter J. Gallagher Phone: 212-248-2230<br>PGallagher@kjglaw.com |

| PLAINTIFF | COUNSEL |
|---|---|
| Trustee)<br>Alyce Novak | |
| David A. Cardillo<br>23 St. Glory Road<br>Greenville, PA 16125<br>david.cardillo@signaturealuminum.com | N/A |
| Kevin Walz<br>93 Werner Road, Building A<br>Greenville, PA 16125 | N/A |
| Steve A. Richman<br>55 Sandpiper Lane<br>Lake Forest, IL 60045<br>Steven.Richman@milwaukeetool.com | N/A |
| John Remmers<br>7005 Cochran Rd.<br>Grenwillow, OH 44139-4303<br>John.Remmers@ttifloorcare.com | N/A |
| Christopher Filardi<br>93 Werner Road<br>Greenville, PA 16125<br>FilarCG@wernerco.com | N/A |
| David A. McGowan<br>524 Spring Crest Dr.<br>El Paso, Texas 79912<br>mcgowda@wernerco.com | N/A |
| David M. Conn<br>731 Bob White Drive<br>Hermitage, PA 16148<br>conndm@wernerco.com | N/A |
| John J. Dylik<br>1022 West 41st Street<br>La Grange, IL 60525<br>dylik@sbcglobal.net | N/A |
| Neal R. Martin<br>50 Fredonia Road<br>Greenville, PA 16125<br>kmartin60@neo.rr.com | N/A |
| Richard M. Kelly<br>1131 Bulh Circle<br>Hermitage, PA 16148<br>kellyrm@wernerco.com | N/A |

| **PLAINTIFF** | **COUNSEL** |
|---|---|
| Robert H. Pinney<br>3387 Locksley Court<br>Merced, CA 95340<br>PinneRH@wemerco.com | N/A |
| Vincent A. Genis<br>1619 Mcdowell Street<br>Sharon, PA 16146<br>va_genis@hotmail.com | N/A |
| Wendy A. Meikle<br>5075 Gardner Barclay Rd.<br>Farmdale, OH 44417-9733<br>meiklwa@wernerco.com | N/A |