UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Old Ladder Litigation Co,

Plaintiff(s),

- v -

Investcorp et. al.,

Defendant(s).
-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/08

**Case Management Plan**

08   CV. 876 (RMB) (THK)

        The following Case Management Plan is entered after consultation with the parties.  This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)     Joinder of additional parties by _____

(ii)    Amend the pleadings by _____

(iii)   All discovery to be **expeditiously** completed by_____

(iv)    Consent to Proceed before Magistrate Judge_____

(v)     Status of settlement discussions_____

**Sections vi through xi will be set at conference with the Court.**

(vi)    Motions   letters outlining bases of motions: defense by 3/28/08
                                                    PL  by 4/4/08

(vii)   Oral Argument_____

(viii)  Joint Pre-Trial Order to be submitted by _____

(ix)    ~~Final Pre-Trial~~ Conference   4/21/08 @ 9:00 AM

(x)     Trial_____

(xi)    Other  ① Refer to Magistrate Judge Katz for general
               ② Answer date extended to 4/25 pretrial

SO ORDERED:  New York, New York
            3/20/08

                                    RMB
                        _____
                        Hon. Richard M. Berman, U.S.D.J.