```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLD LADDER LITIGATION CO., LLC,

        Plaintiff,

v.

INVESTCORP BANK B.S.C. et al.

        Defendants.

No. 1:08-cv-0876 (RMB-THK)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Eric J. Grannis, attorney for Loughlin Meghji & Co. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    **Applicant's Name**: David John Teklits
    **Firm Name**: Morris, Nichols, Arsht & Tunnell LLP
    **Address**: Chase Manhattan Centre, 18th Floor
              1201 North Market Street
    **City/State/Zip**: Wilmington, Delaware 19899-1347
    **Phone Number**: (302) 351-9292
    **Fax Number**: (302) 498-6212

is admitted to practice pro hac vice as counsel for Loughlin Meghji & Co. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 3/20/08
City, State: New York, New York

                                        RMB
                                     United States District/~~Magistrate~~ Judge