UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/20/08
```

OLD LADDER LITIGATION CO., LLC, as
Litigation Deisgnee on behalf of the Liquidation Trust,

　　　　　　　　　　Plaintiff,

　　-against-

INVESTCORP BANK B.S.C., et al.

　　　　　　　　　　Defendants.

08 Civ. 0876 (RMB)

**ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE**

This matter having been brought before the Court by motion to admit Marc W. Rappel *pro hac vice* to appear and participate as counsel for Defendants Green & Partners, L.P., LGP Management, Inc., Green Equity Investors III, L.P., Werner Co-Investment LLC, Peter Nolan, and Michael Wong in the above-captioned action, and the declaration of such attorney having been submitted in support thereof, and it appearing that such attorney is a member in good standing of the bar of the state in which he is admitted to practice law, and there are no disciplinary proceedings against him as a member of the bar in any jurisdiction; it is

ORDERED that, pursuant to Local Civil Rule 1.3(c) of this Court, Marc W. Rappel of the State of California bar is admitted *pro hac vice* to practice before this Court as counsel for Defendants Green & Partners, L.P., LGP Management, Inc., Green Equity Investors III, L.P., Werner Co-Investment LLC, Peter Nolan, and Michael Wong in these proceedings.

Dated: 3/20/08 , 2008

_____
Honorable Richard M. Berman
United States District Judge

Subject to payment of fee to Clerk