UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x

OLD LADDER LITIGATION CO., LLC,          :      Case No. 08 CV 0876 (RMB)(THK)

                Plaintiff,          :

   -against-          :      APPEARANCE

INVESTCORP BANK B.S.C., et al.,          :

                Defendants.          :

--------------------------------------------------------------- x

    To the Clerk of the Court and all parties of record:

    Please enter our appearance as counsel of record in this case for defendant Murray Devine & Co., Inc.

    I certify that I am admitted to practice in this Court.

Dated:  New York, New York
         March 25, 2008

                                                    LEVI LUBARSKY & FEIGENBAUM LLP

                                                    By:   s/Howard B. Levi
                                                            Howard B. Levi

                                                    1185 Avenue of the Americas, 17th Floor
                                                   New York, New York  10036
                                                   (212) 308-6100
                                                   Attorneys for Defendant Murray
                                                      Devine & Co., Inc.