UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x

| | | |
|---|---|---|
| OLD LADDER LITIGATION CO., LLC, | : | Case No. 08 CV 0876 (RMB)(THK) |
| Plaintiff, | : | |
| -against- | : | CORPORATE DISCLOSURE STATEMENT |
| INVESTCORP BANK B.S.C., et al., | : | |
| Defendants. | : | |

--------------------------------------------------------------- x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant Murray Devine & Co., Inc. ("Murray Devine") certifies that Murray Devine does not have a parent corporation, and that no publicly held corporation owns 10% or more of the stock of Murray Devine.

Dated: New York, New York
       March 25, 2008

                                        LEVI LUBARSKY & FEIGENBAUM LLP

                                        By:    s/Howard B. Levi
                                                Howard B. Levi

                                        1185 Avenue of the Americas, 17th Floor
                                        New York, New York  10036
                                        (212) 308-6100
                                        Attorneys for Defendant Murray
                                          Devine & Co., Inc.