UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLD LADDER LITIGATION CO., LLC, as Litigation Designee on behalf of the Liquidation Trust,<br><br>        Plaintiff,<br><br>  vs.<br><br>INVESTCORP BANK B.S.C., et al.,<br><br>        Defendants. | 08-Civ. 0876 (RMB)<br><br>**NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE, that Schnader Harrison Segal & Lewis LLP hereby notes the appearance of Matthew S. Tamasco in the above-entitled action as counsel for Defendant, John Thigpen, and demands that all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: New York, New York
       March 27, 2008

SCHNADER HARRISON SEGAL & LEWIS LLP

By:  /s/ Matthew S. Tamasco
      Matthew S. Tamasco (MT-9193)

140 Broadway, Suite 3100
New York, New York 10005-1101
(212) 973-8000 (Telephone)
(212) 972-8798 (Facsimile)

*Counsel for Defendant, John Thigpen*

PHDATA 3075728_1