UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLD LADDER LITIGATION CO., LLC, as Litigation Designee on behalf of the Liquidation,<br><br>                 Plaintiff,<br><br>-against-<br><br>INVESTCORP BANK B.S.C. et al.,<br><br>                 Defendants. | 08 cv 0876 (RMB)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that James V. Masella III with the law firm Blank Rome LLP, The Chrysler Building, 405 Lexington Avenue, New York, NY 10174 and Larry K. Elliott (admission pending) and David F. Russey (admission pending) with the law firm Cohen & Grigsby, P.C., 11 Stanwix Street, 15th Floor, Pittsburgh, PA 15222, hereby appear as counsel of record for the following defendants:

1. ACHENBACH, DONALD E.
2. ALLIGATOR PARTNERS, L.P. (HOWARD SOLOT AND JANET SOLOT - GENERAL PARTNERS
3. ALTER, MINDY WERNER
4. BASILOTTA, LEE L.
5. BERK-RAUCH, ELI
6. BERK-RAUCH, ELLEN
7. BERK-RAUCH, HANNA
8. BERK-RAUCH, NOEL
9. BLACKMAN, GAIL RAUCH
10. BLACKMAN, HEATHER
11. DOWLER, HENRY W.
12. FROST, ELISE W.
13. FROST IRA AND ELISE FAMILY LIMITED PARTNERSHIP (ELISE FROST — GENERAL MANAGING PARTNER)
14. GELLIS, BRAD J.
15. GOLDBLATT, J. DAVID
16. GOLDBLATT, JUNE

17. GRIFFITH, PAULA J.
18. JOHNSON, DENNIS J.
19. JOUBERT, JESSICA
20. JOUBERT, LINDA
21. HAZLETT, WILLIAM
22. DEBORAH KAPLAN TRUST
23. KAPLAN, JEREMY
24. JUDITH KAPLAN TRUST
25. KAPLAN, JULIA
26. KAPLAN, KARRAH
27. KAPLAN, RACHAEL
28. KARP, ALLISON TYLER (Minor)
29. KARP, MARSHA BETH
30. KARP, MELISSA S. (Minor)
31. KATZ, BETH
32. KOERNER, GEORGE
33. KRANE, CARLEY
34. KRANE, JASON
35. KRANE, MARLANE
36. MASON, ERIC A.
37. MORROW, SUSAN
38. NEEDHAM, BEVERLY WERNER
39. SHIRLEY W. RAICJ TRUST (SHIRLEY RAUCH, AND MARLANE KRONE – TRUSTEES)
40. RANKELL FAMILY TRUST
41. RAUCH TRUST (ALEEN A. SHAPIRO– TRUSTEE)
42. RICHMOND DRIVE ENTERPRISES, L.P. (RICHARD WERNER AND ELISE FROST– GENERAL PARTNERS)
43. RIPPIN, WILLIAM J.
44. ROSATI, RICHMOND I. (Minor)
45. ROSATI, ROBERT A.
46. ROSATI, RONI S.
47. ROSATI, ROSS DANIEL (Minor)
48. ROSATI, RYAN GREGORY
49. ROTHMAN, DEBRA A.

50. ROTHMAN, JORDANA
51. ROTHMAN, JOSHUA J.
52. ROTHMAN, KEVIN M.
53. SCHWARTZ, ELISSA **NOW ELISSA RIOUX**
54. SCHWARTZ, SUZANNE
55. SOLOT, HOWARD L.
56. SOLOT, JANET F.
57. SOLOT, MICHAEL
58. TRZYNKA, MICHAEL
59. WEINER, MAURICE
60. WERNER, ASHLEY ELIZABETH
61. WERNER, BARBARA L.
62. WERNER, BARBARA L. AND WERNER DONALD M.
63. WERNER, BRUCE D.
64. BRUCE D. WERNER TRUST (BRUCE WERNER - TRUSTEE)
65. WERNER, BRUCE D. FAMILY LIMITED PARTNERSHIP (BRUCE WERNER - MANAGING GENERAL PARTNER)
66. WERNER, CRAIG
67. WERNER, CRAIG R. FAMILY LIMITED PARTNERSHIP (CRAIG WERNER - GENERAL PARTNER)
68. CRAIG R. WERNER TRUST
69. WERNER, DONALD M.
70. WERNER, ERIC
71. WERNER, FLORENCE J.
72. FLORENCE J. WERNER IRREV. TRUST DATED 10/7/94 (RONALD WERNER, MARC WERNER AND MICHAEL WERNER – TRUSTEES)
73. WERNER GC TRUST FOR ERIN JOY RYAN (BEVERLY WERNER NEEDHAM - TRUSTEE)
74. WERNER GC TRUST FOR SHANNON ROSE RYAN (BEVERLY WERNER NEEDHAM —TRUSTEE)
75. WERNER, ISABELLE
76. WERNER, JEFFREY ADDISON
77. JONATHAN C. WERNER GIFT TRUST U/A/D/ 11/1/96 (JEFFREY WEISMAN - TRUSTEE)
78. LAURA W. WERNER REVOCABLE TRUST, U/A/D 1/2/96 (LAURA WERNER - TRUSTEE)

79. LOIS S. WERNER REVOCABLE TRUST
80. MARGOT A. WERNER GIFT TRUST U/A/D 11/1/96 (LAURA WERNER - TRUSTEE)
81. WERNER, MARC L.
82. MARC L. WERNER IRREVOCABLE TRUST
83. WERNER, MELANIE
84. WERNER MICHAEL E.
85. MICHAEL E. WERNER REVOCABLE TRUST, U/A/D 12/96 (MICHAEL WERNER - TRUSTEE)
86. WERNER, RICHARD L.
87. RICHARD L. WERNER REVOCABLE TRUST
88. WERNER, ROBERT I.
89. ROBERT I. WERNER IRREV. TRUST DATED 8/30/94 (RONALD WERNER – ADMINISTRATIVE TRUSTEE)
90. WERNER, RONALD E.
91. WERNER, SOPHIA
92. STEPHANIE N. WERNER GIFT TRUST U/A/D 11/1/96 (JEFFERY WEISMAN – TRUSTEE)
93. WERNER, TAMMY H.
94. WERNER-ALTER, LLC (MINDY WERNER ALTER - MANAGER)

Dated: April 4, 2008
   New York, New York

Respectfully submitted,

*James V. Masella*

James V. Masella III (JM-5121)
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 885-5000