UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLD LADDER LITIGATION CO., LLC, as Litigation Designee on behalf of the Liquidation,<br><br>    Plaintiff,<br><br> -against-<br><br>INVESTCORP BANK B.S.C. et al.,<br><br>    Defendants. | 08 cv 0876 (RMB)<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant WERNER-ALTER, LLC, certifies that, according to information provided to counsel by its client, Defendant is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated: April 7, 2008
   New York, New York

                 Respectfully submitted,

                 _____
                 James V. Masella III (JM-5121)
                 Blank Rome LLP
                 The Chrysler Building
                 405 Lexington Avenue
                 New York, NY 10174
                 (212) 885-5000