**BUCHANAN INGERSOLL & ROONEY PC**
**620 Eighth Avenue, 23rd Floor**
**New York, NY  10018-1669**
 **(212) 440-4400**
**Elliot J. Blumenthal (EB 3834)**

**Attorneys For National City Bank**
**as former Trustee of Defendant ELIZABETH WERNER TRUST, N.C.B**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLD LADDER LITIGATION CO., LLC, as Litigation Designee on behalf of the Liquidation Trust, <br><br> Plaintiff, <br><br><br> v. <br><br> INVESTCORP BANK B.S.C.; INVESTCORP S.A.; INVESTCORP INTERNATIONAL, INC.; INVIFIN, S.A.; INVESTCORP INVESTMENT EQUITY LIMITED; INVESTCORP HOLDINGS LIMITED; INVESTCORP WERNER HOLDINGS L.P.; STEPUP LIMITED (GENERAL PARTNER OF INVESTCORP WERNER HOLDINGS L.P.); OWNERSHIP HOLDINGS LIMITED; C.P. HOLDINGS LIMITED; SIPCO LIMITED; BALLET LIMITED; DENARY LIMITED; GLEAM LIMITED; HIGHLANDS LIMITED; NOBLE LIMITED; OUTRIGGER LIMITED; QUILL LIMITED; RADIAL LIMITED; SHORELINE LIMITED; ZINNIA LIMITED; CIP LIMITED; STEP INVESTMENTS LIMITED; WL HOLDINGS LIMITED; EQUITY WERA LIMITED; CLIMBING PRODUCTS LIMITED; LADDER EQUITY LIMITED; WERNER EQUITY LIMITED; WERNER INVESTMENTS LIMITED; WERNER IIP LIMITED; ANNISVILLE LIMITED, | Case No.:  08 CV 0876 (RMB) <br><br> **NOTICE OF APPEARANCE** |

COOPERSTOWN LIMITED; FRISCO
LIMITED; PLATEA LIMITED;

CRAIG R. WERNER FAMILY LIMITED
PARTNERSHIP (CRAIG WERNER. -
GENERAL PARTNER); ROBERT I.
WERNER - IRREV. TRUST DATED 8/30/94
(RONALD WERNER - ADMINISTRATIVE
TRUSTEE); RICHMOND DRIVE
ENTERPRISES, L.P. (RICHARD WERNER
AND LOIS WERNER - GENERAL
PARTNERS); MICHAEL E. WERNER
REVOCABLE TRUST, U/A/D 1/2/96
(MICHAEL WERNER - TRUSTEE); BRUCE
D. WERNER. - TRUST (BRUCE WERNER -
TRUSTEE); ELIZABETH W. ACKERMAN
TRUST DTD 12/18/67 (JEFFREY R.
ACKERMAN, SUCCESSOR. TRUSTEE);
ERIC J. WERNER; ALLIGATOR
PARTNERS, L.P. (HOWARD SOLOT AND
JANET SOLOT - GENERAL PARTNERS);
MICHAEL J. SOLOT; DONALD M.
WERNER.; R,ONALD E. WERNER.;
DENNIS G. FIEINER; THE HEINER
FAMILY TRUST (DENNIS HEINER. AND
MAR.G0 HEINER. - TRUSTEES); MINDY
WERNER. ALTER; ELISE W. FROST;
FLORENCE J. WERNER. - IRREV. TRUST
DATED 10/7/94 (RONALD WERNER,
MARC WERNER AND MICHAEL
WERNER-TRUSTEES); GAIL RAUCH
BLACKMAN; BRUCE D. WERNER
FAMILY LIMITED PARTNERSHIP
(BRUCE WERNER - MANAGING
GENERAL PARTNER); IRA AND ELISE
FROST FAMILY LIMITED PARTNERSHIP
(ELISE FROST - GENERAL MANAGING
PARTNER); RONI S. ROSATI; NOEL
BERKRAUCH; GERALD R. WHIPMAN;
HOWARD L. SOLOT; ISABELLE N.
WERNER; SOPHIA K. WERNER; AGNES
BONTE FRANCOIS; WERNER-ALTER,
LLC (MINDY WERNER. ALTER -
.MANAGER); JANET F. SOLOT; BEVERLY
WERNER. NEEDHAM; MARSHA BETH
KARP; EDWARD A. POLLACK.; EDWARD

POLLACK, POA MLW; ROBERT I.
WERNER; LAURA WERNER; LAURA W.
WERNER REVOCABLE TRUST, U/.A/D
1/2/96 (LAURA WERNER - TRUSTEE);
RANKELL FAMILY TRUST (STEVEN
RANKELL - TRUSTEE); STEVEN
RANKELL; MARC L. WERNER;
RICHMOND J. ROSATI; RYAN GREGORY
ROSATI; ROSS DANIEL ROSATI; RAUCH
TRUST (ALEENA SHAPIRO - TRUSTEE);
PETER R. O'COIN; ELISSA SCHWARTZ;
SUZANNE SCHWARTZ; JONATHAN C.
WERNER GIFT TRUST U/A/D/ 11/1/96
(JEFFREY WEISMAN - TRUSTEE);
STEPHANIE N. WERNER GIFT TRUST
U/A/D 11/1/96 (JEFFREY WEISMAN -
TRUSTEE); VINCENT J. GARCELL
LIVING TRUST (VINCENT J.
GARCELL & KAREN R. GARCELL,
TRUSTEES); BARBARA L. WERNER;
ASHLEY ELIZABETH WERNER; JEFFREY
ADDISON WERNER.; WERNER GC TRUST
FOR ERIN (BEVERLY WERNER
NEEDHAM TRUSTEE); ERIN JOY RYAN;
WERNER GC TRUST FOR SHANNON
(BEVERLY WERNER. NEEDHAM -
TRUSTEE);' SHANNON ROSE RYAN;
MICHAEL E. WERNER; ALLISON TYLER
KARP; FLORENCE J. WERNER..;
MARGOT A. WERNER GIFT TRUST U/A/D
11/1/96 (LAURA WERNER - TRUSTEE);
STEWART CHARITABLE REMAINDER
UNITRUST (GARY STEWART -
TRUSTEE); STEWART CHARITABLE
REMAINDER UNITRUST (ILENE
STEWART - TRUSTEE); ROBERT A.
ROSATI; JEFFREY R. ACKERMAN; LEE L.
BASILOTTA; MICHEL, FRANCOIS;
ELLEN BERK-RAUCH; MELANIE R.
WERNER.; HEATHER. BLACKMAN;
KAREN LYNN MOSESKA.; BARBARA L.
WERNER.; ELI BERK-RAUCH; HANNA
BERK- RAUCH; CLAIRE FRANCOIS;
JAMES ANDRE FRANCOIS; TAMMY H.
WERNER; DONALD E. ACHENBACH;
DAVID A. CARDILLO; MELISSA S. KARP;

3

J. DAVID GOLDBLATT; JUNE
GOLDBLATT; CLAUDE J. FRANCOIS;
PHILLIP F. TIDY; GARY L. STEWART;
RICHARD D. BONTE; VERA BONTE;
MARLANE T. KRANE; DEBRA A.
ROTHMAN; MARGARET E. BONTE;
ANNE L. WERNER. RESIDUARY TRUST
(TIMOTHY F. BURKE - TRUSTEE);
GARCELL 1997 UNITRUST DTD
12/19/1997; MAURICE WEINER; ANNE L.
WERNER RESIDUARY TRUST - EX
(TIMOTHY F. BURKE - TRUSTEE);
NOVAK, PARTNERSHIP, AKA A
CALIFORNIA LIMITED PARTNERSHIP
(ALYCE NOVAK. - TRUSTEE); ALYCE
NOVA.K.; JOSHUA J. ROTHMAN; KEVIN
MATTHEW R.OTHMAN; PAULA J.
GRIFFITH; HENRY W. DOWLER;
VINCENT A. GENIS; MATTHEW W.
WEISS; STEVEN R. BENTSON; WILLIAM
J. RIPPIN; DAVID C. MCGOWAN; BRAD J.
GELLIS; MICHAEL E. TRZYNKA; LARR.Y
V. FRIEND; EDWARD W. GERICKE; JOHN
J. FIUMEFREDDO; MICHAEL D. BROOKS;
JORDANA ROTHMAN; LINDA C.
JOUBERT; ERIC MASON; JASON S.
KRANE; BRUCE FISHER; WILLIAM C.
HAZLETT; NEAL R. MARTIN; DENNIS J.
JOHNSON; JEREMY M. KAPLAN;
RACHAEL A. KAPLAN; BETH KATZ;
SUSAN MORROW; DAVID M. CONN;
MARC L. WERNER. - IRREVOCABLE
TRUST 1 (RICHARD WERNER AND
DONNA S. 'WERNER.. - TRUSTEES); THE
ESTATE OF MAX .HANFLING (EDWARD
A. POLLACK. - EXECUTOR); HERMAN H.
LISS; KARRAH KAPLAN; DEBORAH ANN
KAPLAN TRUST U/D 1.4 JANUARY 1998
(JEREMY M. KAPLAN - TRUSTEE);
JUDITH LILY KAPLAN TRUST U/D 14
JANUARY 1998 (JEREMY M. KAPLAN -
TRUSTEE); JULIA E. KAPLAN; NEIL D.
KAPLAN; ROBERT H. PINNEY; JESSICA
Z. JOUBERT; MICHAEL D. WISE; SARA P.
GRAHAM; CARLY KRANE; RICHARD M.
KELLY; SHIRLEY W. RAUCH TRUST

(SHIRLEY RAUCH, STANLEY RAUCH,
AND MARLANE KRONE - TRUSTEES);
FRANCESCA GIANOGLIO BONTE;
ALESSANDRA BONTE; KELLY SINON;,
SUZANNE ROSEN; DEBORAH KAPLAN;
JUDITH KAPLAN;

VINCENT J. GARCELL; SYLVIA S.
KAPLAN; BETH MORROW; ILENE
STEWART; STANLEY S. RAUCH TRUST;
BRUCE D. WERNER; CRAIG R. WERNER
TRUST; ELIZABETH WERNER TRUST,
N.C.B.; LOIS S. WERNER REVOCABLE
TRUST; RICHARD L. WERNER
REVOCABLE TRUST; DOROTHY M.
WHIPMAN; CRAIG WERNER;
DANA SNYDER; JAMES BAKER; PETER,
NOLAN; CHRISTOPHER. STADLER;
THOMAS SULLIVAN; MICHAEL WONG;
JAMES HARDYMON; JAMES EGAN;
CHARLES MARQUIS; MAMOUN ASKARI;
STEPHEN TEMIPINI;
STEVEN RICHMAN; DONALD RESNICK;
TIMOTHY LEWIS; CHRISTOPHER
FILARDI; JOHN REMMERS; KEVIN
WALZ; JOHN J. DYLIK; WENDY A.
MEIKLE; LISA A. PRESSLER; DOUGLAS
BATES; GEORGE KOERNER; JOHN
THIGPEN

LEONARD GREEN & PARTNERS, L.P.;
LGP MANAGEMENT INC.; GREEN
EQUITY INVESTORS III, L.P.;
WERNER, CO-INVESTMENT LLC;
MURRAY DEVINE & CO., INC.;
LOUGHLIN MEGHJI & CO., INC.; AND
DOES 1 THROUGH 300, INCLUSIVE

                    Defendants.

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for National

City Bank, former Trustee of Defendant ELIZABETH WERNER TRUST, N.C.B., in the within

action and demands that all pleadings and documents be served upon the undersigned at the

office and post office address stated below, and all electronically filed documents be transmitted

by email to the address below.

Dated: New York, New York
      April 8, 2008

BUCHANAN INGERSOLL & ROONEY PC

By: _____

ELLIOT J. BLUMENTHAL (EB 3834)
620 Eighth Avenue, 23rd Floor
New York, NY  10018-1669
Tel. (212) 440-4400
Fax: (212) 440-4401
elliot.blumenthal@bipc.com

SAMUEL W. BRAVER (SB 2497)
301 Grant Street, 20th Floor
Pittsburgh, PA  15219
Tel. (412) 562-8939
samuel.braver@bipc.com