BUCHANAN INGERSOLL & ROONEY PC
620 Eighth Avenue, 23rd Floor
New York, NY 10018-1669
 (212) 440-4400
Elliot J. Blumenthal (EB 3834)

**Attorneys For National City Bank
as former Trustee of Defendant ELIZABETH WERNER TRUST, N.C.B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLD LADDER LITIGATION CO., LLC, as Litigation Designee on behalf of the Liquidation Trust,<br><br>Plaintiff,<br><br>v.<br><br>INVESTCORP BANK B.S.C.; INVESTCORP S.A.; INVESTCORP INTERNATIONAL, INC.; INVIFIN, S.A.; INVESTCORP INVESTMENT EQUITY LIMITED; INVESTCORP HOLDINGS LIMITED; INVESTCORP WERNER HOLDINGS L.P.; STEPUP LIMITED (GENERAL PARTNER OF INVESTCORP WERNER HOLDINGS L.P.); OWNERSHIP HOLDINGS LIMITED; C.P. HOLDINGS LIMITED; SIPCO LIMITED; BALLET LIMITED; DENARY LIMITED; GLEAM LIMITED; HIGHLANDS LIMITED; NOBLE LIMITED; OUTRIGGER LIMITED; QUILL LIMITED; RADIAL LIMITED; SHORELINE LIMITED; ZINNIA LIMITED; CIP LIMITED; STEP INVESTMENTS LIMITED; WL HOLDINGS LIMITED; EQUITY WERA LIMITED; CLIMBING PRODUCTS LIMITED; LADDER EQUITY LIMITED; WERNER EQUITY LIMITED; WERNER INVESTMENTS LIMITED; WERNER IIP LIMITED; ANNISVILLE LIMITED, | Case No.: 08 CV 0876 (RMB)<br><br>**AFFIDAVIT OF SERVICE VIA UPS OVERNIGHT MAIL** |

COOPERSTOWN LIMITED; FRISCO LIMITED; PLATEA LIMITED;

CRAIG R. WERNER FAMILY LIMITED PARTNERSHIP (CRAIG WERNER. - GENERAL PARTNER); ROBERT I. WERNER - IRREV. TRUST DATED 8/30/94 (RONALD WERNER - ADMINISTRATIVE TRUSTEE); RICHMOND DRIVE ENTERPRISES, L.P. (RICHARD WERNER AND LOIS WERNER - GENERAL PARTNERS); MICHAEL E. WERNER REVOCABLE TRUST, U/A/D 1/2/96 (MICHAEL WERNER - TRUSTEE); BRUCE D. WERNER. - TRUST (BRUCE WERNER - TRUSTEE); ELIZABETH W. ACKERMAN TRUST DTD 12/18/67 (JEFFREY R. ACKERMAN, SUCCESSOR. TRUSTEE); ERIC J. WERNER; ALLIGATOR PARTNERS, L.P. (HOWARD SOLOT AND JANET SOLOT - GENERAL PARTNERS); MICHAEL J. SOLOT; DONALD M. WERNER.; R,ONALD E. WERNER.; DENNIS G. FIEINER; THE HEINER FAMILY TRUST (DENNIS HEINER. AND MAR.G0 HEINER. - TRUSTEES); MINDY WERNER. ALTER; ELISE W. FROST; FLORENCE J. WERNER. - IRREV. TRUST DATED 10/7/94 (RONALD WERNER, MARC WERNER AND MICHAEL WERNER-TRUSTEES); GAIL RAUCH BLACKMAN; BRUCE D. WERNER FAMILY LIMITED PARTNERSHIP (BRUCE WERNER - MANAGING GENERAL PARTNER); IRA AND ELISE FROST FAMILY LIMITED PARTNERSHIP (ELISE FROST - GENERAL MANAGING PARTNER); RONI S. ROSATI; NOEL BERKRAUCH; GERALD R. WHIPMAN; HOWARD L. SOLOT; ISABELLE N. WERNER; SOPHIA K. WERNER; AGNES BONTE FRANCOIS; WERNER-ALTER, LLC (MINDY WERNER. ALTER - .MANAGER); JANET F. SOLOT; BEVERLY WERNER. NEEDHAM; MARSHA BETH KARP; EDWARD A. POLLACK.; EDWARD

2

POLLACK, POA MLW; ROBERT I. WERNER; LAURA WERNER; LAURA W. WERNER REVOCABLE TRUST, U/.A/D 1/2/96 (LAURA WERNER - TRUSTEE); RANKELL FAMILY TRUST (STEVEN RANKELL - TRUSTEE); STEVEN RANKELL; MARC L. WERNER; RICHMOND J. ROSATI; RYAN GREGORY ROSATI; ROSS DANIEL ROSATI; RAUCH TRUST (ALEENA SHAPIRO - TRUSTEE); PETER R. O'COIN; ELISSA SCHWARTZ; SUZANNE SCHWARTZ; JONATHAN C. WERNER GIFT TRUST U/A/D/ 11/1/96 (JEFFREY WEISMAN - TRUSTEE); STEPHANIE N. WERNER GIFT TRUST U/A/D 11/1/96 (JEFFREY WEISMAN - TRUSTEE); VINCENT J. GARCELL LIVING TRUST (VINCENT J. GARCELL & KAREN R. GARCELL, TRUSTEES); BARBARA L. WERNER; ASHLEY ELIZABETH WERNER; JEFFREY ADDISON WERNER.; WERNER GC TRUST FOR ERIN (BEVERLY WERNER NEEDHAM TRUSTEE); ERIN JOY RYAN; WERNER GC TRUST FOR SHANNON (BEVERLY WERNER. NEEDHAM - TRUSTEE);' SHANNON ROSE RYAN; MICHAEL E. WERNER; ALLISON TYLER KARP; FLORENCE J. WERNER..; MARGOT A. WERNER GIFT TRUST U/A/D 11/1/96 (LAURA WERNER - TRUSTEE); STEWART CHARITABLE REMAINDER UNITRUST (GARY STEWART - TRUSTEE); STEWART CHARITABLE REMAINDER UNITRUST (ILENE STEWART - TRUSTEE); ROBERT A. ROSATI; JEFFREY R. ACKERMAN; LEE L. BASILOTTA; MICHEL, FRANCOIS; ELLEN BERK-RAUCH; MELANIE R. WERNER.; HEATHER. BLACKMAN; KAREN LYNN MOSESKA.; BARBARA L. WERNER.; ELI BERK-RAUCH; HANNA BERK- RAUCH; CLAIRE FRANCOIS; JAMES ANDRE FRANCOIS; TAMMY H. WERNER; DONALD E. ACHENBACH; DAVID A. CARDILLO; MELISSA S. KARP;

J. DAVID GOLDBLATT; JUNE GOLDBLATT; CLAUDE J. FRANCOIS; PHILLIP F. TIDY; GARY L. STEWART; RICHARD D. BONTE; VERA BONTE; MARLANE T. KRANE; DEBRA A. ROTHMAN; MARGARET E. BONTE; ANNE L. WERNER. RESIDUARY TRUST (TIMOTHY F. BURKE - TRUSTEE); GARCELL 1997 UNITRUST DTD 12/19/1997; MAURICE WEINER; ANNE L. WERNER RESIDUARY TRUST - EX (TIMOTHY F. BURKE - TRUSTEE); NOVAK, PARTNERSHIP, AKA A CALIFORNIA LIMITED PARTNERSHIP (ALYCE NOVAK. - TRUSTEE); ALYCE NOVA.K.; JOSHUA J. ROTHMAN; KEVIN MATTHEW R.OTHMAN; PAULA J. GRIFFITH; HENRY W. DOWLER; VINCENT A. GENIS; MATTHEW W. WEISS; STEVEN R. BENTSON; WILLIAM J. RIPPIN; DAVID C. MCGOWAN; BRAD J. GELLIS; MICHAEL E. TRZYNKA; LARR.Y V. FRIEND; EDWARD W. GERICKE; JOHN J. FIUMEFREDDO; MICHAEL D. BROOKS; JORDANA ROTHMAN; LINDA C. JOUBERT; ERIC MASON; JASON S. KRANE; BRUCE FISHER; WILLIAM C. HAZLETT; NEAL R. MARTIN; DENNIS J. JOHNSON; JEREMY M. KAPLAN; RACHAEL A. KAPLAN; BETH KATZ; SUSAN MORROW; DAVID M. CONN; MARC L. WERNER. - IRREVOCABLE TRUST 1 (RICHARD WERNER AND DONNA S. 'WERNER.. - TRUSTEES); THE ESTATE OF MAX .HANFLING (EDWARD A. POLLACK. - EXECUTOR); HERMAN H. LISS; KARRAH KAPLAN; DEBORAH ANN KAPLAN TRUST U/D 1.4 JANUARY 1998 (JEREMY M. KAPLAN - TRUSTEE); JUDITH LILY KAPLAN TRUST U/D 14 JANUARY 1998 (JEREMY M. KAPLAN - TRUSTEE); JULIA E. KAPLAN; NEIL D. KAPLAN; ROBERT H. PINNEY; JESSICA Z. JOUBERT; MICHAEL D. WISE; SARA P. GRAHAM; CARLY KRANE; RICHARD M. KELLY; SHIRLEY W. RAUCH TRUST

| | |
|---|---|
| (SHIRLEY RAUCH, STANLEY RAUCH, AND MARLANE KRONE - TRUSTEES); FRANCESCA GIANOGLIO BONTE; ALESSANDRA BONTE; KELLY SINON;, SUZANNE ROSEN; DEBORAH KAPLAN; JUDITH KAPLAN; <br><br>VINCENT J. GARCELL; SYLVIA S. KAPLAN; BETH MORROW; ILENE STEWART; STANLEY S. RAUCH TRUST; BRUCE D. WERNER; CRAIG R. WERNER TRUST; ELIZABETH WERNER TRUST, N.C.B.; LOIS S. WERNER REVOCABLE TRUST; RICHARD L. WERNER REVOCABLE TRUST; DOROTHY M. WHIPMAN; CRAIG WERNER; DANA SNYDER; JAMES BAKER; PETER, NOLAN; CHRISTOPHER. STADLER; THOMAS SULLIVAN; MICHAEL WONG; JAMES HARDYMON; JAMES EGAN; CHARLES MARQUIS; MAMOUN ASKARI; STEPHEN TEMIPINI; STEVEN RICHMAN; DONALD RESNICK; TIMOTHY LEWIS; CHRISTOPHER FILARDI; JOHN REMMERS; KEVIN WALZ; JOHN J. DYLIK; WENDY A. MEIKLE; LISA A. PRESSLER; DOUGLAS BATES; GEORGE KOERNER; JOHN THIGPEN <br><br>LEONARD GREEN & PARTNERS, L.P.; LGP MANAGEMENT INC.; GREEN EQUITY INVESTORS III, L.P.; WERNER, CO-INVESTMENT LLC; MURRAY DEVINE & CO., INC.; LOUGHLIN MEGHJI & CO., INC.; AND DOES 1 THROUGH 300, INCLUSIVE <br><br>       Defendants. | |

STATE OF NEW YORK       )
                 ) ss.:
COUNTY OF NEW YORK      )

5

Jonah E. Perry Jr., duly sworn, deposes and says: that deponent is not a party to the within action, is over 18 years of age and is employed at BUCHANAN INGERSOLL & ROONEY PC, One Chase Manhattan Plaza, 35th Floor, New York, New York 10005.

That on the 8th day of April, 2008, deponent served a true and correct copy of the **Notice of Appearance by Elliot J. Blumenthal on behalf of Defendant Elizabeth Werner Trust, N.C.B. in the above-referenced action** by UPS overnight mail upon the following named persons at the addresses given below:

ANTHONY W. CLARK, ESQ.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
ONE RODNEY SQUARE - 7TH FLOOR
WILMINGTON, DE 19899-0636

MARC W. RAPPEL, ESQ.
LATHAM & WATKINS LLP (LA)
633 WEST FIFTH STREET - SUITE 4000
LOS ANGELES, CA 90071

_____
Jonah E. Perry Jr.

Sworn to before me this
8th day of April, 2008

_____
Notary Public

ELLIOT J. BLUMENTHAL
Notary Public, State of New York
No. 02BL5037221
Qualified in Nassau County
Commission Expires Dec. 19, 2010