UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OLD LADDER LITIGATION, LLC, as Litigation Designee on behalf of the Liquidation Trust

     Plaintiff,

v.

INVESTCORP BANK B.S.C., *et. al*,

     Defendants.

---

08 Civ. 0876 (Judge Berman)

**FRCP 7.1 STATEMENT**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants Leonard Green & Partners, L.P.; LGP Management, Inc.; Green Equity Investors III, L.P.; and Werner Co-Investment LLC certify that they are private non-governmental parties, have no corporate parent, and that no publicly held corporations own 10% or more of their stock.

Dated: April 8, 2008
   Los Angeles, California

              LATHAM & WATKINS LLP

              By: *James C. Wald*
                 James C. Wald (admitted *pro hac vice*)

              885 Third Avenue
              Suite 1000
              New York, New York 10022-4802
              (212) 906-1200