USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLD LADDER LITIGATION CO., LLC, as Litigation Designee on behalf of the Liquidation, <br><br> Plaintiff, <br><br> -against- <br><br> INVESTCORP BANK B.S.C. et al., <br><br> Defendants. | 08 cv 0876 (RMB) <br><br> **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of James V. Masella III, attorney for the Family Defendants and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

>Larry K. Elliott, Esquire
>Cohen & Grigsby, P.C.
>11 Stanwix Street, 15th Floor
>Pittsburgh, PA 15222
>Phone: (412) 297-4900 / Fax: (412) 209-0672
>Email: drussey@cohenlaw.com

is admitted to practice pro hac vice as counsel for the Family Defendants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 4/8/08
New York, New York

_Richard M. Berman_
Richard M. Berman
United States District Judge