Peter N. Wang (PW 9216)
Sandra A. Chiocchi (SC 0368)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Tel: (212) 682-7474
Fax: (212) 687-2329
*Attorneys for Defendants Anne L. Werner*
*Residuary Trust – EX (Timothy F. Burke –*
*Trustee); Anne L. Werner Residuary Trust*
*(Timothy F. Burke – Trustee); Edward A.*
*Pollack; Edward A. Pollack, POA Marc L.*
*Werner; Elizabeth W. Ackerman Trust DTD*
*12/18/67 (Jeffrey R. Ackerman Successor*
*Trustee); Jeffrey R. Ackerman; Matthew W.*
*Weiss; and The Estate of Max Hanfling*
*(Edward A. Pollack – Executor)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| OLD LADDER LITIGATION CO., LLC as : Litigation Designee on behalf of the : Liquidation Trust : : | 08-CV-0876 (RMB) |
| Plaintiff, : : | **NOTICE OF APPEARANCE** |
| v. : : | |
| INVESTCORP BANK B.S.C. et al., : : | |
| Defendants. : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for

Defendants Anne L. Werner Residuary Trust – EX (Timothy F. Burke – Trustee); Anne

L. Werner Residuary Trust (Timothy F. Burke – Trustee); Edward A. Pollack; Edward A.

Pollack, POA Marc L. Werner; Elizabeth W. Ackerman Trust DTD 12/18/67 (Jeffrey R.

Ackerman Successor Trustee); Jeffrey R. Ackerman; Matthew W. Weiss; and The Estate

of Max Hanfling (Edward A. Pollack – Executor) in the above-captioned action.

Please adjust your records accordingly and serve additional copies of all future pleadings, court papers and correspondence to the address listed below:

Peter N. Wang (PW 9216)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Tel: (212) 682-7474
Fax: (212) 687-2329
Email: pwang@foley.com


Dated: April 9, 2008
New York, New York

/s/ Peter N. Wang
Peter N. Wang (PW 9216)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Tel: (212) 682-7474
Fax: (212) 687-2329

*Attorneys for Defendants Anne L. Werner Residuary Trust – EX (Timothy F. Burke – Trustee); Anne L. Werner Residuary Trust (Timothy F. Burke – Trustee); Edward A. Pollack Edward A. Pollack, POA Marc L. Werner; Elizabeth W. Ackerman Trust DTD 12/18/67 (Jeffrey R. Ackerman Successor Trustee); Jeffrey R. Ackerman; Matthew W. Weiss; and The Estate of Max Hanfling (Edward A. Pollack – Executor)*

**CERTIFICATION OF SERVICE**

I, Peter N. Wang, an attorney with Foley & Lardner LLP, hereby certify that on this April 9, 2008, I caused the foregoing **Notice of Appearance for Peter N. Wang** to be electronically filed with the United States District Court for the Southern District of New York.

All documents were served electronically to all parties indicated on the electronic filing receipt. All other parties were served by U.S. Mail. Parties may access this filing through the Court's electronic filing system.

/s/Peter N. Wang
Peter N. Wang
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Tel: (212) 682-7474
Fax: (212) 687-2329