AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __NEW YORK__

OLD LADDER LITIGATION CO., LLC,
as Litigation Designee on behalf of the Liquidation,

      Plaintiff,

-against-

INVESTCORP BANK B.S.C. et al.,

   Defendants.

**APPEARANCE**

Case Number: 08 CIV. 0876

To the Clerk of this court and all parties of record:

 Enter my appearance as counsel in this case for
 SEE EXHIBIT A

 I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/14/2008 | *[signature]* |
| Date | Signature |
| | Brian S. Tretter    BT-6037 |
| | Print Name    Bar Number |
| | Blank Rome LLP, 405 Lexington Avenue |
| | Address |
| | New York   NY   10174 |
| | City   State   Zip Code |
| | (212) 885-5348   (917) 332-3841 |
| | Phone Number   Fax Number |

# EXHIBIT A

1. ACHENBACH, DONALD E.
2. ALLIGATOR PARTNERS, L.P. (HOWARD SOLOT AND JANET SOLOT - GENERAL PARTNERS
3. ALTER, MINDY WERNER
4. BASILOTTA, LEE L.
5. BERK-RAUCH, ELI
6. BERK-RAUCH, ELLEN
7. BERK-RAUCH, HANNA
8. BERK-RAUCH, NOEL
9. BLACKMAN, GAIL RAUCH
10. BLACKMAN, HEATHER
11. DOWLER, HENRY W.
12. FROST, ELISE W.
13. FROST IRA AND ELISE FAMILY LIMITED PARTNERSHIP (ELISE FROST — GENERAL MANAGING PARTNER)
14. GELLIS, BRAD J.
15. GOLDBLATT, J. DAVID
16. GOLDBLATT, JUNE
17. GRIFFITH, PAULA J.
18. JOHNSON, DENNIS J.
19. JOUBERT, JESSICA
20. JOUBERT, LINDA
21. HAZLETT, WILLIAM
22. DEBORAH KAPLAN TRUST
23. KAPLAN, JEREMY
24. JUDITH KAPLAN TRUST
25. KAPLAN, JULIA
26. KAPLAN, KARRAH
27. KAPLAN, RACHAEL
28. KARP, ALLISON TYLER  (Minor)
29. KARP, MARSHA BETH
30. KARP, MELISSA S.  (Minor)
31. KATZ, BETH

32. KOERNER, GEORGE
33. KRANE, CARLEY
34. KRANE, JASON
35. KRANE, MARLANE
36. MASON, ERIC A.
37. MORROW, SUSAN
38. NEEDHAM, BEVERLY WERNER
39. SHIRLEY W. RAICJ TRUST (SHIRLEY RAUCH, AND MARLANE KRONE – TRUSTEES)
40. RANKELL FAMILY TRUST
41. RAUCH TRUST (ALEEN A. SHAPIRO– TRUSTEE)
42. RICHMOND DRIVE ENTERPRISES, L.P. (RICHARD WERNER AND ELISE FROST– GENERAL PARTNERS)
43. RIPPIN, WILLIAM J.
44. ROSATI, RICHMOND I. (Minor)
45. ROSATI, ROBERT A.
46. ROSATI, RONI S.
47. ROSATI, ROSS DANIEL (Minor)
48. ROSATI, RYAN GREGORY
49. ROTHMAN, DEBRA A.
50. ROTHMAN, JORDANA
51. ROTHMAN, JOSHUA J.
52. ROTHMAN, KEVIN M.
53. SCHWARTZ, ELISSA **NOW ELISSA RIOUX**
54. SCHWARTZ, SUZANNE
55. SOLOT, HOWARD L.
56. SOLOT, JANET F.
57. SOLOT, MICHAEL
58. TRZYNKA, MICHAEL
59. WEINER, MAURICE
60. WERNER, ASHLEY ELIZABETH
61. WERNER, BARBARA L.
62. WERNER, BARBARA L. AND WERNER DONALD M.

| | |
|---|---|
| 63. | WERNER, BRUCE D. |
| 64. | BRUCE D. WERNER TRUST (BRUCE WERNER - TRUSTEE) |
| 65. | WERNER, BRUCE D. FAMILY LIMITED PARTNERSHIP (BRUCE WERNER - MANAGING GENERAL PARTNER) |
| 66. | WERNER, CRAIG |
| 67. | WERNER, CRAIG R. FAMILY LIMITED PARTNERSHIP (CRAIG WERNER - GENERAL PARTNER) |
| 68. | CRAIG R. WERNER TRUST |
| 69. | WERNER, DONALD M. |
| 70. | WERNER, ERIC |
| 71. | WERNER, FLORENCE J. |
| 72. | FLORENCE J. WERNER IRREV. TRUST DATED 10/7/94 (RONALD WERNER, MARC WERNER AND MICHAEL WERNER – TRUSTEES) |
| 73. | WERNER GC TRUST FOR ERIN JOY RYAN (BEVERLY WERNER NEEDHAM - TRUSTEE) |
| 74. | WERNER GC TRUST FOR SHANNON ROSE RYAN (BEVERLY WERNER NEEDHAM —TRUSTEE) |
| 75. | WERNER, ISABELLE |
| 76. | WERNER, JEFFREY ADDISON |
| 77. | JONATHAN C. WERNER GIFT TRUST U/A/D/ 11/1/96 (JEFFREY WEISMAN - TRUSTEE) |
| 78. | LAURA W. WERNER REVOCABLE TRUST, U/AID 1/2/96 (LAURA WERNER - TRUSTEE) |
| 79. | LOIS S. WERNER REVOCABLE TRUST |
| 80. | MARGOT A. WERNER GIFT TRUST U/A/D 11/1/96 (LAURA WERNER - TRUSTEE) |
| 81. | WERNER, MARC L. |
| 82. | MARC L. WERNER IRREVOCABLE TRUST |
| 83. | WERNER, MELANIE |
| 84. | WERNER MICHAEL E. |
| 85. | MICHAEL E. WERNER REVOCABLE TRUST, U/A/D 12/96 (MICHAEL WERNER - TRUSTEE) |
| 86. | WERNER, RICHARD L. |
| 87. | RICHARD L. WERNER REVOCABLE TRUST |

-4-

88. WERNER, ROBERT I.
89. ROBERT I. WERNER IRREV. TRUST DATED 8/30/94 (RONALD WERNER – ADMINISTRATIVE TRUSTEE)
90. WERNER, RONALD E.
91. WERNER, SOPHIA
92. STEPHANIE N. WERNER GIFT TRUST U/A/D 11/1/96 (JEFFERY WEISMAN – TRUSTEE)
93. WERNER, TAMMY H.
94. WERNER-ALTER, LLC (MINDY WERNER ALTER - MANAGER)