**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

OLD LADDER LITIGATION CO. LLC, as
Liquidation Designee on behalf of the Liquidation
Trust,

               Plaintiff,

     v.

INVESTCORP BANK B.S.C., et al.,

               Defendants.

-----------------------------------------------------------x

Case No. 08 CV 0876 (RMB) (THK)

**NOTICE OF APPEARANCE**

       PLEASE TAKE NOTICE that Bruce D. Angiolillo of the law firm of Simpson Thacher & Bartlett LLP hereby appears as counsel for defendants **Dennis G. Heiner** and **Peter R. O'Coin** in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated:     April 24, 2008
             New York, New York

                                          SIMPSON THACHER & BARTLETT LLP

                                          By:  s/ Bruce D. Angiolillo
                                               Bruce D. Angiolillo
                                               bangiolillo@stblaw.com
                                               David J. Woll
                                               dwoll@stblaw.com
                                               Daniel J. Paisley
                                               dpaisley@stblaw.com
                                               425 Lexington Avenue
                                               New York, New York 10017-3954
                                               Telephone: (212) 455-2000
                                               Facsimile: (212) 455-2502

                                           Attorneys for Defendants Dennis G. Heiner
                                           and Peter R. O'Coin