(Bentson)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OLD LADDER LITIGATION CO., LLC, as
Liquidation Designee on behalf of the Liquidation
Trust,

                Plaintiff,

-against-

INVESTCORP BANK B.S.C., et al.

                Defendants.

---

Case No. 08 CV 0876 (RMB) (THK)

## STIPULATION AND ~~PROPOSED~~ ORDER OF SUBSTITUTION OF COUNSEL FOR STEVEN R. BENTSON

RMB

IT IS STIPULATED AND AGREED that, pursuant to Local Civil Rule 1.4, the law firm Foley & Mansfield PLLP withdraws as counsel for defendant Steven R. Bentson and the law firm Simpson Thacher & Bartlett LLP shall appear as counsel for him instead.

Dated: April 23, 2008

By: _____

SIMPSON THACHER & BARTLETT LLP

Bruce D. Angiolillo
e-mail: bangiolillo@stblaw.com
David J. Woll
e-mail: dwoll@stblaw.com
Daniel J. Paisley
e-mail: dpaisley@stblaw.com
425 Lexington Avenue
New York, New York 10017
Tel.:  (212) 455-2000
Fax:  (212) 455-2502

*Successor Attorneys for Steven R. Bentson*

SO ORDERED:
RMB
_____
RICHARD M. BERMAN U.S.D.J.
4/24/08

2

                FOLEY & MANSFIELD, PLLP

By: _____
                James J. Lotz
                e-mail: jlotz@foleymansfield.com
                485 Madison Avenue
                New York, New York 10022
                Tel.: (212) 421-0436
                Fax: (212) 421-0539

*Departing Attorneys for Steven R. Bentson*

SO ORDERED:

\_\_\_\_RMB_____     4/24, 2008
The Honorable Richard M. Berman
United States District Judge