IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLD LADDER LITIGATION CO., LLC, as Litigation Designee on behalf of the Liquidation Trust,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>INVESTCORP BANK B.S.C., et al.,<br><br>　　　　　　　　　　Defendants. | CIVIL ACTION<br><br>NO. 08 CV 0876<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Kenneth J. King is appearing on behalf of defendants Michael D. Brooks, David M. Conn, John J. Dylick, Christopher Filardi, Bruce B. Fisher, Larry V. Friend, Edward W. Gericke, Timothy Lewis and Neal R. Martin in the above matter, subject to and without waiver of any procedural or substantive defenses.

Dated: April 25, 2008

/s/Kenneth J. King
Kenneth J. King (KK-3567)
Pepper Hamilton LLP
The New York Times Building
37th Floor
620 Eighth Avenue
New York, NY 10018-1405

*Attorneys for Defendants Michael D. Brooks, David M. Conn, John J. Dylick, Christopher Filardi, Bruce B. Fisher, Larry V. Friend, Edward W. Gericke, Timothy Lewis and Neal R. Martin*

## CERTIFICATE OF SERVICE

I, Kenneth J. King, hereby certify that on this 25th day of April, 2008, I caused a true and correct copy of the foregoing to be served via first-class mail on the following appearing parties listed below:

| PLAINTIFF | COUNSEL |
|---|---|
| Old Ladder Litigation Co., LLC | J. Christopher Shore, Esq.<br>White & Case, LLP<br>1155 Avenue of the Americas<br>New York, NY 10036-2787 |

| DEFENDANTS | COUNSEL |
|---|---|
| Annisville Limited<br>Ballet Limited<br>C.P. Holdings Limited<br>CIP Limited<br>Climbing Products Limited<br>Cooperstown Limited<br>Denary Limited<br>Equity WERA Limited<br>Frisco Limited<br>Gleam Limited<br>Highlands Limited<br>Investcorp Bank B.S.C.<br>Investcorp Holdings Limited<br>Investcorp International, Inc.<br>Investcorp Investment Equity Limited<br>Investcorp S.A.<br>Investcorp Werner Holdings L.P.<br>Invifin, S.A.<br>Ladder Equity Limited<br>Noble Limited<br>Outrigger Limited<br>Ownership Holdings Limited<br>Platea Limited<br>Quill Limited<br>Radial Limited<br>Shoreline Limited<br>SIPCO Limited<br>Step Investments Limited | Anthony Clark, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>P. O. Box 636<br>Wilmington, DE   19899 |

| | |
|---|---|
| StepUp Limited<br>Werner Equity Limited<br>Werner IIP Limited<br>Werner Investments Limited<br>WL Holdings Limited<br>Zinnia Limited<br>Charles Marquis<br>Christopher Stadler<br>Dana Snyder<br>James Baker<br>James Egan<br>James Hardymon<br>Mamoun Askari<br>Stephen Tempini<br>Thomas Sullivan | |
| Alligator Partners, L.P. (Howard Solot and Janet Solot – General Partners), Allison Tyler Karp, Ashley Elizabeth Werner, Barbara L. Werner, Beth Katz, Beverly Werner Needham, Brad J. Gellis, Bruce D. Werner Bruce D. Werner – Trust (Bruce Werner – Trustee), Bruce D. Werner Family Limited Partnership (Bruce Werner – Managing General Partner), Carly Krane, Craig R. Werner Family Limited Partnership (Craig Werner – General Partner), Craig R. Werner Trust, Craig Werner, Debra A. Rothman, Deborah Kaplan Trust, Dennis J. Johnson, Donald E. Achenbach, Donald M. Werner, Eli Berk-Rauch, Elise W. Frost, Elissa Schwartz (now Elissa Rioux), Ellen Berk-Rauch, Eric A. Mason, Eric Werner, Florence J. Werner, Florence J. Werner – Irrev. Trust dated 10/7/94 (Ronald Werner, Marc Werner and Michael Werner – Trustees), Gail Rauch Blackman, George Koerner, Hanna Berk-Rauch, Heather Blackman, Henry W. Dowler, Howard L. Solot, Ira and Elise Frost Family Limited Partnership (Elise Frost – General Managing Partner), Isabelle Werner, J. David Goldblatt, Janet F. Solot, Jason Krane, Jeffrey Addison Werner, Jeremy Kaplan, Jessica Joubert, Jonathan C. Werner Gift Trust U/A/D/ 11/1/96 (Jeffrey Weisman – Trustee), Jordana Rothman, Joshua J. Rothman, Judith | James V. Masella III<br>Blank Rome LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY  101754 |

| | |
|---|---|
| Kaplan Trust, Julia Kaplan, June Goldblatt, Karrah Kaplan, Kevin M. Rothman, Laura W. Werner Revocable Trust, U/A/D 1/2/96 (Laura Werner – Trustee), Lee L. Basilotta, Linda Joubert, Lois S. Werner Revocable Trust, Marc L. Werner, Marc L. Werner Irrevocable Trust, Margot A. Werner Gift Trust U/A/D 11/1/96 (Laura Werner – Trustee), Marlane Krane, Marsha Beth Karp, Maurice Weiner, Melanie Werner, Melissa S. Karp (Minor), Michael E. Werner, Michael E. Werner Revocable Trust U/A/D 12/96 (Michael Werner – Trustee), Michael Solot, Michael Trzynka, Mindy Werner Alter, Noel Berk-Rauch, Paula J. Griffith, Rankell Family Trust, Rachael Kaplan, Rauch Trust (Aleen A. Shapiro – Trustee), Richard L. Werner, Richard L. Werner Revocable Trust, Richmond Drive Enterprises, L.P. (Richard Werner and Elise Frost – General Partners), Richmond I. Rosati (Minor), Robert A. Rosati, Robert I. Werner, Robert I. Werner – Irrev. Trust Dated 8/30/94 (Ronald Werner – Administrative Trustee), Ronald E. Werner, Roni S. Rosati, Ross Daniel Rosati (Minor), Ryan Gregory Rosati, Shirley W. Rauch Trust (Shirley Rauch and Marlane Krone – Trustees), Sophia Werner, Stephanie N. Werner Gift Trust U/A/D 11/1/96 (Jeffery Weisman – Trustee), Susan Morrow, Suzanne Schwartz, Tammy H. Werner, Werner GC Trust for Erin Joy Ryan (Beverly Werner Needham – Trustee), Werner GC Trust for Shannon Rose Ryan (Beverly Werner Needham – Trustee), Werner-Alter, LLC (Mindy Werner Alter – Manager), William Hazlett, William J. Rippin | |
| Leonard Green & Partners, L.P.<br>LGP Management, Inc.<br>Green Equity Investors III, L.P.<br>Werner Co-Investment LLC<br>Michael Wong<br>Peter Nolan | Blair G. Connelly<br>Latham & Watkins LLP<br>885 Third Avenue, Suite 1000<br>New York, NY  10022 |

-3-

| | |
|---|---|
| John Thigpen | Matthew S. Tomasco<br>Schnader Harrison Segal & Lewis LP<br>140 Broadway, Suite 3100<br>New York, NY 10005-1101 |
| Loughlin Meghji & Co., Inc. | Eric J. Grannis<br>Law Offices of Eric J. Grannis<br>620 Fifth Avenue<br>New York, NY 10020 |
| Steven Richman, John Remmers | Richard Levin<br>Cravath, Swaine & Moore LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019-7475 |
| Steven R. Bentson<br>Dennis G. Heiner<br>Peter R. O'Coin | Bruce D. Angiolillo<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017 |
| Garcell 1997 Unitrust – 12/19/1997<br>Vincent J. Garcell<br>Vincent J. Garcell Living Trust | David E. Ross, Esq.<br>Robinson & Cole LLP<br>885 Third Avenue, 28th Floor<br>New York, NY 10022-4834 |
| Karen Lynn Moseska | Joshua J. Larocca, Esq.<br>Nixon Peabody LLP<br>437 Madison Avenue<br>New York, NY 10022 |
| Murray Devine & Co., Inc. | Howard B. Levi, Esq.<br>Levi Lubarsky & Feigenbaum LLP<br>1185 Avenue of the Americas, 17th Floor<br>New York, NY 10036 |
| Gary Stewart, Stewart Charitable Remainder Unitrust (Gary Stewart, Trustee), Stewart Charitable Remainder Unitrust (Ilene Stewart, Trustee), Ilene Stewart, Suzanne Rosen Novak Partnership AKA A California Limited Partnership (Alyce Novak, Trustee), Alyce Novak | Peter J. Gallagher, Esq.<br>Kennedy Johnson Gallagher LLC<br>99 Wall Street<br>New York, NY 10005 |

| | |
|---|---|
| Anne L. Werner Residuary Trust – EX (Timothy F. Burke – Trustee), Anne L. Werner Residuary Trust (Timothy F. Burke – Trustee), Edward A. Pollack, Edward A. Pollack POA Marc L. Werner, Elizabeth W. Ackerman Trust DTD 12/18/67 (Jeffrey R. Ackerman Successor Trustee), Jeffrey R. Ackerman, Matthew W. Weiss, and Estate of Max Hanfling (Edward A. Pollack – Executor) | Peter N. Wang<br>Foley & Lardner LLP<br>90 Park Avenue<br>New York, NY  10016 |
| Elizabeth Werner Trust, N.C.B. | Elliot J. Blumenthal<br>Buchanan Ingeroll & Rooney PC<br>620 Eighth Avenue, 23rd Floor<br>New York, NY  10018-1669 |

/s/Kenneth J. King
Kenneth J. King

*Attorneys for Defendants Michael D. Brooks, David M. Conn, John J. Dylick, Christopher Filardi, Bruce B. Fisher, Larry V. Friend, Edward W. Gericke, Timothy Lewis and Neal R. Martin*