UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

OLD LADDER LITIGATION CO. LLC, as
Liquidation Designee on behalf of the Liquidation
Trust,

            Plaintiff,

            v.

INVESTCORP BANK B.S.C., et al.,

            Defendants.

------------------------------------------------------------x

Case No. 08 CV 0876 (RMB) (THK)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Daniel J. Paisley of the law firm of Simpson Thacher & Bartlett LLP hereby appears as counsel for defendant **Steven R. Bentson** in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated:    April 25, 2008
           New York, New York

SIMPSON THACHER & BARTLETT LLP

By:  s/Daniel J. Paisley
     Bruce D. Angiolillo
     bangiolillo@stblaw.com
     David J. Woll
     dwoll@stblaw.com
     Daniel J. Paisley
     dpaisley@stblaw.com
     425 Lexington Avenue
     New York, New York 10017-3954
     Telephone: (212) 455-2000
     Facsimile: (212) 455-2502

Attorneys for Defendant Steven R. Bentson