UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

OLD LADDER LITIGATION CO. LLC, as
Liquidation Designee on behalf of the Liquidation
Trust,

                Plaintiff,

        v.

INVESTCORP BANK B.S.C., et al.,

                Defendants.

------------------------------------------------------------x

Case No. 08 CV 0876 (RMB) (THK)

**NOTICE OF APPEARANCE**

        PLEASE TAKE NOTICE that Bruce D. Angiolillo of the law firm of Simpson Thacher & Bartlett LLP hereby appears as counsel for defendant **Steven R. Bentson** in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated:     April 25, 2008
             New York, New York

                                        SIMPSON THACHER & BARTLETT LLP

                                        By:  _s/Bruce D. Angiolillo_____
                                             Bruce D. Angiolillo
                                             bangiolillo@stblaw.com
                                             David J. Woll
                                             dwoll@stblaw.com
                                             Daniel J. Paisley
                                             dpaisley@stblaw.com
                                             425 Lexington Avenue
                                             New York, New York 10017-3954
                                             Telephone: (212) 455-2000
                                             Facsimile: (212) 455-2502

                                             Attorneys for Defendant Steven R. Bentson