SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
William P. Frank (William.Frank@skadden.com)
Four Times Square
New York, New York 10036
(212) 735-3000

and

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Anthony W. Clark (Anthony.Clark@skadden.com)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
OLD LADDER LITIGATION CO., LLC, as Litigation :
Designee on behalf of the Liquidation Trust,        :
                                                    :   08 cv 0876 (RMB)(THK)
                    Plaintiff,                      :
            vs.                                     :   **NOTICE OF MOTION**
                                                    :
INVESTCORP BANK B.S.C., et al.,                     :   **ELECTRONICALLY FILED**
                                                    :
                    Defendants.                     :
---------------------------------------------------------x

      PLEASE TAKE NOTICE that, upon the accompanying declaration of

Anthony W. Clark, the accompanying memorandum of law and all prior proceedings had

herein, the Investcorp Defendants will move this Court before the Honorable Theodore H.

Katz, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, for

reconsideration of the ruling of the Court made from the bench at a conference held April 21, 2008.

Dated: New York, New York
May 1, 2008

        William P. Frank (William.Frank@skadden.com)
        SKADDEN, ARPS, SLATE,
          MEAGHER & FLOM LLP
        Four Times Square
        New York, New York 10036
        (212) 735-3000

        and

        _____
        Anthony W. Clark (Anthony.Clark@skadden.com)
        SKADDEN, ARPS, SLATE,
          MEAGHER & FLOM LLP
        One Rodney Square
        P.O. Box 636
        Wilmington, Delaware 19899
        (302) 651-3000

        Attorneys for Investcorp Entity Defendants
        and Investcorp Director Defendants

CERTIFICATE OF SERVICE

The undersigned, an attorney duly admitted to practice law before this Court, hereby certifies under penalty of perjury, that on May 1, 2008, I caused a true copy of the foregoing:

- *Notice of Motion;*
- *Memorandum of Law in Support of Investcorp Defendants' Motion for Reconsideration; and*
- *Declaration of Anthony W. Clark (with exhibit)*

to be served by first class mail, postage prepaid upon the following:

Kevin C. Walz
8045 Bainbrook Drive
Chagrin Falls, OH 44023

Dated: May 1, 2008

Steven R. Katzenstein