AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     DISTRICT

OLD LADDER LITIGATION CO., LLC, as Litigation Designee
on behalf of the Liquidation,

                Plaintiff,
- against -

INVESTCORP BANK B.S.C. et al.,
                Defendants.

**SUPPLEMENTAL APPEARANCE**

Case Number: 08 Civ. 0876 (RMB)

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for:

1. Vincent Genis
2. Wendy Meikle
3. Robert Pinney
4. David McGowan
5. Richard Kelly
6. Vera Bonte
7. Margaret Bonte
8. Richard Bonte
9. Alessandra Bonte
10. Francesca Bonte

I certify that I am admitted to practice in this Court.

| | |
|---|---|
| 5/6/2008 | /s/ |
| Date | Signature |

Larry K. Elliot (admitted pro hac vice)
Print Name                          Bar Number

Cohen & Grigsby, P.C., 11 Stanwix Street, 15th Floor
Address

| Pittsburgh | PA | 15222 |
|---|---|---|
| City | State | Zip Code |

(412) 297-4900        (412) 209-0672
Phone Number                    Fax Number