AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | DISTRICT |
|---|---|---|

OLD LADDER LITIGATION CO., LLC, as Litigation Designee
on behalf of the Liquidation,

    Plaintiff,
- against -

INVESTCORP BANK B.S.C. et al.,
    Defendants.

**SUPPLEMENTAL APPEARANCE**

Case Number: 08 Civ. 0876 (RMB)

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for:

1. Vincent Genis
2. Wendy Meikle
3. Robert Pinney
4. David McGowan
5. Richard Kelly
6. Vera Bonte
7. Margaret Bonte
8. Richard Bonte
9. Alessandra Bonte
10. Francesca Bonte

I certify that I am admitted to practice in this Court.

| 5/6/2008 | /s/ |
|---|---|
| Date | Signature |

David F. Russey  (admitted pro hac vice)
Print Name / Bar Number

Cohen & Grigsby, P.C., 11 Stanwix Street, 15th Floor
Address

| Pittsburgh | PA | 15222 |
|---|---|---|
| City | State | Zip Code |

| (412) 297-4900 | (412) 209-0672 |
|---|---|
| Phone Number | Fax Number |