AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | DISTRICT |
|---|---|---|

OLD LADDER LITIGATION CO., LLC, as Litigation Designee
on behalf of the Liquidation,

    Plaintiff,

- against -

INVESTCORP BANK B.S.C. et al.,
    Defendants.

**SUPPLEMENTAL APPEARANCE**

Case Number: 08 Civ. 0876 (RMB)

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for:

1. Vincent Genis
2. Wendy Meikle
3. Robert Pinney
4. David McGowan
5. Richard Kelly
6. Vera Bonte
7. Margaret Bonte
8. Richard Bonte
9. Alessandra Bonte
10. Francesca Bonte

I certify that I am admitted to practice in this Court.

5/6/2008
Date

Signature

James V. Masella, III
Print Name

JM-5121
Bar Number

Blank Rome LLP, 405 Lexington Avenue
Address

New York   NY   10174
City   State   Zip Code

(212) 885-5000   (212) 885-5001
Phone Number   Fax Number