UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLD LADDER LITIGATION CO., LLC, as Litigation Designee on behalf of the Liquidation Trust,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INVESTCORP BANK B.S.C., *et al.*,<br><br>　　　　　Defendants. | Case No.  08 CIV 0876 (RMB)(THK)<br><br>**FRCP 7.1 STATEMENT** |

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Loughlin Meghji & Company, Inc. ("LM+Co") certifies that LM+Co is a private non-governmental party, has no corporate parent, and that no publicly held corporations own 10% or more of its stock.

Dated: May 9, 2008
　　　Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Gregory W. Werkheiser*
Gregory W. Werkheiser (*Admitted Pro Hac Vice*)
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
Phone:  (302) 658-9200
Facsimile:  (302) 658-3989

Counsel for Loughlin Meghji & Co., Inc.

2311689