UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X

OLD LADDER LITIGATION CO., LLC., as Litigation
Designee on behalf of the Liquidation Trust,

                     Plaintiff,

        - against -

INVESTCORP BANK B.S.C., et al.,

                  Defendant.

-------------------------------------------------------------------- X

08 CV 0876 (RMB) (THK)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for the Defendant John J. Fiumefreddo in the above-captioned action.

Dated:  New York, New York
        May 12, 2008

                                  _____

                               Jeanne Cho (JC4631)
                               SCHIFF HARDIN LLP
                               900 Third Avenue
                               New York, New York 10022
                               212-753-5000
                               jcho@schiffhardin.com

                               Counsel for Defendant John J. Fiumefreddo