UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

OLD LADDER LITIGATION CO., LLC., as Litigation Designee on behalf of the Liquidation Trust,

                Plaintiff,

- against -

INVESTCORP BANK B.S.C., et al.,

                Defendant.

------------------------------------------------------------------------ :X

08 CV 0876 (RMB) (THK)

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jeanne Cho, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

        John A. Bannon
        Schiff Hardin LLP
        6600 Sears Tower
        Chicago, IL 60606
        312-258-5597
        312-258-5600 (Fax)

John A. Bannon is a member in good standing of the Bar of the State of Illinois. There are no pending disciplinary proceedings against John A. Bannon in any State or Federal court.

Dated:  May 16, 2008
          New York, New York

                                          Respectfully submitted,

                                          Jeanne Cho (JC4631)
                                          Schiff Hardin LLP
                                          900 Third Avenue
                                          New York, NY 10022
                                          212-753-5000
                                          212-753-5044 (Fax)
                                          jcho@schiffhardin.com

CH2\2480730.2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X
OLD LADDER LITIGATION CO., LLC., as Litigation  :
Designee on behalf of the Liquidation Trust,     :
                                                 :   08 CV 0876 (RMB) (THK)
                    Plaintiff,                   :
                                                 :   **AFFIDAVIT OF JEANNE CHO**
        - against -                              :   **IN SUPPORT OF MOTION**
                                                 :   **TO ADMIT JOHN A. BANNON**
INVESTCORP BANK B.S.C., et al.,                  :   **PRO HAC VICE**
                                                 :
                    Defendant.                   :
------------------------------------------------------------------------ X

State of New York      )
                       )  ss:
County of New York     )

Jeanne Cho, being duly sworn hereby deposes and says as follows:

1.  I am an associate at Schiff Hardin LLP and counsel for Defendant, John J. Fiumefreddo, in the above captioned action. I am familiar with the proceedings in this case. I make that statement based on my personal knowledge of the facts set forth herein and in support of Defendant, John J. Fiumefreddo's motion to admit John A. Bannon as counsel *pro hac vice* to represent him in this matter.

2.  I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 2005. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.  I have known John A. Bannon since 2006.

4.  Mr. Bannon is a member of Schiff Hardin LLP in Chicago, Illinois.

5.  I have found Mr. Bannon to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.  Accordingly, I am pleased to move the admission of John A. Bannon, *pro hac vice*.

7.  I respectfully submit a proposed order granting the admission of John A. Bannon, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit John A. Bannon, *pro hac vice*, to represent John J. Fiumefreddo in the above captioned matter, be granted.

Dated:   May 16, 2008
         New York, New York

Respectfully submitted,

_____
Jeanne Cho (JC4631)

Schiff Hardin LLP
900 Third Avenue
New York, NY  10022
212-753-5000
212-753-5044 (Fax)
jcho@schiffhardin.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
OLD LADDER LITIGATION CO., LLC., as Litigation :
Designee on behalf of the Liquidation Trust, :
: 08 CV 0876 (RMB) (THK)
                 Plaintiff, :
: **ORDER FOR ADMISSION**
   - against -    : **PRO HAC VICE**
: <u>**ON WRITTEN MOTION**</u>
INVESTCORP BANK B.S.C., et al., :
:
                 Defendant. :
------------------------------------------------------------------ X

Upon the motion of Jeanne Cho, attorney for Defendant John J. Fiumefreddo and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

        John A. Bannon
        Schiff Hardin LLP
        6600 Sears Tower
        Chicago, IL  60606
        312-258-5597
        312-258-5600 (fax)
        jbannon@schiffhardin.com

is admitted to practice *pro hac vice* as counsel for John J. Fiumefreddo in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) systems, counsel shall immediately apply for an ECF password at <u>nysd.uscourts.gov</u>. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:  May 16, 2008
         New York, New York

                                                                           United States District/Magistrate Judge

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

John A. Bannon

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 7, 1991 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Monday, May 12, 2008.

*Juleann Hornyak*

Clerk

## CERTIFICATE OF SERVICE

    I hereby certify that on the 16th day of May, 2008, I caused to be served via First Class U.S. Mail, a true and correct copy of Motion to Admit Counsel Pro Hac Vice John Bannon, Affidavit of Jeanne Cho in Support of Motion and Order for Admission upon each of the following individual:

        J. Christopher Shore
        White & Case LLP
        1155 Avenue of the Americas
        New York, NY 10036

New York, New York
May 16, 2008

                                        Sybrandt O. Davis