UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

OLD LADDER LITIGATION CO., LLC., as Litigation
Designee on behalf of the Liquidation Trust,

                              Plaintiff,

    - against -

INVESTCORP BANK B.S.C., et al.,

                              Defendant.

------------------------------------------------------------------------ X

08 CV 0876 (RMB) (THK)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Jeanne Cho, attorney for Defendant John J. Fiumefreddo and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that



        John A. Bannon
        Schiff Hardin LLP
        6600 Sears Tower
        Chicago, IL 60606
        312-258-5597
        312-258-5600 (fax)
        jbannon@schiffhardin.com

is admitted to practice *pro hac vice* as counsel for John J. Fiumefreddo in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) systems, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: May 20 2008
       New York, New York

Richard M. Berman

_____
United States District Judge