**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

OLD LADDER LITIGATION CO. LLC, as
Liquidation Designee on behalf of the Liquidation
Trust,

            Plaintiff,

     v.

INVESTCORP BANK B.S.C., et al.,

            Defendants.

-----------------------------------------------------------x

Case No. 08 CV 0876 (RMB) (THK)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Bruce D. Angiolillo of the law firm of Simpson Thacher & Bartlett LLP hereby appears as counsel for defendant **The Heiner Family Trust** in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated:    May 23, 2008
          New York, New York

                            SIMPSON THACHER & BARTLETT LLP

                            By: _s/Bruce D. Angiolillo_
                                Bruce D. Angiolillo
                                bangiolillo@stblaw.com
                                David J. Woll
                                dwoll@stblaw.com
                                Daniel J. Paisley
                                dpaisley@stblaw.com
                                425 Lexington Avenue
                                New York, New York 10017-3954
                                Telephone: (212) 455-2000
                                Facsimile: (212) 455-2502

                            Attorneys for The Heiner Family Trust