UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

OLD LADDER LITIGATION CO. LLC, as
Liquidation Designee on behalf of the Liquidation
Trust,

                Plaintiff,

                v.

INVESTCORP BANK B.S.C., et al.,

                Defendants.

------------------------------------------------------------x

Case No. 08 CV 0876 (RMB) (THK)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that David J. Woll of the law firm of Simpson Thacher & Bartlett LLP hereby appears as counsel for defendant **The Heiner Family Trust** in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated:     May 23, 2008
             New York, New York

SIMPSON THACHER & BARTLETT LLP

By: _s/David J. Woll_____
    Bruce D. Angiolillo
    bangiolillo@stblaw.com
    David J. Woll
    dwoll@stblaw.com
    Daniel J. Paisley
    dpaisley@stblaw.com
    425 Lexington Avenue
    New York, New York 10017-3954
    Telephone: (212) 455-2000
    Facsimile: (212) 455-2502

Attorneys for The Heiner Family Trust