**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

OLD LADDER LITIGATION CO. LLC, as
Liquidation Designee on behalf of the Liquidation
Trust,

     Plaintiff,

  v.

INVESTCORP BANK B.S.C., et al.,

     Defendants.

------------------------------------------------------------x

Case No. 08 CV 0876 (RMB) (THK)

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that Daniel J. Paisley of the law firm of Simpson Thacher & Bartlett LLP hereby appears as counsel for defendant **The Heiner Family Trust** in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated:  May 23, 2008
     New York, New York

               SIMPSON THACHER & BARTLETT LLP

               By:  s/Daniel J. Paisley
                 Bruce D. Angiolillo
                 bangiolillo@stblaw.com
                 David J. Woll
                 dwoll@stblaw.com
                 Daniel J. Paisley
                 dpaisley@stblaw.com
                 425 Lexington Avenue
                 New York, New York 10017-3954
                 Telephone: (212) 455-2000
                 Facsimile: (212) 455-2502

               Attorneys for The Heiner Family Trust