## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DELAWARE 19899-0636
___
TEL: (302) 651-3000
FAX: (302) 651-3001
www.skadden.com

DIRECT DIAL
(302) 651-3080
DIRECT FAX
(888) 329-3081
EMAIL ADDRESS
ANTHONY.CLARK@SKADDEN.COM

FIRM/AFFILIATE OFFICES
___
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
___
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

MAY 29 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/08

May 29, 2008

**MEMO ENDORSED**
p2

BY HAND DELIVERY

The Honorable Richard M. Berman
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street, Room 650
New York, NY 10007-1312

          RE:    Old Ladder Litigation Co., LLC v. Investcorp Bank
                B.S.C., et al., Case No. 08 CV 0876 (RMB)(THK)

Dear Judge Berman:

       As discussed at the status conference on April 21, 2008, the opening brief in support of defendants' motions to transfer venue and dismiss is due this coming Monday, June 2, 2008. Counsel representing more than 190 of the 220 or so defendants named in this case have been closely cooperating to prepare a single joint brief in support of the motions, as Your Honor directed, and to keep the brief as concise as possible. However, as we indicated was likely at the status conference, given the length of the complaint (187 pages) and the large number of claims (30) to be addressed, as well as the number of defendants joining in the motions, we are unable to reasonably cover all of the arguments supporting the motions within the Court's normal 25 page limit. Therefore, we respectfully request leave to file an opening brief not to exceed 45 pages.

The Honorable Richard M. Berman
May 29, 2008
Page 2

We are available at the Court's convenience to discuss this matter further.

Respectfully,

*Anthony W. Clark /ECM*

Anthony W. Clark

cc: J. Christopher Shore, Esq. (by email)
William P. Frank, Esq. (by email)
Counsel on attached list (by email)

---

35 pp tops; don th sprvd; minimal font; and few or NO footnotes.

SO ORDERED
Date: 5/29/08

*Richard M. Berman*
Richard M. Berman, U.S.D.J.