IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLD LADDER LITIGATION CO., LLC, as Litigation Designee on behalf of the Liquidation Trust,<br><br>                       Plaintiff,<br><br>v.<br><br>INVESTCORP BANK B.S.C., *et al.*,<br><br>                       Defendants. | CIVIL ACTION<br><br>NO. 08 CV 0876<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Kenneth J. King is appearing on behalf of defendant Lisa A. Pressler in the above matter, subject to and without waiver of any procedural or substantive defenses.

Dated: May 29, 2008

                                                 /s/ Kenneth J. King
                                                 Kenneth J. King (KK-3567)
                                                 Pepper Hamilton LLP
                                                 The New York Times Building
                                                 37th Floor
                                                 620 Eighth Avenue
                                                 New York, NY 10018-1405

                                                 *Attorneys for Defendants Michael D. Brooks, David M. Conn, John J. Dylick, Christopher Filardi, Bruce B. Fisher, Larry V. Friend, Edward W. Gericke, Timothy Lewis, Neal R. Martin and Lisa A. Pressler*