## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of May, 2008, a copy of the foregoing Notice of Appearance was electronically filed and served by United States mail, postage prepaid, upon the following counsel of record:

| PLAINTIFF | COUNSEL |
|---|---|
| Old Ladder Litigation Co., LLC | J. Christopher Shore, Esq.<br>Craig H. Averch, Esq.<br>White & Case, LLP<br>1155 Avenue of the Americas<br>New York, NY 10036-2787 |
| **DEFENDANTS** | **COUNSEL** |
| Annisville Limited<br>Ballet Limited<br>C.P. Holdings Limited<br>CIP Limited<br>Climbing Products Limited<br>Cooperstown Limited<br>Denary Limited<br>Equity WERA Limited<br>Frisco Limited<br>Gleam Limited<br>Highlands Limited<br>Investcorp Bank B.S.C.<br>Investcorp Holdings Limited<br>Investcorp International, Inc.<br>Investcorp Investment Equity Limited<br>Investcorp S.A.<br>Invifin, S.A.<br>Ladder Equity Limited<br>Noble Limited<br>Outrigger Limited<br>Platea Limited<br>Quill Limited<br>Radial Limited<br>Shoreline Limited<br>SIPCO Limited<br>Step Investments Limited<br>StepUp Limited<br>Werner Co-Investment LLC | Anthony Clark, Esq.<br>William P. Frank, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>P. O. Box 636<br>Wilmington, DE  19899 |

| | |
|---|---|
| Werner GC Trust for Erin<br>Werner GC Trust for Shannon<br>Werner-Alter, L.L.C.<br>Werner Equity Limited<br>Werner IIP Limited<br>Werner Investments Limited<br>WL Holdings Limited<br>Zinnia Limited<br>Charles Marquis<br>Christopher Stadler<br>Dana Snyder<br>James Baker<br>James Egan<br>James Hardymon<br>Mamoun Askari<br>Stephen Tempini<br>Thomas Sullivan<br>Mindy Werner Alter | |
| Alligator Partners, L.P.<br>Deborah Ann Kaplan Trust<br>Judith Lily Kaplan Trust<br>Rankell Family Trust<br>Richmond Drive Enterprises, L.P.<br>Allison Tyler Karp<br>Ashley Elizabeth Werner<br>Barbara L. Werner<br>Beth Katz<br>Beverly Werner Needham<br>Brad J. Gellis<br>Bruce D. Werner<br>Carly Krane<br>Craig Werner<br>Dennis J. Johnson<br>Donald E. Achenbach<br>Donald M. Werner<br>Eli Berk-Rauch<br>Elise W. Frost<br>Elissa Schwartz<br>Ellen Berk-Rauch<br>Eric A. Mason<br>Eric J. Werner<br>Florence J. Werner<br>George Koerner<br>Hanna Berk-Rauch<br>Heather Blackman | James V. Masella III<br>Brian S. Tretter<br>Blank Rome LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY  101754 |

| | |
|---|---|
| Henry W. Dowler<br>Howard L. Solot<br>Isabelle N. Werner<br>J. David Goldblatt<br>Janet F. Solot<br>Jason S. Krane<br>Jeffrey Addison Werner<br>Jeremy M. Kaplan<br>Jessica Z. Joubert<br>Jordana Rothman<br>Joshua J. Rothman<br>Julia E. Kaplan<br>June Goldblatt<br>Karrah Kaplan<br>Kevin Matthew Rothman<br>Lee L. Basilotta<br>Linda C. Joubert<br>Marc L. Werner<br>Marlane T. Krane<br>Marsha Beth Karp<br>Maurice Weiner<br>Melanie R. Werner<br>Melissa S. Karp<br>Michael J. Solot<br>Michael E. Trzynka<br>Michael E. Werner<br>Noel Berkrauch<br>Paula J. Griffith<br>Rachel A. Kaplan<br>Richmond J. Rosati<br>Robert A. Rosati<br>Robert I. Werner<br>Ronald E. Werner<br>Roni S. Rosati<br>Ross Daniel Rosati<br>Ryan Gregory Rosati<br>Sophia K. Werner<br>Susan Morrow<br>Suzanne Schwartz<br>Tammy H. Werner<br>William C. Hazlett<br>William J. Rippin<br>Bruce D. Werner Family Limited Partnership<br>Bruce D. Werner-Trust<br>Craig R. Werner Family Limited Partnership<br>Craig R. Werner Trust | |

| | |
|---|---|
| Ira and Elise Frost Family Partnership<br>Jonathan C. Werner Gift Trust<br>Lois S. Werner Revocable Trust<br>Margot A. Werner Gift Trust<br>Michael E. Werner Revocable Trust<br>Richard L. Werner Revocable Trust<br>Shirley W. Rauch Trust<br>Stephanie N. Werner Gift Trust<br>Werner GC Trust for Erin<br>Werner GC Trust for Shannon<br>Werner-Alter, L.L.C.<br>Debra F. Rothman<br>Gail Rauch Blackman<br>Mindy Werner Alter<br>Allessandra Bonte<br>David C. McGowan<br>Francesca Gianglio Bonte<br>Margaret E. Bonte<br>Richard D. Bonte<br>Richard M. Kelly<br>Robert H. Pinney<br>Vera Bonte<br>Vincent A. Genis<br>Wendy A. Meikle | |
| LGP Management, Inc.<br>Green Equity Investors III, L.P.<br>Werner Co-Investment LLC<br>Michael Wong<br>Peter Nolan | Blair G. Connelly<br>Robert A. Klyman<br>Marc W. Rappel<br>James Ward<br>Latham & Watkins LLP<br>885 Third Avenue, Suite 1000<br>New York, NY 10022 |
| John Thigpen | Matthew S. Tomasco<br>Schnader Harrison Segal & Lewis LP<br>140 Broadway, Suite 3100<br>New York, NY 10005-1101 |
| Loughlin Meghji & Co., Inc. | Eric J. Grannis<br>Law Offices of Eric J. Grannis<br>620 Fifth Avenue<br>New York, NY 10020 |
| Steven Richman, John Remmers | Richard Levin<br>Cravath, Swaine & Moore LLP<br>Worldwide Plaza |

|  | 825 Eighth Avenue<br>New York, NY 10019-7475 |
|---|---|
| Steven R. Bentson<br>Dennis G. Heiner<br>Peter R. O'Coin | Bruce D. Angiolillo<br>Daniel James Paisley<br>David W. Woll<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017 |
| Garcell 1997 Unitrust – 12/19/1997<br>Vincent J. Garcell<br>Vincent J. Garcell Living Trust | David E. Ross, Esq.<br>Robinson & Cole LLP<br>885 Third Avenue, 28th Floor<br>New York, NY 10022-4834 |
| Karen Lynn Moseska | Joshua J. Larocca, Esq.<br>Nixon Peabody LLP<br>437 Madison Avenue<br>New York, NY 10022 |
| Murray Devine & Co., Inc. | Howard B. Levi, Esq.<br>Levi Lubarsky & Feigenbaum LLP<br>1185 Avenue of the Americas, 17th Floor<br>New York, NY 10036 |
| Gary Stewart, Stewart Charitable Remainder Unitrust (Gary Stewart, Trustee), Stewart Charitable Remainder Unitrust (Ilene Stewart, Trustee), Ilene Stewart, Suzanne Rosen Novak Partnership AKA A California Limited Partnership (Alyce Novak, Trustee), Alyce Novak | Peter J. Gallagher, Esq.<br>Kennedy Johnson Gallagher LLC<br>99 Wall Street<br>New York, NY 10005 |
| Anne L. Werner Residuary Trust – EX (Timothy F. Burke – Trustee), Anne L. Werner Residuary Trust (Timothy F. Burke – Trustee), Edward A. Pollack, Edward A. Pollack POA Marc L. Werner, Elizabeth W. Ackerman Trust DTD 12/18/67 (Jeffrey R. Ackerman Successor Trustee), Jeffrey R. Ackerman, Matthew W. Weiss, and Estate of Max Hanfling (Edward A. Pollack – Executor) | Peter N. Wang<br>Sandra Ann Chiocchi<br>Foley & Lardner LLP<br>90 Park Avenue<br>New York, NY 10016 |

| | |
|---|---|
| Elizabeth Werner Trust, N.C.B. | Elliot J. Blumenthal<br>Buchanan Ingersoll & Rooney PC<br>620 Eighth Avenue, 23rd Floor<br>New York, NY 10018-1669 |
| John J. Fiumemfreddo | John A. Bannon<br>Jeanne Cho<br>Colleen M. Feeney<br>Schiff Hardin, L.L.P.<br>6600 Sears Tower<br>Chicago, IL 60606 |
| Loughlin Meghji & Co., Inc. | Kevin Michael Coen<br>Morris, Nichols, Arsht & Tunnell LLP<br>Chase Manhattan Center<br>18th Floor<br>1201 North Market Street<br>Wilmington, DE 19899-1347 |
| Alligator Partners, L.P.<br>Bruce D. Werner Family Limited Partnership<br>Bruce D. Werner Trust<br>Craig R. Werner Trust<br>Deborah Ann Kaplan Trust<br>Jonathan C. Werner Gift Trust<br>Judith Lily Kaplan Trust<br>Lois S. Werner Revocable Trust<br>Margot A. Werner Gift Trust<br>Michael E. Werner Revocable Trust<br>Richard L. Werner Revocable Trust<br>Richmond Drive Enterprises, L.P.<br>Shirley W. Rauch Trust<br>Werner G.C. Trust for Erin<br>Werner G.C. Trust for Shannon<br>Werner-Alter, L.L.C.<br>Allison Tyler Karp<br>Ashley Elizabeth Werner<br>Barbara L. Werner<br>Beth Katz<br>Beverley Werner Needham<br>Brad J. Gellis<br>Bruce D. Werner<br>Carly Krane<br>Craig Werner<br>Debra F. Rothman<br>Dennis J. Johnson<br>Donald E. Achenbach<br>Donald M. Werner | Larry K. Elliott<br>David F. Russey<br>Cohen & Grigsby, P.C.<br>11 Stanwix Street<br>15th Floor<br>Pittsburgh, PA 15222 |

| | |
|---|---|
| Eli Berk-Rauch<br>Elise W. Frost<br>Elissa Schwartz<br>Ellen Berk-Rauch<br>Eric A. Mason<br>Eric J. Werner<br>Florence J. Werner<br>George Koerner<br>Hanna Berk-Rauch<br>Heather Blackman<br>Henry W. Dowler<br>Howard L. Solot<br>Isabelle N. Werner<br>J. David Goldblatt<br>Janet F. Solot<br>Jason S. Krane<br>Jeffrey Addison Werner<br>Jeremy M. Kaplan<br>Jessica Z. Joubert<br>Jordana Rothman<br>Joshua J. Rothman<br>Julia E. Kaplan<br>June Goldblatt<br>Karrah Kaplan<br>Kevin Matthew Rothman<br>Lee L. Basilotta<br>Linda C. Joubert<br>Marc L. Werner<br>Marlane T. Krane<br>Marsha Beth Karp<br>Maurice Weiner<br>Melanie R. Werner<br>Melissa S. Karp<br>Michael J. Solot<br>Michael E. Trzynka<br>Michael E. Werner<br>Mindy Werner Alter<br>Noel Berkrauch<br>Paula J. Griffith<br>Rachel A. Kaplan<br>Richmond J. Rosati<br>Robert A. Rosati<br>Robert I. Werner<br>(Defendant)<br> Roni S. Rosati<br>Ross Daniel Rosati | |

| | |
|---|---|
| Ryan Gregory Rosati<br>Sophia K. Werner<br>Susan Morrow<br>Suzanne Schwartz<br>Tammy H. Werner<br>William C. Hazlett<br>William J. Rippin<br>Craig R. Werner Family Limited Partnership<br>Ira and Elise Frost Family Partnership<br>Rankell Family Trust<br>Stephanie N. Werner Gift Trust<br>Gail Rauch Blackman<br>Ronald E. Werner<br>Allessandra Bonte<br>David C. McGowan<br>Francesca Gianglio Bonte<br>Margaret E. Bonte<br>Richard D. Bonte<br>Richard M. Kelly<br>Robert H. Pinney<br>Vera Bonte<br>Vincent A. Genis<br>Wendy A. Meikle | |
| Loughlin Meghji & Co., Inc. | Curtis S. Miller<br>David John Teklits<br>Gregory W. Werkheiser<br>Morris, Nichols, Arsht & Tunnell LLP<br>Chase Manhattan Center<br>18th Floor<br>1201 North Market Street<br>Wilmington, DE 19899-1347 |

_____
Kenneth J. King (KK-3567)

*Attorney for Defendants Michael D. Brooks, David M. Conn, John J. Dylick, Christopher Filardi, Bruce B. Fisher, Larry V. Friend, Edward W. Gericke, Timothy Lewis and Neal R. Martin*