UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -- - - - - - - -x

OLD LADDER LITIGATION CO., LLC, as Litigation
Designee on behalf of the Liquidation Trust,

                    Plaintiff,

           vs.

INVESTCORP BANK B.S.C., et al.,

                   Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -- - - - - - -x

      :
      :
      :   08 cv 0876 (RMB)(THK)
      :
      :   **<u>NOTICE OF MOTION</u>**
      :
      :   **<u>ELECTRONICALLY FILED</u>**
      :
      :

PLEASE TAKE NOTICE that, upon the accompanying declarations of

Michael D. Brooks, Anthony W. Clark, David M. Conn, Daniel M. DiDomenico, John J.

Dylik, Christopher Filardi, Bruce B. Fischer, Karen R. Garcell, Vincent J. Garcell,

Edward W. Gericke, Timothy K. Lewis, Neal R. Martin, Lisa Pressler, John Remmers,

Steven Richman, Christopher J. Stadler, Gary Stewart, Thomas J. Sullivan, Gregory W.

Werkheiser, Eric J. Werner, and Michael S. Wong, the accompanying memorandum of

law and all prior proceedings had herein, the defendants represented by counsel joining

this Notice of Motion and the Opening Memorandum of Law in Support of Defendants'

Joint Motions to Transfer Venue and to Dismiss the Complaint will move this Court

before the Honorable Richard M. Berman, at the United States Courthouse, 500 Pearl

Street, New York, New York 10007, to transfer venue of these proceedings and to

dismiss the complaint.

Dated: New York, New York
       June 2, 2008

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

  /s/ William P. Frank_____
William P. Frank
(William.Frank@skadden.com)
Four Times Square
New York, New York  10036
(212) 735-3000
       and
Anthony W. Clark
(Anthony.Clark@skadden.com)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
Counsel for Investcorp Entity Defendants
and Investcorp Director Defendants

MORRIS, NICHOLS, ARSHT
& TUNNELL LLP

By:_____
Gregory W. Werkheiser
1201 North Market Street, P.O. Box 1347
Wilmington, Delaware  19899-1347
Counsel for Loughlin Meghji & Co., Inc.

BURKHALTER KESSLER GOODMAN &
GEORGE LLP

By:_____
Thomas G. Kelch
2020 Main Street, Suite 600
Irvine, CA 92614
Counsel for Garcell 1997 Unitrust dated
12/19/1997, Vincent J. Garcell Living Trust
and Vincent J. Garcell

LATHAM & WATKINS LLP

By:_____
Marc W. Rappel
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Counsel for Leonard Green & Partners, L.P.;
LGP Management, Inc.; Green Equity
Investors III, L.P.; Werner Co-Investment
LLC; Peter Nolan; Michael Wong

COHEN & GRIGSBY

By:_____
Larry K. Elliott
David F. Russey
11 Stanwix Street, 15th Floor
Pittsburgh, PA 15222-1319
Counsel for persons listed on Exhibit A

SIMPSON THACHER & BARTLETT LLP

By:_____
Bruce D. Angiolillo
David J. Woll
Daniel J. Paisley
425 Lexington Avenue
New York, NY 10017-3954
Counsel for Dennis Heiner, Steven R. Bentson,
Peter R. O'Coin, and the Heiner Family Trust.

Dated: New York, New York
      June 2, 2008


SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

_____

William P. Frank
(William.Frank@skadden.com)
Four Times Square
New York, New York  10036
(212) 735-3000
      and
Anthony W. Clark
(Anthony.Clark@skadden.com)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
Counsel for Investcorp Entity Defendants
and Investcorp Director Defendants


LATHAM & WATKINS LLP

By: _____
Marc W. Rappel / *Robert Klyman*
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Counsel for Leonard Green & Partners, L.P.;
LGP Management, Inc.; Green Equity
Investors III, L.P.; Werner Co-Investment
LLC; Peter Nolan; Michael Wong


MORRIS, NICHOLS, ARSHT
& TUNNELL LLP

By: _____
Gregory W. Werkheiser
1201 North Market Street, P.O. Box 1347
Wilmington, Delaware  19899-1347
Counsel for Loughlin Meghji & Co., Inc.


COHEN & GRIGSBY

By: _____
Larry K. Elliott
David F. Russey
11 Stanwix Street, 15th Floor
Pittsburgh, PA 15222-1319
Counsel for persons listed on Exhibit A


BURKHALTER KESSLER GOODMAN &
GEORGE LLP

By: _____
Thomas G. Kelch
2020 Main Street, Suite 600
Irvine, CA 92614
Counsel for Garcell 1997 Unitrust dated
12/19/1997, Vincent J. Garcell Living Trust
and Vincent J. Garcell


SIMPSON THACHER & BARTLETT LLP

By: _____
Bruce D. Angiolillo
David J. Woll
Daniel J. Paisley
425 Lexington Avenue
New York, NY 10017-3954
Counsel for Dennis Heiner, Steven R. Bentson,
Peter R. O'Coin, and the Heiner Family Trust.

Dated: New York, New York
    June 2, 2008


SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

_____

William P. Frank
(William.Frank@skadden.com)
Four Times Square
New York, New York  10036
(212) 735-3000
    and
Anthony W. Clark
(Anthony.Clark@skadden.com)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
Counsel for Investcorp Entity Defendants
and Investcorp Director Defendants


LATHAM & WATKINS LLP

By:_____
Marc W. Rappel
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Counsel for Leonard Green & Partners, L.P.;
LGP Management, Inc.; Green Equity
Investors III, L.P.; Werner Co-Investment
LLC; Peter Nolan; Michael Wong


MORRIS, NICHOLS, ARSHT
& TUNNELL LLP

By:_____
Gregory W. Werkheiser
1201 North Market Street, P.O. Box 1347
Wilmington, Delaware  19899-1347
Counsel for Loughlin Meghji & Co., Inc.


COHEN & GRIGSBY

By:_____
Larry K. Elliott
David F. Russey
11 Stanwix Street, 15th Floor
Pittsburgh, PA 15222-1319
Counsel for persons listed on Exhibit A


BURKHALTER KESSLER GOODMAN &
GEORGE LLP

By:_____
Thomas G. Kelch
2020 Main Street, Suite 600
Irvine, CA 92614
Counsel for Garcell 1997 Unitrust dated
12/19/1997, Vincent J. Garcell Living Trust
and Vincent J. Garcell


SIMPSON THACHER & BARTLETT LLP

By:_____
Bruce D. Angiolillo
David J. Woll
Daniel J. Paisley
425 Lexington Avenue
New York, NY 10017-3954
Counsel for Dennis Heiner, Steven R. Bentson,
Peter R. O'Coin, and the Heiner Family Trust.

Dated: New York, New York
      June 2, 2008

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

_____

William P. Frank
(William.Frank@skadden.com)
Four Times Square
New York, New York  10036
(212) 735-3000
      and
Anthony W. Clark
(Anthony.Clark@skadden.com)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
Counsel for Investcorp Entity Defendants
and Investcorp Director Defendants


LATHAM & WATKINS LLP

By:_____
Marc W. Rappel
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Counsel for Leonard Green & Partners, L.P.;
LGP Management, Inc.; Green Equity
Investors III, L.P.; Werner Co-Investment
LLC; Peter Nolan; Michael Wong


MORRIS, NICHOLS, ARSHT
& TUNNELL LLP

By:_____
Gregory W. Werkheiser
1201 North Market Street, P.O. Box 1347
Wilmington, Delaware  19899-1347
Counsel for Loughlin Meghji & Co., Inc.


COHEN & GRIGSBY

By:_____
Larry K. Elliott
David F. Russey
11 Stanwix Street, 15th Floor
Pittsburgh, PA 15222-1319
Counsel for persons listed on Exhibit A


BURKHALTER KESSLER GOODMAN &
GEORGE LLP

By:_____
Thomas G. Kelch
2020 Main Street, Suite 600
Irvine, CA 92614
Counsel for Garcell 1997 Unitrust dated
12/19/1997, Vincent J. Garcell Living Trust
and Vincent J. Garcell


SIMPSON THACHER & BARTLETT LLP

By:_____
Bruce D. Angiolillo
David J. Woll
Daniel J. Paisley
425 Lexington Avenue
New York, NY 10017-3954
Counsel for Dennis Heiner, Steven R. Bentson,
Peter R. O'Coin, and the Heiner Family Trust.

Dated: New York, New York
      June 2, 2008


SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

_____
William P. Frank
(William.Frank@skadden.com)
Four Times Square
New York, New York  10036
(212) 735-3000
      and
Anthony W. Clark
(Anthony.Clark@skadden.com)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
Counsel for Investcorp Entity Defendants
and Investcorp Director Defendants


MORRIS, NICHOLS, ARSHT
& TUNNELL LLP

By:_____
Gregory W. Werkheiser
1201 North Market Street, P.O. Box 1347
Wilmington, Delaware  19899-1347
Counsel for Loughlin Meghji & Co., Inc.


BURKHALTER KESSLER GOODMAN &
GEORGE LLP

By:_____
Thomas G. Kelch
2020 Main Street, Suite 600
Irvine, CA 92614
Counsel for Garcell 1997 Unitrust dated
12/19/1997, Vincent J. Garcell Living Trust
and Vincent J. Garcell


LATHAM & WATKINS LLP

By:_____
Marc W. Rappel
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Counsel for Leonard Green & Partners, L.P.;
LGP Management, Inc.; Green Equity
Investors III, L.P.; Werner Co-Investment
LLC; Peter Nolan; Michael Wong


COHEN & GRIGSBY

By:_____
Larry K. Elliott
David F. Russey
11 Stanwix Street, 15th Floor
Pittsburgh, PA 15222-1319
Counsel for persons listed on Exhibit A


SIMPSON THACHER & BARTLETT LLP

By:_____
Bruce D. Angiolillo
David J. Woll
Daniel J. Paisley
425 Lexington Avenue
New York, NY 10017-3954
Counsel for Dennis Heiner, Steven R. Bentson,
Peter R. O'Coin, and the Heiner Family Trust.

Dated: New York, New York
      June 2, 2008


SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

_____

William P. Frank
(William.Frank@skadden.com)
Four Times Square
New York, New York  10036
(212) 735-3000
        and
Anthony W. Clark
(Anthony.Clark@skadden.com)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
Counsel for Investcorp Entity Defendants
and Investcorp Director Defendants


MORRIS, NICHOLS, ARSHT
& TUNNELL LLP

By:_____
Gregory W. Werkheiser
1201 North Market Street, P.O. Box 1347
Wilmington, Delaware  19899-1347
Counsel for Loughlin Meghji & Co., Inc.


BURKHALTER KESSLER GOODMAN &
GEORGE LLP

By:_____
Thomas G. Kelch
2020 Main Street, Suite 600
Irvine, CA 92614
Counsel for Garcell 1997 Unitrust dated
12/19/1997, Vincent J. Garcell Living Trust
and Vincent J. Garcell


LATHAM & WATKINS LLP

By:_____
Marc W. Rappel
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Counsel for Leonard Green & Partners, L.P.;
LGP Management, Inc.; Green Equity
Investors III, L.P.; Werner Co-Investment
LLC; Peter Nolan; Michael Wong


COHEN & GRIGSBY

By:_____
Larry K. Elliott
David F. Russey
11 Stanwix Street, 15th Floor
Pittsburgh, PA 15222-1319
Counsel for persons listed on Exhibit A


SIMPSON THACHER & BARTLETT LLP

By:_____
Bruce D. Angiolillo
David J. Woll
Daniel J. Paisley
425 Lexington Avenue
New York, NY 10017-3954
Counsel for Dennis G. Heiner, Steven R.
Bentson, Peter R. O'Coin, and the Heiner
Family Trust.

CRAVATH, SWAINE & MOORE LLP

By: _Richard Levin_

Richard Levin
Thomas G. Rafferty
Robert H. Trust
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Counsel for Steven Richman and John
Remmers

LEVI LUBARSKY & FEIGENBAUM LLP

By:_____

Howard B. Levi
1185 Avenue of the Americas, 17th Floor
New York, NY 10036
Counsel for Murray Devine & Co., Inc.

PEPPER HAMILTON LLP

By:_____

Kenneth J. King
The New York Times Building
620 Eighth Avenue, 37th Floor
New York, NY 10018-1405
(212) 808-2703
Counsel for Michael D. Brooks; David M.
Conn; John J. Dylick; Christopher Filardi;
Bruce B. Fisher; Larry V. Friend; Edward W.
Gericke; Timothy Lewis; Neal R. Martin

NIXON PEABODY LLP

By:_____

Joshua J. Larocca
437 Madison Ave.
New York, NY 10022
(212) 940-3191
Counsel for Karen Lynn Moseska

KENNEDY JOHNSON GALLAGHER, LLC

By:_____

Peter Gallagher
99 Wall Street
New York, NY 10005
(212) 248-2230
Counsel for Gary L. Stewart; Stewart
Charitable Remainder Unitrust (Gary Stewart,
Trustee); Stewart Charitable Remainder
Unitrust (Ilene Stewart, Trustee); Estate of
Ilene Stewart; Suzanne Rosen; Novak
Partnership (Alyce Novak, Trustee); Estate of
Alyce Novak

FOLEY & LARDNER LLP

By:_____

Peter N. Wang
Sandra A. Chiocchi
90 Park Avenue
New York, NY 10016
(212) 682-7474
Counsel for Anne L. Werner Residuary Trust –
EX (Timothy F. Burke – Trustee); Anne L.
Werner Residuary Trust (Timothy F. Burke –
Trustee); Edward A. Pollack; Edward A.
Pollack, POA Marc L. Werner; Elizabeth W.
Ackerman Trust DTD 12/18/67 (Jeffrey R.
Ackerman Successor Trustee); Jeffrey R.
Ackerman; Matthew W. Weiss; The Estate of
Max Hanfling (Edward A. Pollack – Executor)

CRAVATH, SWAINE & MOORE LLP

By:_____
Richard Levin
Thomas G. Rafferty
Robert H. Trust
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Counsel for Steven Richman and John
Remmers

LEVI LUBARSKY & FEIGENBAUM LLP

By:_____
Howard B. Levi
1185 Avenue of the Americas, 17th Floor
New York, NY 10036
Counsel for Murray Devine & Co., Inc.

PEPPER HAMILTON LLP

By:_____
Kenneth J. King
The New York Times Building
620 Eighth Avenue, 37th Floor
New York, NY 10018-1405
(212) 808-2703
Counsel for Michael D. Brooks; David M.
Conn; John J. Dylick; Christopher Filardi;
Bruce B. Fisher; Larry V. Friend; Edward W.
Gericke; Timothy Lewis; Neal R. Martin

NIXON PEABODY LLP

By:_____
Joshua J. Larocca
437 Madison Ave.
New York, NY 10022
(212) 940-3191
Counsel for Karen Lynn Moseska

KENNEDY JOHNSON GALLAGHER, LLC

By:_____
Peter Gallagher
99 Wall Street
New York, NY 10005
(212) 248-2230
Counsel for Gary L. Stewart; Stewart
Charitable Remainder Unitrust (Gary Stewart,
Trustee); Stewart Charitable Remainder
Unitrust (Ilene Stewart, Trustee); Estate of
Ilene Stewart; Suzanne Rosen; Novak
Partnership (Alyce Novak, Trustee); Estate of
Alyce Novak

FOLEY & LARDNER LLP

By:_____
Peter N. Wang
Sandra A. Chiocchi
90 Park Avenue
New York, NY 10016
(212) 682-7474
Counsel for Anne L. Werner Residuary Trust –
EX (Timothy F. Burke – Trustee); Anne L.
Werner Residuary Trust (Timothy F. Burke –
Trustee); Edward A. Pollack; Edward A.
Pollack, POA Marc L. Werner; Elizabeth W.
Ackerman Trust DTD 12/18/67 (Jeffrey R.
Ackerman Successor Trustee); Jeffrey R.
Ackerman; Matthew W. Weiss; The Estate of
Max Hanfling (Edward A. Pollack – Executor)

CRAVATH, SWAINE & MOORE LLP

By:_____
Richard Levin
Thomas G. Rafferty
Robert H. Trust
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Counsel for Steven Richman and John
Remmers

LEVI LUBARSKY & FEIGENBAUM LLP

By:_____
Howard B. Levi
1185 Avenue of the Americas, 17th Floor
New York, NY 10036
Counsel for Murray Devine & Co., Inc.

PEPPER HAMILTON LLP

By: _Kenneth J. King_
Kenneth J. King
The New York Times Building
620 Eighth Avenue, 37th Floor
New York, NY 10018-1405
(212) 808-2703
Counsel for Michael D. Brooks; David M.
Conn; John J. Dylick; Christopher Filardi;
Bruce B. Fisher; Larry V. Friend; Edward W.
Gericke; Timothy Lewis; Neal R. Martin; Lisa
A. Pressler

NIXON PEABODY LLP

By:_____
Joshua J. Larocca
437 Madison Ave.
New York, NY 10022
(212) 940-3191
Counsel for Karen Lynn Moseska

KENNEDY JOHNSON GALLAGHER, LLC

By:_____
Peter Gallagher
99 Wall Street
New York, NY 10005
(212) 248-2230
Counsel for Gary L. Stewart; Stewart
Charitable Remainder Unitrust (Gary Stewart,
Trustee); Stewart Charitable Remainder
Unitrust (Ilene Stewart, Trustee); Estate of
Ilene Stewart; Suzanne Rosen; Novak
Partnership (Alyce Novak, Trustee); Estate of
Alyce Novak

FOLEY & LARDNER LLP

By:_____
Peter N. Wang
Sandra A. Chiocchi
90 Park Avenue
New York, NY 10016
(212) 682-7474
Counsel for Anne L. Werner Residuary Trust –
EX (Timothy F. Burke – Trustee); Anne L.
Werner Residuary Trust (Timothy F. Burke –
Trustee); Edward A. Pollack; Edward A.
Pollack, POA Marc L. Werner; Elizabeth W.
Ackerman Trust DTD 12/18/67 (Jeffrey R.
Ackerman Successor Trustee); Jeffrey R.
Ackerman; Matthew W. Weiss; The Estate of
Max Hanfling (Edward A. Pollack – Executor)

CRAVATH, SWAINE & MOORE LLP

By:_____
Richard Levin
Thomas G. Rafferty
Robert H. Trust
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Counsel for Steven Richman and John
Remmers

LEVI LUBARSKY & FEIGENBAUM LLP

By:_____
Howard B. Levi
1185 Avenue of the Americas, 17th Floor
New York, NY 10036
Counsel for Murray Devine & Co., Inc.

PEPPER HAMILTON LLP

By:_____
Kenneth J. King
The New York Times Building
620 Eighth Avenue, 37th Floor
New York, NY 10018-1405
(212) 808-2703
Counsel for Michael D. Brooks; David M.
Conn; John J. Dylick; Christopher Filardi;
Bruce B. Fisher; Larry V. Friend; Edward W.
Gericke; Timothy Lewis; Neal R. Martin

NIXON PEABODY LLP

By: _____
Joshua J. Larocca
437 Madison Ave.
New York, NY 10022
(212) 940-3191
Counsel for Karen Lynn Moseska

KENNEDY JOHNSON GALLAGHER, LLC

By:_____
Peter Gallagher
99 Wall Street
New York, NY 10005
(212) 248-2230
Counsel for Gary L. Stewart; Stewart
Charitable Remainder Unitrust (Gary Stewart,
Trustee); Stewart Charitable Remainder
Unitrust (Ilene Stewart, Trustee); Estate of
Ilene Stewart; Suzanne Rosen; Novak
Partnership (Alyce Novak, Trustee); Estate of
Alyce Novak

FOLEY & LARDNER LLP

By:_____
Peter N. Wang
Sandra A. Chiocchi
90 Park Avenue
New York, NY 10016
(212) 682-7474
Counsel for Anne L. Werner Residuary Trust –
EX (Timothy F. Burke – Trustee); Anne L.
Werner Residuary Trust (Timothy F. Burke –
Trustee); Edward A. Pollack; Edward A.
Pollack, POA Marc L. Werner; Elizabeth W.
Ackerman Trust DTD 12/18/67 (Jeffrey R.
Ackerman Successor Trustee); Jeffrey R.
Ackerman; Matthew W. Weiss; The Estate of
Max Hanfling (Edward A. Pollack – Executor)

CRAVATH, SWAINE & MOORE LLP

By:_____
Richard Levin
Thomas G. Rafferty
Robert H. Trust
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Counsel for Steven Richman and John
Remmers


PEPPER HAMILTON LLP

By:_____
Kenneth J. King
The New York Times Building
620 Eighth Avenue, 37th Floor
New York, NY 10018-1405
(212) 808-2703
Counsel for Michael D. Brooks; David M.
Conn; John J. Dylick; Christopher Filardi;
Bruce B. Fisher; Larry V. Friend; Edward W.
Gericke; Timothy Lewis; Neal R. Martin


KENNEDY JOHNSON GALLAGHER, LLC

By:_____
Peter Gallagher
99 Wall Street
New York, NY 10005
(212) 248-2230
Counsel for Gary L. Stewart; Stewart
Charitable Remainder Unitrust (Gary Stewart,
Trustee); Stewart Charitable Remainder
Unitrust (Ilene Stewart, Trustee); Estate of
Ilene Stewart; Suzanne Rosen; Novak
Partnership (Alyce Novak, Trustee); Estate of
Alyce Novak


LEVI LUBARSKY & FEIGENBAUM LLP

By:_____
Howard B. Levi
1185 Avenue of the Americas, 17th Floor
New York, NY 10036
Counsel for Murray Devine & Co., Inc.


NIXON PEABODY LLP

By:_____
Joshua J. Larocca
437 Madison Ave.
New York, NY 10022
(212) 940-3191
Counsel for Karen Lynn Moseska


FOLEY & LARDNER LLP

By:_____
Peter N. Wang
Sandra A. Chiocchi
90 Park Avenue
New York, NY 10016
(212) 682-7474
Counsel for Anne L. Werner Residuary Trust --
EX (Timothy F. Burke -- Trustee); Anne L.
Werner Residuary Trust (Timothy F. Burke --
Trustee); Edward A. Pollack; Edward A.
Pollack, POA Marc L. Werner; Elizabeth W.
Ackerman Trust DTD 12/18/67 (Jeffrey R.
Ackerman Successor Trustee); Jeffrey R.
Ackerman; Matthew W. Weiss; The Estate of
Max Hanfling (Edward A. Pollack -- Executor)

CRAVATH, SWAINE & MOORE LLP

By:_____
Richard Levin
Thomas G. Rafferty
Robert H. Trust
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Counsel for Steven Richman and John
Remmers

LEVI LUBARSKY & FEIGENBAUM LLP

By:_____
Howard B. Levi
1185 Avenue of the Americas, 17th Floor
New York, NY 10036
Counsel for Murray Devine & Co., Inc.

PEPPER HAMILTON LLP

By:_____
Kenneth J. King
The New York Times Building
620 Eighth Avenue, 37th Floor
New York, NY 10018-1405
(212) 808-2703
Counsel for Michael D. Brooks; David M.
Conn; John J. Dylick; Christopher Filardi;
Bruce B. Fisher; Larry V. Friend; Edward W.
Gericke; Timothy Lewis; Neal R. Martin

NIXON PEABODY LLP

By:_____
Joshua J. Larocca
437 Madison Ave.
New York, NY 10022
(212) 940-3191
Counsel for Karen Lynn Moseska

KENNEDY JOHNSON GALLAGHER, LLC

By:_____
Peter Gallagher
99 Wall Street
New York, NY 10005
(212) 248-2230
Counsel for Gary L. Stewart; Stewart
Charitable Remainder Unitrust (Gary Stewart,
Trustee); Stewart Charitable Remainder
Unitrust (Ilene Stewart, Trustee); Estate of
Ilene Stewart; Suzanne Rosen; Novak
Partnership (Alyce Novak, Trustee); Estate of
Alyce Novak

FOLEY & LARDNER LLP

By: _Peter N. Wang_  /sc
Peter N. Wang
Sandra A. Chiocchi
90 Park Avenue
New York, NY 10016
(212) 682-7474
Counsel for Anne L. Werner Residuary Trust –
EX (Timothy F. Burke – Trustee); Anne L.
Werner Residuary Trust (Timothy F. Burke –
Trustee); Edward A. Pollack; Edward A.
Pollack, POA Marc L. Werner; Elizabeth W.
Ackerman Trust DTD 12/18/67 (Jeffrey R.
Ackerman Successor Trustee); Jeffrey R.
Ackerman; Matthew W. Weiss; The Estate of
Max Hanfling (Edward A. Pollack – Executor)

1309578_1

**EXHIBIT A**

| | |
|---|---|
| 1. | ACHENBACH, DONALD E. |
| 2. | ALLIGATOR PARTNERS, L.P. (HOWARD SOLOT AND JANET SOLOT - GENERAL PARTNERS |
| 3. | ALTER, MINDY WERNER |
| 4. | BASILOTTA, LEE L. |
| 5. | BERK-RAUCH, ELI |
| 6. | BERK-RAUCH, ELLEN |
| 7. | BERK-RAUCH, HANNA |
| 8. | BERK-RAUCH, NOEL |
| 9. | BLACKMAN, GAIL RAUCH |
| 10. | BLACKMAN, HEATHER |
| 11. | BONTE, ALESSANDRA (Minor) |
| 12. | BONTE, FRANCESCA |
| 13. | BONTE, MARGARET |
| 14. | BONTE, RICHARD |
| 15. | BONTE, VERA |
| 16. | DOWLER, HENRY W. |
| 17. | FROST, ELISE W. |
| 18. | FROST, IRA AND ELISE FAMILY LIMITED PARTNERSHIP (ELISE FROST — GENERAL MANAGING PARTNER) |
| 19. | GELLIS, BRAD J. |
| 20. | GENIS, VINCENT |
| 21. | GOLDBLATT, J. DAVID |
| 22. | GOLDBLATT, JUNE |
| 23. | GRIFFITH, PAULA J. |
| 24. | JOHNSON, DENNIS J. |
| 25. | JOUBERT, JESSICA |
| 26. | JOUBERT, LINDA |
| 27. | HAZLETT, WILLIAM |
| 28. | DEBORAH KAPLAN TRUST |

1309578_1

| | |
|---|---|
| 29. | KAPLAN, JEREMY |
| 30. | JUDITH KAPLAN TRUST (C/O LESLIE EVERS)HYY |
| 31. | KAPLAN, JULIA (Minor) |
| 32. | KAPLAN, KARRAH |
| 33. | KAPLAN, RACHAEL |
| 34. | KARP, ALLISON TYLER  (Minor) |
| 35. | KARP, MARSHA BETH |
| 36. | KARP, MELISSA S.  (Minor) |
| 37. | KATZ, BETH |
| 38. | KELLY, RICHARD |
| 39. | KOERNER, GEORGE |
| 40. | KRANE, CARLEY |
| 41. | KRANE, JASON |
| 42. | KRANE, MARLANE |
| 43. | MASON, ERIC A. |
| 44. | MCGOWAN, DAVID |
| 45. | MEIKLE, WENDY |
| 46. | MORROW, SUSAN |
| 47. | PINNEY, ROBERT |
| 48. | NEEDHAM, BEVERLY WERNER |
| 49. | SHIRLEY W. RAUCH TRUST (STANLEY RAUCH, AND MARLANE KRANE – TRUSTEES) |
| 50. | RANKELL FAMILY TRUST |
| 51. | RAUCH TRUST (ALEENA SHAPIRO– TRUSTEE) |
| 52. | RICHMOND DRIVE ENTERPRISES, L.P. (RICHARD WERNER AND ELISE FROST– GENERAL PARTNERS) |
| 53. | RIPPIN, WILLIAM J. |
| 54. | ROSATI, RICHMOND I. (Minor) |
| 55. | ROSATI, ROBERT A. |
| 56. | ROSATI, RONI S. |
| 57. | ROSATI, ROSS DANIEL  (Minor) |
| 58. | ROSATI, RYAN GREGORY |
| 59. | ROTHMAN, DEBRA A. |

1309578_1

60.    ROTHMAN, JORDANA

61.    ROTHMAN, JOSHUA J.

62.    ROTHMAN, KEVIN M.

63.    SCHWARTZ, ELISSA **NOW ELISSA RIOUX**

64.    SCHWARTZ, SUZANNE

65.    SOLOT, HOWARD L.

66.    SOLOT, JANET F.

67.    SOLOT, MICHAEL

68.    TRZYNKA, MICHAEL

69.    WEINER, MAURICE

70.    WERNER, ASHLEY ELIZABETH

71.    WERNER, BARBARA L.

72.    WERNER, BARBARA L. AND WERNER DONALD M.

73.    WERNER, BRUCE D.

74.    BRUCE D. WERNER TRUST (BRUCE WERNER - TRUSTEE)

75.    WERNER, BRUCE D. FAMILY LIMITED PARTNERSHIP (BRUCE WERNER - MANAGING GENERAL PARTNER)

76.    WERNER, CRAIG

77.    WERNER, CRAIG R. FAMILY LIMITED PARTNERSHIP (CRAIG WERNER - GENERAL PARTNER)

78.    CRAIG R. WERNER TRUST

79.    WERNER, DONALD M.

80.    WERNER, ERIC

81.    WERNER, FLORENCE J.

82.    FLORENCE J. WERNER IRREV. TRUST DATED 10/7/94 (RONALD WERNER, MARC WERNER AND MICHAEL WERNER – TRUSTEES)

83.    WERNER GC TRUST FOR ERIN JOY RYAN (BEVERLY WERNER NEEDHAM - TRUSTEE)

84.    WERNER GC TRUST FOR SHANNON ROSE RYAN (BEVERLY WERNER NEEDHAM —TRUSTEE)

85.    WERNER, ISABELLE (Minor)

86.    WERNER, JEFFREY ADDISON

1309578_1

87. JONATHAN C. WERNER GIFT TRUST U/A/D/ 11/1/96 (JEFFREY WEISMAN - TRUSTEE)

88. LAURA W. WERNER REVOCABLE TRUST, U/A/D 1/2/96 (LAURA WERNER - TRUSTEE)

89. LOIS S. WERNER REVOCABLE TRUST

90. MARGOT A. WERNER GIFT TRUST U/A/D 11/1/96 (LAURA WERNER - TRUSTEE)

91. WERNER, MARC L.

92. MARC L. WERNER IRREVOCABLE TRUST

93. WERNER, MELANIE

94. WERNER MICHAEL E.

95. MICHAEL E. WERNER REVOCABLE TRUST, U/A/D 12/96 (MICHAEL WERNER - TRUSTEE)

96. WERNER, RICHARD L.

97. RICHARD L. WERNER REVOCABLE TRUST

98. WERNER, ROBERT I.

99. ROBERT I. WERNER IRREV. TRUST DATED 8/30/94 (RONALD WERNER – ADMINISTRATIVE TRUSTEE)

100. WERNER, RONALD E.

101. WERNER, SOPHIA (Minor)

102. STEPHANIE N. WERNER GIFT TRUST U/A/D 11/1/96 (JEFFERY WEISMAN – TRUSTEE)

103. WERNER, TAMMY H.

104. WERNER-ALTER, LLC (MINDY WERNER ALTER - MANAGER)

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                              : ss.:
COUNTY OF NEW YORK  )

Kenneth J. Horrmann, being duly sworn, deposes and says:

1. I am not a party to the action, am over 18 years of age and am employed by

Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036.

2. On June 2, 2008, I served the following:

- *Notice of Motion,*
- *Opening Memorandum of Law in Support of Defendants' Joint Motions to Transfer Venue and to Dismiss the Complaint,*
- *Declaration of Michael D. Brooks,*
- *Declaration of Anthony W. Clark,*
- *Declaration of David M. Conn,*
- *Declaration of Daniel M. DiDomenico,*
- *Declaration of John J. Dylik,*
- *Declaration of Christopher G. Filardi,*
- *Declaration of Bruce B. Fischer,*
- *Declaration of Karen R. Garcell,*
- *Declaration of Vincent J. Garcell,*
- *Declaration of Edward W. Gericke,*
- *Declaration of Timothy K. Lewis,*
- *Declaration of Neal R. Martin,*
- *Declaration of Lisa A. Pressler,*
- *Declaration of John M. Remmers,*
- *Affidavit of Steven P. Richman,*
- *Declaration of Christopher J. Stadler,*
- *Declaration of Gary Stewart,*
- *Declaration of Thomas J. Sullivan,*
- *Declaration of Gregory W. Werkheiser,*
- *Declaration of Eric J. Werner; and*
- *Declaration of Michael S. Wong*

by first-class mail by depositing same in a post-paid properly addressed envelope, in an official

depository under the exclusive care and custody of the U.S. Postal Service within the State of

New York upon:

Kevin C. Walz
8045 Bainbrook Drive
Chagrin Falls, OG 44023

David A. Cardillo
23 St. Glory Road
Greenville, PA 16125

_Kenneth J. Horrmann_
Kenneth J. Horrmann

Sworn to before me this
2nd day of June 2008.

Brian E. Keating
Notary Public, State of New York
No. 01KE5009535
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires March 15, 2011

2