IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLD LADDER LITIGATION CO., LLC, as Litigation Designee on behalf of the Liquidation Trust, | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : NO. 08 CV 0876 |
| INVESTCORP BANK B.S.C., et al., | : ECF CASE |
| Defendants. | : DECLARATION OF LISA A. PRESSLER |

Lisa A. Pressler, under penalty of perjury, states as follows:

1. I submit this declaration in support of the portion of Defendants' Motion to dismiss seeking dismissal of the claims brought against me on the grounds that this Court lacks jurisdiction over my person.

2. From February 3, 1994 until April 29, 2005, I was employed at Werner Co.

3. Werner Co.'s headquarters were located in Greenville, Pennsylvania and during this period of time my office was located in Pennsylvania.

4. From February 3, 1994 until April 29, 2005, I resided in Pennsylvania. I currently reside in Texas and work in Texas.

Executed this 30th day of May, 2008, subject to penalties of perjury.

_____
Lisa A. Pressler

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK   )
                    : ss.:
COUNTY OF NEW YORK  )

    Kenneth J. Horrmann, being duly sworn, deposes and says:

1. I am not a party to the action, am over 18 years of age and am employed by Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036.

2. On June 2, 2008, I served the following:

- *Notice of Motion,*
- *Opening Memorandum of Law in Support of Defendants' Joint Motions to Transfer Venue and to Dismiss the Complaint,*
- *Declaration of Michael D. Brooks,*
- *Declaration of Anthony W. Clark,*
- *Declaration of David M. Conn,*
- *Declaration of Daniel M. DiDomenico,*
- *Declaration of John J. Dylik,*
- *Declaration of Christopher G. Filardi,*
- *Declaration of Bruce B. Fischer,*
- *Declaration of Karen R. Garcell,*
- *Declaration of Vincent J. Garcell,*
- *Declaration of Edward W. Gericke,*
- *Declaration of Timothy K. Lewis,*
- *Declaration of Neal R. Martin,*
- *Declaration of Lisa A. Pressler,*
- *Declaration of John M. Remmers,*
- *Affidavit of Steven P. Richman,*
- *Declaration of Christopher J. Stadler,*
- *Declaration of Gary Stewart,*
- *Declaration of Thomas J. Sullivan,*
- *Declaration of Gregory W. Werkheiser,*
- *Declaration of Eric J. Werner; and*
- *Declaration of Michael S. Wong*

by first-class mail by depositing same in a post-paid properly addressed envelope, in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York upon:

    Kevin C. Walz
    8045 Bainbrook Drive
    Chagrin Falls, OG 44023

                                David A. Cardillo
                                23 St. Glory Road
                                Greenville, PA 16125

*/s/ Kenneth J. Horrmann*
                                              Kenneth J. Horrmann

Sworn to before me this
2nd day of June 2008.

*/s/ Brian E. Keating*

Brian E. Keating
Notary Public, State of New York
No. 01KE5009535
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires March 15, 2011

2