UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLD LADDER LITIGATION CO., LLC,

                                    Plaintiff,                    08-CV-00876 (RMB)

                    - against -                                   ECF CASE

INVESTCORP BANK B.S.C., et al.,

                                    Defendants.

**AFFIDAVIT OF STEVEN P. RICHMAN IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS**

STATE OF WISCONSIN        )
                          ) ss.:
COUNTY OF WAUKESHA )

        STEVEN P. RICHMAN, being duly sworn, deposes and says:

        1.      I submit this affidavit in support of the portion of Defendants' Motion to Dismiss

seeking dismissal of the claims brought against me on the grounds that this Court lacks

jurisdiction over my person.

        2.      From January 4, 2005 to December 2005, I served as President and Chief

Executive Officer and as a Director of Werner Holding Co. (PA) and Werner Holding Co. (DE)

(collectively "Holding Companies").

        3.      While I was an officer and director of the Holding Companies, I had offices in

Illinois and Pennsylvania, and I resided in Illinois and Pennsylvania.  I currently reside in Illinois

and work in Wisconsin.

                                                    _____
                                                            Steven P. Richman

Sworn to before me this
28th day of May, 2008.

_____
Gin G. Melotte, Notary Public

    My commission expires on
    August 21, 2011

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK     )

                           : ss.:

COUNTY OF NEW YORK   )

         Kenneth J. Horrmann, being duly sworn, deposes and says:

         1. I am not a party to the action, am over 18 years of age and am employed by

Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036.

         2. On June 2, 2008, I served the following:

- *Notice of Motion,*
- *Opening Memorandum of Law in Support of Defendants' Joint Motions to Transfer Venue and to Dismiss the Complaint,*
- *Declaration of Michael D. Brooks,*
- *Declaration of Anthony W. Clark,*
- *Declaration of David M. Conn,*
- *Declaration of Daniel M. DiDomenico,*
- *Declaration of John J. Dylik,*
- *Declaration of Christopher G. Filardi,*
- *Declaration of Bruce B. Fischer,*
- *Declaration of Karen R. Garcell,*
- *Declaration of Vincent J. Garcell,*
- *Declaration of Edward W. Gericke,*
- *Declaration of Timothy K. Lewis,*
- *Declaration of Neal R. Martin,*
- *Declaration of Lisa A. Pressler,*
- *Declaration of John M. Remmers,*
- *Affidavit of Steven P. Richman,*
- *Declaration of Christopher J. Stadler,*
- *Declaration of Gary Stewart,*
- *Declaration of Thomas J. Sullivan,*
- *Declaration of Gregory W. Werkheiser,*
- *Declaration of Eric J. Werner; and*
- *Declaration of Michael S. Wong*

 by first-class mail by depositing same in a post-paid properly addressed envelope, in an official

depository under the exclusive care and custody of the U.S. Postal Service within the State of

New York upon:

                  Kevin C. Walz
                  8045 Bainbrook Drive
                  Chagrin Falls, OG 44023

David A. Cardillo
23 St. Glory Road
Greenville, PA 16125

*Kenneth J. Horrmann*

Kenneth J. Horrmann

Sworn to before me this
2nd day of June 2008.

Brian E. Keating
Notary Public, State of New York
No. 01KE5009535
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires March 15, 2011

2