KENNEDY JOHNSON GALLAGHER LLC
Peter Gallagher
pgallagher@kjglaw.com
99 Wall Street, 15th Floor
New York, NY 10005
Tel:   (212) 248-2220


DLA PIPER US LLP
Karol K. Denniston
karol.denniston@dlapiper.com
550 S. Hope Street, Suite 2300
Los Angeles, CA 90071
Tel:   (213) 330-7700

Attorneys for Defendants Stewart Charitable Remainder
Unitrust (Gary Stewart-Trustee); Stewart Charitable
Remainder Unitrust (Ilene Stewart-Trustee); Gary L. Stewart;
Novak Partnership, aka a California Limited Partnership
(Alyce Novak-General Partner); Suzanne Rosen; Ilene Stewart;
Kelly E. Sinon

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
OLD LADDER LITIGATION CO., LLC, as    :
Litigation Designee on behalf of the         :   08 Civ. 0876 (RMB) (THK)
Liquidation Trust,                                    :

          Plaintiff,                                  :

    -against-                                          :   **DECLARATION OF GARY STEWART
                                                                        IN SUPPORT OF DEFENDANTS' JOINT
                                                                        MOTIONS TO TRANSFER VENUE AND**
Investcorp Bank B.S.C., et al.,                 :   **TO DISMISS THE COMPLAINT**

          Defendant.                              :

------------------------------------ X

WEST\21418004.2

I, Gary Stewart, declare as follows:

1. Ilene Stewart ("Ilene") is named as a defendant in the above action.

2. I was Ilene's husband.

3. I make this declaration in support of *Defendants' Joint Motions to Transfer Venue and to Dismiss the Complaint.*

4. I have personal knowledge of the facts set forth below, and if called as a witness, I could and would competently testify thereto.

5. Ilene resided in Escondido, California at the time of her death, thereby making her a California domiciliary.

6. Ilene died in California on July 24, 2002 as reflected in her Certificate of Death ("Certificate"). A true and correct copy of the Certificate is attached hereto as Exhibit "A" and incorporated herein by reference.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this ___ day of May, 2008 at Escondido, California.


Dated: May ____, 2008      _____
                            Gary Stewart

("Certificate"). A true and correct copy of the Certificate is attached hereto as Exhibit "A" and incorporated herein by reference.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this ___ day of May, 2008 at Escondido, California.

Dated: May 30, 2008

*[signature]*
Gary Stewart

Exhibit "A"

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF ORANGE
## HEALTH CARE AGENCY
1200 N. MAIN STREET, SUITE 100-A
SANTA ANA, CA 92701

**CERTIFICATE OF DEATH** — STATE OF CALIFORNIA

State File Number: 3 2007 30
Local Registration Number: 010242

**DECEDENT PERSONAL DATA**
- 1. Name of Decedent—First (Given): ILENE
- 2. Middle: JOYCE
- 3. Last (Family): STEWART
- 4. Date of Birth: 08/02/1945
- 5. Age: 56
- 6. Sex: FEMALE
- 7. Date of Death: 07/24/2002
- 8. Hour: EST 1618
- 9. State of Birth: NY
- 10. Social Security No.: 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
- 11. Military Service: No
- 12. Marital Status: MARRIED
- 13. Education—Years Completed: 16
- 14. Race: WHITE
- 15. Hispanic: No
- 16. Usual Employer: SANDIA NATIONAL LABORATORIES
- 17. Occupation: CONTRACT ADMINISTRATOR
- 18. Kind of Business: RESEARCH
- 19. Years in Occupation: 15

**USUAL RESIDENCE**
- 20. Residence—Street and Number or Location: 3586 PRINCE STREET
- 21. City: ESCONDIDO
- 22. County: SAN DIEGO
- 23. Zip Code: 92025
- 24. Yrs in County: 5
- 25. State or Foreign Country: CA

**INFORMANT**
- 26. Name, Relationship: GARY L. STEWART/HUSBAND
- 27. Mailing Address: 3586 PRINCE STREET/ESCONDIDO, CA 92025

**SPOUSE AND PARENT INFORMATION**
- 28. Name of Surviving Spouse—First: GARY
- 29. Middle: LEE
- 30. Last (Maiden Name): STEWART
- 31. Name of Father—First: ALAN
- 33. Last: NOVAK
- 34. Birth State: NY
- 35. Name of Mother—First: ALYCE
- 37. Last (Maiden): KAPLAN
- 38. Birth State: NY

**DISPOSITION(S)**
- 39. Date: 08/01/2002
- 40. Place of Final Disposition: RES: GARY L. STEWART, 3586 PRINCE STREET/ESCONDIDO, CA 92025
- 41. Type of Disposition(s): CR/RES
- 42. Signature of Embalmer: NOT EMBALMED
- 44. Name of Funeral Director: NEPTUNE SOCIETY/RIVERSIDE
- 45. License No.: FD 1307
- 46. Signature of Local Registrar: Mark B. Horton
- 47. Date: 07/31/2002

**PLACE OF DEATH**
- 101. Place of Death: DRAINAGE DITCH
- 104. County: ORANGE
- 105. Street Address: BEHIND: 31896 CAMINO CAPISTRANO
- 106. City: SAN JUAN CAPISTRANO

**CAUSE OF DEATH**
- 107. Death was caused by:
  - (A) Immediate Cause: THERMAL INJURIES — Time interval: MINUTES
  - (B) Due to: VEHICLE FIRE — MINUTES
- 108. Death reported to coroner: YES — Referral number: 02-04910-GA
- 109. Biopsy performed: No
- 110. Autopsy performed: Yes
- 111. Used in Determining Cause: Yes
- 112. Other significant conditions contributing to death: HYPERTROPHIC CARDIOMYOPATHY WITH CARDIOMEGALY; HEPATOMEGALIC STEATOSIS; MODERATE ARTERIONEPHROSCLEROSIS; LEIOMYOMA UTERI
- 113. Was operation performed: NO

V78.5

**CORONER'S USE ONLY**
- 119. Manner of Death: ACCIDENT
- 120. Injury at Work: No
- 121. Injury Date: 07/24/2002
- 122. Hour: EST 1615
- 123. Place of Injury: DRAINAGE DITCH
- 124. Describe how injury occurred: PASSENGER OF MOTORHOME/ROLLOVER
- 125. Location: BEHIND: 31896 CAMINO CAPISTRANO, SAN JUAN CAPISTRANO, CA 92675
- 126. Signature of Coroner: [signed] Rodney M. Thomas
- 127. Date: 07/25/2002
- 128. Typed Name, Title: DEPUTY CORONER RODNEY M. THOMAS

JJR/TC

Fax Auth. #: 4267M

---

**CERTIFIED COPY OF VITAL RECORDS**

1172879

STATE OF CALIFORNIA } SS
COUNTY OF ORANGE

DATE ISSUED: AUG 13 2002

[signature] MARK B. HORTON, M.D.
HEALTH OFFICER
ORANGE COUNTY, CALIFORNIA

This is a true and exact reproduction of the document officially registered and placed on file in the office of the VITAL RECORDS SECTION, ORANGE COUNTY HEALTH CARE AGENCY.

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE



AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           : ss.:
COUNTY OF NEW YORK    )

Kenneth J. Horrmann, being duly sworn, deposes and says:

1. I am not a party to the action, am over 18 years of age and am employed by Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036.

2. On June 2, 2008, I served the following:

- *Notice of Motion,*
- *Opening Memorandum of Law in Support of Defendants' Joint Motions to Transfer Venue and to Dismiss the Complaint,*
- *Declaration of Michael D. Brooks,*
- *Declaration of Anthony W. Clark,*
- *Declaration of David M. Conn,*
- *Declaration of Daniel M. DiDomenico,*
- *Declaration of John J. Dylik,*
- *Declaration of Christopher G. Filardi,*
- *Declaration of Bruce B. Fischer,*
- *Declaration of Karen R. Garcell,*
- *Declaration of Vincent J. Garcell,*
- *Declaration of Edward W. Gericke,*
- *Declaration of Timothy K. Lewis,*
- *Declaration of Neal R. Martin,*
- *Declaration of Lisa A. Pressler,*
- *Declaration of John M. Remmers,*
- *Affidavit of Steven P. Richman,*
- *Declaration of Christopher J. Stadler,*
- *Declaration of Gary Stewart,*
- *Declaration of Thomas J. Sullivan,*
- *Declaration of Gregory W. Werkheiser,*
- *Declaration of Eric J. Werner; and*
- *Declaration of Michael S. Wong*

by first-class mail by depositing same in a post-paid properly addressed envelope, in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York upon:

Kevin C. Walz
8045 Bainbrook Drive
Chagrin Falls, OG 44023

David A. Cardillo
23 St. Glory Road
Greenville, PA 16125

_Kenneth J Horrmann_
Kenneth J. Horrmann

Sworn to before me this
2nd day of June 2008.

_Brian E. Keating_
Brian E. Keating
Notary Public, State of New York
No. 01KE5009535
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires March 15, 2011