UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLD LADDER LITIGATION CO., LLC, as Litigation Designee on behalf of the Liquidation,<br><br>          Plaintiff,<br><br>-against-<br><br>INVESTCORP BANK B.S.C. et al.,<br><br>          Defendants. | 08 cv 0876 (RMB)<br><br>**SUPPLEMENTAL NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that James V. Masella, III with the law firm Blank Rome LLP, The Chrysler Building, 405 Lexington Avenue, New York, NY 10174 and Larry K. Elliott and David F. Russey with the law firm Cohen & Grigsby, P.C., 11 Stanwix Street, 15th Floor, Pittsburgh, PA 15222, hereby appear as counsel of record for the following defendant:

    1.    STANLEY S. RAUCH TRUST

Dated: June 3, 2008
       New York, New York

Respectfully submitted,

*/s/ James V. Masella*

James V. Masella, III (JM-5121)
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 885-5000

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2008, the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

_____
JEAN-LOUIS CAUVIN