# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DELAWARE 19899-0636

TEL: (302) 651-3000
FAX: (302) 651-3001
www.skadden.com

DIRECT DIAL
(302) 651-3080
DIRECT FAX
(888) 329-3081
EMAIL ADDRESS
ANTHONY.CLARK@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

> The discovery deadline remains in effect. The Court does not plan to rule prior to June 9.
>
> SO ORDERED:
> Date: 6/6/08
> Richard M. Berman, U.S.D.J.

June 3, 2008

MEMO ENDORSED

BY HAND DELIVERY

The Honorable Richard M. Berman
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street, Room 650
New York, NY 10007

        RE:    Old Ladder Litigation Co., LLC v. Investcorp Bank
                   B.S.C., et al., Case No. 08 CV 0876 (RMB)(THK)

Dear Judge Berman:

       Please find enclosed herewith courtesy copies of (i) the Notice of Motion, Memorandum of Law, and related documents in support of the Defendants' Joint Motions to Transfer Venue and to Dismiss the Complaint, and (ii) the Investcorp Defendants' Objections to the Magistrate Judge's April 21, 2008 and May 29, 2008 Orders, both filed on June 2, 2008.

       We are available at the Court's convenience.

                                Respectfully,

                                Anthony W. Clark

cc:    J. Christopher Shore, Esq. (by email w/o enclosures)
        William P. Frank, Esq. (by email w/o enclosures)
        Counsel on attached list (by email w/o enclosures)