```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

OLD LADDER LITIGATION CO., LLC, as Litigation
Designee on behalf of the Liquidation Trust,

             Plaintiff,

    vs.

INVESTCORP BANK B.S.C., et al.,

             Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

08 cv 0876 (RMB)(THK)

## STIPULATION *AND ORDER* RESPECTING AMENDED COMPLAINT

WHEREAS Plaintiff sought the identities of certain Doe defendants;

WHEREAS the Investcorp Defendants objected to disclosure of the identities of the Doe defendants;

WHEREAS Magistrate Theodore H. Katz ordered the Investcorp Defendants to disclose the identities of the Doe defendants in his order of May 29, 2008 (the "May 29 Order");

WHEREAS the Investcorp Defendants filed objections before Judge Richard M. Berman on June 2, 2008, to the May 29 Order (the "Objections");

WHEREAS Judge Berman has yet to rule on the Objections;

WHEREAS the Investcorp Defendants ultimately disclosed the names of the Doe defendants on Monday, June 9, 2008;

WHEREAS Plaintiff seeks to add immediately the identities of the newly disclosed Doe defendants to the above-referenced complaint;

WHEREAS responsive pleadings have been filed in this action, Plaintiff may amend the complaint only by written consent of the defendants or leave of the Court;

WHEREAS the Investcorp Defendants desire to keep the identities of the newly disclosed Doe defendants confidential and under seal pending an outcome of the Objections;

WHEREAS Plaintiff and the Investcorp Defendants held a conference with Magistrate Katz on June 11, 2008, to discuss these issues:

IT IS HEREBY AGREED AND ORDERED that:

1. Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff is hereby authorized to amend its complaint in the above captioned action solely for the purpose of substituting the newly disclosed Doe defendants for the defendants previously identified as "Does 1 through 300" in the complaint dated January 24, 2008;

2. Subject to the approval of the Court, Plaintiff shall file the portion of the amended complaint that identifies the newly disclosed Doe defendants under seal pending Judge Berman's determination on the Objections; and *O/K.*

3. The terms of this stipulation are without prejudice to any future pleading.

Dated: New York, New York
June 12, 2008

SO ORDERED: _____
Hon. Theodore H. Katz
United States Magistrate Judge

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: *William P. Frank* /s/
William P. Frank
(William.Frank@skadden.com)
Four Times Square
New York, New York 10036
(212) 735-3000
    and
Anthony W. Clark
(Anthony.Clark@skadden.com)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
Counsel for Investcorp Entity Defendants
and Investcorp Director Defendants

WHITE & CASE LLP

By:_____
J. Christopher Shore
Craig H. Averch
1155 Ave of the Americas
New York, NY 10036
(212) 819-8200
Counsel for Old Ladder Litigation Co., LLC

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By:_____
Gregory W. Werkheiser
1201 North Market Street, P.O. Box 1347
Wilmington, Delaware 19899-1347
Counsel for Loughlin Meghji & Co., Inc.

COHEN & GRIGSBY

By:_____
Larry K. Elliott
David F. Russey
11 Stanwix Street, 15th Floor
Pittsburgh, PA 15222-1319
Counsel for persons listed on Exhibit A

BURKHALTER KESSLER GOODMAN & GEORGE LLP

By:_____
Thomas G. Kelch
2020 Main Street, Suite 600
Irvine, CA 92614
Counsel for Garcell 1997 Unitrust dated 12/19/1997, Vincent J. Garcell Living Trust and Vincent J. Garcell

SIMPSON THACHER & BARTLETT LLP

By:_____
Bruce D. Angiolillo
David J. Woll
Daniel J. Paisley
425 Lexington Avenue
New York, NY 10017-3954
Counsel for Dennis Heiner, Steven R. Bentson, Peter R. O'Coin, and the Heiner Family Trust.

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | WHITE & CASE LLP<br><br>By: *J. Christopher Shore* /s/<br>J. Christopher Shore<br>Craig H. Averch<br>1155 Ave of the Americas<br>New York, NY 10036<br>(212) 819-8200<br>Counsel for Old Ladder Litigation Co., LLC |
| By:<br>William P. Frank<br>(William.Frank@skadden.com)<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>and<br>Anthony W. Clark<br>(Anthony.Clark@skadden.com)<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware 19899<br>(302) 651-3000<br>Counsel for Investcorp Entity Defendants and Investcorp Director Defendants | |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>By:<br>Gregory W. Werkheiser<br>1201 North Market Street, P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Counsel for Loughlin Meghji & Co., Inc. | COHEN & GRIGSBY<br><br>By:<br>Larry K. Elliott<br>David F. Russey<br>11 Stanwix Street, 15th Floor<br>Pittsburgh, PA 15222-1319<br>Counsel for persons listed on Exhibit A |
| BURKHALTER KESSLER GOODMAN & GEORGE LLP<br><br>By:<br>Thomas G. Kelch<br>2020 Main Street, Suite 600<br>Irvine, CA 92614<br>Counsel for Garcell 1997 Unitrust dated 12/19/1997, Vincent J. Garcell Living Trust and Vincent J. Garcell | SIMPSON THACHER & BARTLETT LLP<br><br>By:<br>Bruce D. Angiolillo<br>David J. Woll<br>Daniel J. Paisley<br>425 Lexington Avenue<br>New York, NY 10017-3954<br>Counsel for Dennis Heiner, Steven R. Bentson, Peter R. O'Coin, and the Heiner Family Trust. |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ William P. Frank
William P. Frank
(William.Frank@skadden.com)
Four Times Square
New York, New York 10036
(212) 735-3000
     and
Anthony W. Clark
(Anthony.Clark@skadden.com)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
Counsel for Investcorp Entity Defendants
and Investcorp Director Defendants

WHITE & CASE LLP

By:_____
J. Christopher Shore
Craig H. Averch
1155 Ave of the Americas
New York, NY 10036
(212) 819-8200
Counsel for Old Ladder Litigation Co., LLC

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: _[signature]_
Gregory W. Werkheiser
1201 North Market Street, P.O. Box 1347
Wilmington, Delaware 19899-1347
Counsel for Loughlin Meghji & Co., Inc.

COHEN & GRIGSBY

By:_____
Larry K. Elliott
David F. Russey
11 Stanwix Street, 15th Floor
Pittsburgh, PA 15222-1319
Counsel for persons listed on Exhibit A

BURKHALTER KESSLER GOODMAN & GEORGE LLP

By:_____
Thomas G. Kelch
2020 Main Street, Suite 600
Irvine, CA 92614
Counsel for Garcell 1997 Unitrust dated 12/19/1997, Vincent J. Garcell Living Trust and Vincent J. Garcell

SIMPSON THACHER & BARTLETT LLP

By:_____
Bruce D. Angiolillo
David J. Woll
Daniel J. Paisley
425 Lexington Avenue
New York, NY 10017-3954
Counsel for Dennis Heiner, Steven R. Bentson, Peter R. O'Coin, and the Heiner Family Trust.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ William P. Frank
William P. Frank
(William.Frank@skadden.com)
Four Times Square
New York, New York 10036
(212) 735-3000
    and
Anthony W. Clark
(Anthony.Clark@skadden.com)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
Counsel for Investcorp Entity Defendants and Investcorp Director Defendants

WHITE & CASE LLP

By:_____
J. Christopher Shore
Craig H. Averch
1155 Ave of the Americas
New York, NY 10036
(212) 819-8200
Counsel for Old Ladder Litigation Co., LLC

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By:_____
Gregory W. Werkheiser
1201 North Market Street, P.O. Box 1347
Wilmington, Delaware 19899-1347
Counsel for Loughlin Meghji & Co., Inc.

COHEN & GRIGSBY

By: /s/ Larry K. Elliott
Larry K. Elliott
David F. Russey
11 Stanwix Street, 15th Floor
Pittsburgh, PA 15222-1319
Counsel for persons listed on Exhibit A

BURKHALTER KESSLER GOODMAN & GEORGE LLP

By:_____
Thomas G. Kelch
2020 Main Street, Suite 600
Irvine, CA 92614
Counsel for Garcell 1997 Unitrust dated 12/19/1997, Vincent J. Garcell Living Trust and Vincent J. Garcell

SIMPSON THACHER & BARTLETT LLP

By:_____
Bruce D. Angiolillo
David J. Woll
Daniel J. Paisley
425 Lexington Avenue
New York, NY 10017-3954
Counsel for Dennis Heiner, Steven R. Bentson, Peter R. O'Coin, and the Heiner Family Trust.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:_____
William P. Frank
(William.Frank@skadden.com)
Four Times Square
New York, New York 10036
(212) 735-3000
   and
Anthony W. Clark
(Anthony.Clark@skadden.com)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
Counsel for Investcorp Entity Defendants
and Investcorp Director Defendants

WHITE & CASE LLP

By:_____
J. Christopher Shore
Craig H. Averch
1155 Ave of the Americas
New York, NY 10036
(212) 819-8200
Counsel for Old Ladder Litigation Co., LLC

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By:_____
Gregory W. Werkheiser
1201 North Market Street, P.O. Box 1347
Wilmington, Delaware 19899-1347
Counsel for Loughlin Meghji & Co., Inc.

COHEN & GRIGSBY

By:_____
Larry K. Elliott
David F. Russey
11 Stanwix Street, 15th Floor
Pittsburgh, PA 15222-1319
Counsel for persons listed on Exhibit A

BURKHALTER KESSLER GOODMAN & GEORGE LLP

By: /s/ [signature]
Thomas G. Kelch
2020 Main Street, Suite 600
Irvine, CA 92614
Counsel for Garcell 1997 Unitrust dated 12/19/1997, Vincent J. Garcell Living Trust and Vincent J. Garcell

SIMPSON THACHER & BARTLETT LLP

By:_____
Bruce D. Angiolillo
David J. Woll
Daniel J. Paisley
425 Lexington Avenue
New York, NY 10017-3954
Counsel for Dennis Heiner, Steven R. Bentson, Peter R. O'Coin, and the Heiner Family Trust.

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | WHITE & CASE LLP |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ William P. Frank
William P. Frank
(William.Frank@skadden.com)
Four Times Square
New York, New York 10036
(212) 735-3000
    and
Anthony W. Clark
(Anthony.Clark@skadden.com)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
Counsel for Investcorp Entity Defendants
and Investcorp Director Defendants

WHITE & CASE LLP

By:_____
J. Christopher Shore
Craig H. Averch
1155 Ave of the Americas
New York, NY 10036
(212) 819-8200
Counsel for Old Ladder Litigation Co., LLC


MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By:_____
Gregory W. Werkheiser
1201 North Market Street, P.O. Box 1347
Wilmington, Delaware 19899-1347
Counsel for Loughlin Meghji & Co., Inc.

COHEN & GRIGSBY

By:_____
Larry K. Elliott
David F. Russey
11 Stanwix Street, 15th Floor
Pittsburgh, PA 15222-1319
Counsel for persons listed on Exhibit A


BURKHALTER KESSLER GOODMAN & GEORGE LLP

By:_____
Thomas G. Kelch
2020 Main Street, Suite 600
Irvine, CA 92614
Counsel for Garcell 1997 Unitrust dated 12/19/1997, Vincent J. Garcell Living Trust and Vincent J. Garcell

SIMPSON THACHER & BARTLETT LLP

By: /s/ Bruce D. Angiolillo
Bruce D. Angiolillo
David J. Woll
Daniel J. Paisley
425 Lexington Avenue
New York, NY 10017-3954
Counsel for Dennis Heiner, Steven R. Bentson, Peter R. O'Coin, and the Heiner Family Trust.

| | |
|---|---|
| CRAVATH, SWAINE & MOORE LLP<br>By: */s/ Richard Levin*<br>Richard Levin<br>Thomas G. Rafferty<br>Robert H. Trust<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019-7475<br>Counsel for Steven Richman and John Remmers | LEVI LUBARSKY & FEIGENBAUM LLP<br>By:_____<br>Howard B. Levi<br>1185 Avenue of the Americas, 17th Floor<br>New York, NY 10036<br>Counsel for Murray Devine & Co., Inc. |
| PEPPER HAMILTON LLP<br>By:_____<br>Kenneth J. King<br>The New York Times Building<br>620 Eighth Avenue, 37th Floor<br>New York, NY 10018-1405<br>(212) 808-2703<br>Counsel for Michael D. Brooks; David M. Conn; John J. Dylick; Christopher Filardi; Bruce B. Fisher; Larry V. Friend; Edward W. Gericke; Timothy Lewis; Neal R. Martin | NIXON PEABODY LLP<br>By:_____<br>Joshua J. Larocca<br>437 Madison Ave.<br>New York, NY 10022<br>(212) 940-3191<br>Counsel for Karen Lynn Moseska |
| KENNEDY JOHNSON GALLAGHER, LLC<br>By:_____<br>Peter Gallagher<br>99 Wall Street<br>New York, NY 10005<br>(212) 248-2230<br>Counsel for Gary L. Stewart; Stewart Charitable Remainder Unitrust (Gary Stewart, Trustee); Stewart Charitable Remainder Unitrust (Ilene Stewart, Trustee); Estate of Ilene Stewart; Suzanne Rosen; Novak Partnership (Alyce Novak, Trustee); Estate of Alyce Novak | FOLEY & LARDNER LLP<br>By:_____<br>Peter N. Wang<br>Sandra A. Chiocchi<br>90 Park Avenue<br>New York, NY 10016<br>(212) 682-7474<br>Counsel for Anne L. Werner Residuary Trust – EX (Timothy F. Burke – Trustee); Anne L. Werner Residuary Trust (Timothy F. Burke – Trustee); Edward A. Pollack; Edward A. Pollack, POA Marc L. Werner; Elizabeth W. Ackerman Trust DTD 12/18/67 (Jeffrey R. Ackerman Successor Trustee); Jeffrey R. Ackerman; Matthew W. Weiss; The Estate of Max Hanfling (Edward A. Pollack – Executor) |

| | |
|---|---|
| CRAVATH, SWAINE & MOORE LLP | LEVI LUBARSKY & FEIGENBAUM LLP |
| By:_____<br>Richard Levin<br>Thomas G. Rafferty<br>Robert H. Trust<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019-7475<br>Counsel for Steven Richman and John Remmers | By: /s/ Howard B. Levi<br>Howard B. Levi<br>1185 Avenue of the Americas, 17th Floor<br>New York, NY 10036<br>Counsel for Murray Devine & Co., Inc. |
| PEPPER HAMILTON LLP | NIXON PEABODY LLP |
| By:_____<br>Kenneth J. King<br>The New York Times Building<br>620 Eighth Avenue, 37th Floor<br>New York, NY 10018-1405<br>(212) 808-2703<br>Counsel for Michael D. Brooks; David M. Conn; John J. Dylick; Christopher Filardi; Bruce B. Fisher; Larry V. Friend; Edward W. Gericke; Timothy Lewis; Neal R. Martin | By:_____<br>Joshua J. Larocca<br>437 Madison Ave.<br>New York, NY 10022<br>(212) 940-3191<br>Counsel for Karen Lynn Moseska |
| KENNEDY JOHNSON GALLAGHER, LLC | FOLEY & LARDNER LLP |
| By:_____<br>Peter Gallagher<br>99 Wall Street<br>New York, NY 10005<br>(212) 248-2230<br>Counsel for Gary L. Stewart; Stewart Charitable Remainder Unitrust (Gary Stewart, Trustee); Stewart Charitable Remainder Unitrust (Ilene Stewart, Trustee); Estate of Ilene Stewart; Suzanne Rosen; Novak Partnership (Alyce Novak, Trustee); Estate of Alyce Novak | By:_____<br>Peter N. Wang<br>Sandra A. Chiocchi<br>90 Park Avenue<br>New York, NY 10016<br>(212) 682-7474<br>Counsel for Anne L. Werner Residuary Trust – EX (Timothy F. Burke – Trustee); Anne L. Werner Residuary Trust (Timothy F. Burke – Trustee); Edward A. Pollack; Edward A. Pollack, POA Marc L. Werner; Elizabeth W. Ackerman Trust DTD 12/18/67 (Jeffrey R. Ackerman Successor Trustee); Jeffrey R. Ackerman; Matthew W. Weiss; The Estate of Max Hanfling (Edward A. Pollack – Executor) |

CRAVATH, SWAINE & MOORE LLP

By:_____
Richard Levin
Thomas G. Rafferty
Robert H. Trust
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Counsel for Steven Richman and John Remmers

LEVI LUBARSKY & FEIGENBAUM LLP

By:_____
Howard B. Levi
1185 Avenue of the Americas, 17th Floor
New York, NY 10036
Counsel for Murray Devine & Co., Inc.

PEPPER HAMILTON LLP

By: */s/ Kenneth A. King*
Kenneth J. King
The New York Times Building
620 Eighth Avenue, 37th Floor
New York, NY 10018-1405
(212) 808-2703
Counsel for Michael D. Brooks; David M. Conn; John J. Dylick; Christopher Filardi; Bruce B. Fisher; Larry V. Friend; Edward W. Gericke; Timothy Lewis; Neal R. Martin, Lisa A. Pressler

NIXON PEABODY LLP

By:_____
Joshua J. Larocca
437 Madison Ave.
New York, NY 10022
(212) 940-3191
Counsel for Karen Lynn Moseska

KENNEDY JOHNSON GALLAGHER, LLC

By:_____
Peter Gallagher
99 Wall Street
New York, NY 10005
(212) 248-2230
Counsel for Gary L. Stewart; Stewart Charitable Remainder Unitrust (Gary Stewart, Trustee); Stewart Charitable Remainder Unitrust (Ilene Stewart, Trustee); Estate of Ilene Stewart; Suzanne Rosen; Novak Partnership (Alyce Novak, Trustee); Estate of Alyce Novak

FOLEY & LARDNER LLP

By:_____
Peter N. Wang
Sandra A. Chiocchi
90 Park Avenue
New York, NY 10016
(212) 682-7474
Counsel for Anne L. Werner Residuary Trust – EX (Timothy F. Burke – Trustee); Anne L. Werner Residuary Trust (Timothy F. Burke – Trustee); Edward A. Pollack; Edward A. Pollack, POA Marc L. Werner; Elizabeth W. Ackerman Trust DTD 12/18/67 (Jeffrey R. Ackerman Successor Trustee); Jeffrey R. Ackerman; Matthew W. Weiss; The Estate of Max Hanfling (Edward A. Pollack – Executor)

CRAVATH, SWAINE & MOORE LLP

By:_____
Richard Levin
Thomas G. Rafferty
Robert H. Trust
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Counsel for Steven Richman and John Remmers

LEVI LUBARSKY & FEIGENBAUM LLP

By:_____
Howard B. Levi
1185 Avenue of the Americas, 17th Floor
New York, NY 10036
Counsel for Murray Devine & Co., Inc.

PEPPER HAMILTON LLP

By:_____
Kenneth J. King
The New York Times Building
620 Eighth Avenue, 37th Floor
New York, NY 10018-1405
(212) 808-2703
Counsel for Michael D. Brooks; David M. Conn; John J. Dylick; Christopher Filardi; Bruce B. Fisher; Larry V. Friend; Edward W. Gericke; Timothy Lewis; Neal R. Martin

NIXON PEABODY LLP

By: /s/ Joshua J. Larocca
Joshua J. Larocca
437 Madison Ave.
New York, NY 10022
(212) 940-3191
Counsel for Karen Lynn Moseska

KENNEDY JOHNSON GALLAGHER, LLC

By:_____
Peter Gallagher
99 Wall Street
New York, NY 10005
(212) 248-2230
Counsel for Gary L. Stewart; Stewart Charitable Remainder Unitrust (Gary Stewart, Trustee); Stewart Charitable Remainder Unitrust (Ilene Stewart, Trustee); Estate of Ilene Stewart; Suzanne Rosen; Novak Partnership (Alyce Novak, Trustee); Estate of Alyce Novak

FOLEY & LARDNER LLP

By:_____
Peter N. Wang
Sandra A. Chiocchi
90 Park Avenue
New York, NY 10016
(212) 682-7474
Counsel for Anne L. Werner Residuary Trust – EX (Timothy F. Burke – Trustee); Anne L. Werner Residuary Trust (Timothy F. Burke – Trustee); Edward A. Pollack; Edward A. Pollack, POA Marc L. Werner; Elizabeth W. Ackerman Trust DTD 12/18/67 (Jeffrey R. Ackerman Successor Trustee); Jeffrey R. Ackerman; Matthew W. Weiss; The Estate of Max Hanfling (Edward A. Pollack – Executor)

CRAVATH, SWAINE & MOORE LLP

By:_____
Richard Levin
Thomas G. Rafferty
Robert H. Trust
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Counsel for Steven Richman and John Remmers

LEVI LUBARSKY & FEIGENBAUM LLP

By:_____
Howard B. Levi
1185 Avenue of the Americas, 17th Floor
New York, NY 10036
Counsel for Murray Devine & Co., Inc.

PEPPER HAMILTON LLP

By:_____
Kenneth J. King
The New York Times Building
620 Eighth Avenue, 37th Floor
New York, NY 10018-1405
(212) 808-2703
Counsel for Michael D. Brooks; David M. Conn; John J. Dylick; Christopher Filardi; Bruce B. Fisher; Larry V. Friend; Edward W. Gericke; Timothy Lewis; Neal R. Martin

NIXON PEABODY LLP

By:_____
Joshua J. Larocca
437 Madison Ave.
New York, NY 10022
(212) 940-3191
Counsel for Karen Lynn Moseska

KENNEDY JOHNSON GALLAGHER, LLC

By:_____
Peter Gallagher
99 Wall Street
New York, NY 10005
(212) 248-2230
Counsel for Gary L. Stewart; Stewart Charitable Remainder Unitrust (Gary Stewart, Trustee); Stewart Charitable Remainder Unitrust (Ilene Stewart, Trustee); Estate of Ilene Stewart; Suzanne Rosen; Novak Partnership (Alyce Novak, Trustee); Estate of Alyce Novak

FOLEY & LARDNER LLP

By:_____
Peter N. Wang
Sandra A. Chiocchi
90 Park Avenue
New York, NY 10016
(212) 682-7474
Counsel for Anne L. Werner Residuary Trust -- EX (Timothy F. Burke -- Trustee); Anne L. Werner Residuary Trust (Timothy F. Burke -- Trustee); Edward A. Pollack; Edward A. Pollack, POA Marc L. Werner; Elizabeth W. Ackerman Trust DTD 12/18/67 (Jeffrey R. Ackerman Successor Trustee); Jeffrey R. Ackerman; Matthew W. Weiss; The Estate of Max Hanfling (Edward A. Pollack -- Executor)

| | |
|---|---|
| CRAVATH, SWAINE & MOORE LLP<br><br>By:_____<br>Richard Levin<br>Thomas G. Rafferty<br>Robert H. Trust<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019-7475<br>Counsel for Steven Richman and John Remmers | LEVI LUBARSKY & FEIGENBAUM LLP<br><br>By:_____<br>Howard B. Levi<br>1185 Avenue of the Americas, 17th Floor<br>New York, NY 10036<br>Counsel for Murray Devine & Co., Inc. |
| PEPPER HAMILTON LLP<br><br>By:_____<br>Kenneth J. King<br>The New York Times Building<br>620 Eighth Avenue, 37th Floor<br>New York, NY 10018-1405<br>(212) 808-2703<br>Counsel for Michael D. Brooks; David M. Conn; John J. Dylick; Christopher Filardi; Bruce B. Fisher; Larry V. Friend; Edward W. Gericke; Timothy Lewis; Neal R. Martin | NIXON PEABODY LLP<br><br>By:_____<br>Joshua J. Larocca<br>437 Madison Ave.<br>New York, NY 10022<br>(212) 940-3191<br>Counsel for Karen Lynn Moseska |
| KENNEDY JOHNSON GALLAGHER, LLC<br><br>By:_____<br>Peter Gallagher<br>99 Wall Street<br>New York, NY 10005<br>(212) 248-2230<br>Counsel for Gary L. Stewart; Stewart Charitable Remainder Unitrust (Gary Stewart, Trustee); Stewart Charitable Remainder Unitrust (Ilene Stewart, Trustee); Estate of Ilene Stewart; Suzanne Rosen; Novak Partnership (Alyce Novak, Trustee); Estate of Alyce Novak | FOLEY & LARDNER LLP<br><br>By: /s/ Peter N. Wang<br>Peter N. Wang<br>Sandra A. Chiocchi<br>90 Park Avenue<br>New York, NY 10016<br>(212) 682-7474<br>Counsel for Anne L. Werner Residuary Trust – EX (Timothy F. Burke – Trustee); Anne L. Werner Residuary Trust (Timothy F. Burke – Trustee); Edward A. Pollack; Edward A. Pollack, POA Marc L. Werner; Elizabeth W. Ackerman Trust DTD 12/18/67 (Jeffrey R. Ackerman Successor Trustee); Jeffrey R. Ackerman; Matthew W. Weiss; The Estate of Max Hanfling (Edward A. Pollack – Executor) |

SCHIFF HARDIN LLP

By: /s/ Colleen M. Feeney
John A. Bannon
Colleen M. Feeney
Jeanne Cho
Schiff Hardin LLP
900 Third Avenue
New York, NY 10022
(212) 753-5000
Counsel for John Fuimefreddo

SCHNADER, HARRISON, SEGAL & LEWIS

By:_____
Matthew S. Tamasco
140 Broadway, Suite 3100
New York, NY 10005
(212) 973-8105
Counsel for John Thigpen

LATHAM & WATKINS LLP

By:_____
Marc W. Rappel
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Counsel for Leonard Green & Partners, L.P.;
LGP Management, Inc.; Green Equity
Investors III, L.P.; Werner Co-Investment
LLC; Peter Nolan; Michael Wong

| | |
|---|---|
| SCHIFF HARDIN LLP | SCHNADER, HARRISON, SEGAL & LEWIS |
| By:_____<br>Jeanne Cho<br>Colleen M. Feeney<br>Schiff Hardin LLP<br>900 Third Avenue<br>New York, NY 10022<br>(212) 753-5000<br>Counsel for John Fuimefreddo | By: /s/ John K. Gisleson_____<br>Matthew S. Tamasco<br>John K. Gisleson<br>140 Broadway, Suite 3100<br>New York, NY 10005<br>(212) 973-8105<br>Counsel for John Thigpen |

LATHAM & WATKINS LLP

By:_____
Marc W. Rappel
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Counsel for Leonard Green & Partners, L.P.;
LGP Management, Inc.; Green Equity
Investors III, L.P.; Werner Co-Investment
LLC; Peter Nolan; Michael Wong

SCHIFF HARDIN LLP

By:_____
Jeanne Cho
Colleen M. Feeney
Schiff Hardin LLP
900 Third Avenue
New York, NY 10022
(212) 753-5000
Counsel for John Fuimefreddo

SCHNADER, HARRISON, SEGAL & LEWIS

By:_____
Matthew S. Tamasco
140 Broadway, Suite 3100
New York, NY 10005
(212) 973-8105
Counsel for John Thigpen

LATHAM & WATKINS LLP

By: /s/ Marc Rappel
Marc W. Rappel
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Counsel for Leonard Green & Partners, L.P.;
LGP Management, Inc.; Green Equity
Investors III, L.P.; Werner Co-Investment
LLC; Peter Nolan; Michael Wong