WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200
J. Christopher Shore (JS-6031)

Attorneys for Plaintiff OLD LADDER LITIGATION CO., LLC

Fox Rothschild LLP
100 Park Avenue, 15th Fl.
New York, NY 10017
(212)-878-7900
Samantha H. Evans (SE 0728)
Anthony M. Saccullo*
*(*Seeking admission pro hac vice*)

Special Conflicts Counsel For Claims Against
Investcorp Transferee Defendants on Exhibit A

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLD LADDER LITIGATION CO., LLC, as Litigation Designee on behalf of the Liquidation Trust,<br><br>    Plaintiff,<br><br>    v.<br><br>INVESTCORP BANK B.S.C.; INVESTCORP S.A.; INVESTCORP INTERNATIONAL, INC.; INVIFIN, S.A.; INVESTCORP INVESTMENT EQUITY LIMITED; INVESTCORP HOLDINGS LIMITED; INVESTCORP WERNER HOLDINGS L.P.; STEPUP LIMITED (GENERAL PARTNER OF INVESTCORP WERNER HOLDINGS L.P.); OWNERSHIP HOLDINGS LIMITED; C.P. HOLDINGS LIMITED; SIPCO LIMITED; BALLET LIMITED; DENARY LIMITED; GLEAM LIMITED; HIGHLANDS LIMITED; NOBLE LIMITED; OUTRIGGER LIMITED; QUILL LIMITED; RADIAL LIMITED; | Case No. 08-CIV-0876 (RMB) (THK)<br><br>**NOTICE OF APPEARANCE** |

SHORELINE LIMITED; ZINNIA LIMITED; CIP LIMITED; STEP INVESTMENTS LIMITED; WL HOLDINGS LIMITED; EQUITY WERA LIMITED; CLIMBING PRODUCTS LIMITED; LADDER EQUITY LIMITED; WERNER EQUITY LIMITED; WERNER INVESTMENTS LIMITED; WERNER IIP LIMITED; ANNISVILLE LIMITED; COOPERSTOWN LIMITED; FRISCO LIMITED; PLATEA LIMITED;

CRAIG R. WERNER FAMILY LIMITED PARTNERSHIP (CRAIG WERNER – GENERAL PARTNER); ROBERT I. WERNER - IRREV. TRUST DATED 8/30/94 (RONALD WERNER – ADMINISTRATIVE TRUSTEE); RICHMOND DRIVE ENTERPRISES, L.P. (RICHARD WERNER AND LOIS WERNER – GENERAL PARTNERS); MICHAEL E. WERNER REVOCABLE TRUST, U/A/D 1/2/96 (MICHAEL WERNER – TRUSTEE); BRUCE D. WERNER – TRUST (BRUCE WERNER – TRUSTEE); ELIZABETH W. ACKERMAN TRUST DTD 12/18/67 (JEFFREY R. ACKERMAN, SUCCESSOR TRUSTEE); ERIC J. WERNER; ALLIGATOR PARTNERS, L.P. (HOWARD SOLOT AND JANET SOLOT – GENERAL PARTNERS); MICHAEL J. SOLOT; DONALD M. WERNER; RONALD E. WERNER; DENNIS G. HEINER; THE HEINER FAMILY TRUST (DENNIS HEINER AND MARGO HEINER – TRUSTEES); MINDY WERNER ALTER; ELISE W. FROST; FLORENCE J. WERNER - IRREV. TRUST DATED 10/7/94 (RONALD WERNER, MARC WERNER AND MICHAEL WERNER – TRUSTEES); GAIL RAUCH BLACKMAN; BRUCE D. WERNER FAMILY LIMITED PARTNERSHIP (BRUCE WERNER – MANAGING GENERAL PARTNER); IRA AND ELISE FROST FAMILY LIMITED PARTNERSHIP (ELISE FROST – GENERAL MANAGING PARTNER); RONI S. ROSATI; NOEL BERK-RAUCH; GERALD R. WHIPMAN; HOWARD L. SOLOT; ISABELLE N. WERNER; SOPHIA K. WERNER;

AGNES BONTE FRANCOIS; WERNER-ALTER, LLC (MINDY WERNER ALTER – MANAGER); JANET F. SOLOT; BEVERLY WERNER NEEDHAM; MARSHA BETH KARP; EDWARD A. POLLACK; EDWARD POLLACK, POA MLW; ROBERT I. WERNER; LAURA WERNER; LAURA W. WERNER REVOCABLE TRUST, U/A/D 1/2/96 (LAURA WERNER – TRUSTEE); RANKELL FAMILY TRUST (STEVEN RANKELL – TRUSTEE); STEVEN RANKELL; MARC L. WERNER; RICHMOND J. ROSATI; RYAN GREGORY ROSATI; ROSS DANIEL ROSATI; RAUCH TRUST (ALEENA SHAPIRO – TRUSTEE); PETER R. O'COIN; ELISSA SCHWARTZ; SUZANNE SCHWARTZ; JONATHAN C. WERNER GIFT TRUST U/A/D/ 11/1/96 (JEFFREY WEISMAN – TRUSTEE); STEPHANIE N. WERNER GIFT TRUST U/A/D 11/1/96 (JEFFREY WEISMAN – TRUSTEE); VINCENT J. GARCELL LIVING TRUST (VINCENT J. GARCELL & KAREN R. GARCELL, TRUSTEES); BARBARA L. WERNER; ASHLEY ELIZABETH WERNER; JEFFREY ADDISON WERNER; WERNER GC TRUST FOR ERIN (BEVERLY WERNER NEEDHAM-TRUSTEE); ERIN JOY RYAN; WERNER GC TRUST FOR SHANNON (BEVERLY WERNER NEEDHAM – TRUSTEE); SHANNON ROSE RYAN; MICHAEL E. WERNER; ALLISON TYLER KARP; FLORENCE J. WERNER; MARGOT A. WERNER GIFT TRUST U/A/D 11/1/96 (LAURA WERNER – TRUSTEE); STEWART CHARITABLE REMAINDER UNITRUST (GARY STEWART - TRUSTEE); STEWART CHARITABLE REMAINDER UNITRUST (ILENE STEWART – TRUSTEE); ROBERT A. ROSATI; JEFFREY R. ACKERMAN; LEE L. BASILOTTA; MICHEL FRANCOIS; ELLEN BERK-RAUCH; MELANIE R. WERNER; HEATHER BLACKMAN; KAREN LYNN MOSESKA; BARBARA L. WERNER; ELI BERK-RAUCH; HANNA BERK-RAUCH; CLAIRE FRANCOIS; JAMES ANDRE FRANCOIS; TAMMY H. WERNER; DONALD E. ACHENBACH;

NY1 129663v1 06/13/08

DAVID A. CARDILLO; MELISSA S. KARP; J. DAVID GOLDBLATT; JUNE GOLDBLATT; CLAUDE J. FRANCOIS; PHILLIP F. TIDY; GARY L. STEWART; RICHARD D. BONTE; VERA BONTE; MARLANE T. KRANE; DEBRA A. ROTHMAN; MARGARET E. BONTE; ANNE L. WERNER RESIDUARY TRUST (TIMOTHY F. BURKE – TRUSTEE); GARCELL 1997 UNITRUST DTD 12/19/1997; MAURICE WEINER; ANNE L. WERNER RESIDUARY TRUST – EX (TIMOTHY F. BURKE – TRUSTEE); NOVAK PARTNERSHIP, AKA A CALIFORNIA LIMITED PARTNERSHIP (ALYCE NOVAK – TRUSTEE); ALYCE NOVAK; JOSHUA J. ROTHMAN; KEVIN MATTHEW ROTHMAN; PAULA J. GRIFFITH; HENRY W. DOWLER; VINCENT A. GENIS; MATTHEW W. WEISS; STEVEN R. BENTSON; WILLIAM J. RIPPIN; DAVID C. MCGOWAN; BRAD J. GELLIS; MICHAEL E. TRZYNKA; LARRY V. FRIEND; EDWARD W. GERICKE; JOHN J. FIUMEFREDDO; MICHAEL D. BROOKS; JORDANA ROTHMAN; LINDA C. JOUBERT; ERIC A. MASON;  JASON S. KRANE; BRUCE B. FISHER; WILLIAM C. HAZLETT; NEAL R. MARTIN; DENNIS J. JOHNSON; JEREMY M. KAPLAN; RACHAEL A. KAPLAN; BETH KATZ; SUSAN MORROW; DAVID M. CONN; MARC L. WERNER - IRREVOCABLE TRUST 1 (RICHARD WERNER AND DONNA S. WERNER – TRUSTEES); THE ESTATE OF MAX HANFLING (EDWARD A. POLLACK – EXECUTOR); HERMAN H. LISS; KARRAH KAPLAN; DEBORAH ANN KAPLAN TRUST U/D 14 JANUARY 1998 (JEREMY M. KAPLAN – TRUSTEE); JUDITH LILY KAPLAN TRUST U/D 14 JANUARY 1998 (JEREMY M. KAPLAN – TRUSTEE); JULIA E. KAPLAN; NEIL D. KAPLAN; ROBERT H. PINNEY; JESSICA Z. JOUBERT; MICHAEL D. WISE; SARA P. GRAHAM; CARLY KRANE; RICHARD M. KELLY; SHIRLEY W. RAUCH TRUST (SHIRLEY RAUCH, STANLEY RAUCH, AND MARLANE KRONE – TRUSTEES); FRANCESCA

NY1 129663v1 06/13/08

GIANOGLIO BONTE; ALESSANDRA BONTE; KELLY SINON; SUZANNE ROSEN; DEBORAH KAPLAN; JUDITH KAPLAN;

VINCENT J. GARCELL; SYLVIA S. KAPLAN; BETH MORROW; ILENE STEWART; STANLEY S. RAUCH TRUST; BRUCE D. WERNER; CRAIG R. WERNER TRUST; ELIZABETH WERNER TRUST, N.C.B.; LOIS S. WERNER REVOCABLE TRUST; RICHARD L. WERNER REVOCABLE TRUST; DOROTHY M. WHIPMAN; CRAIG WERNER;

DANA SNYDER; JAMES BAKER; PETER NOLAN; CHRISTOPHER STADLER; THOMAS SULLIVAN; MICHAEL WONG; JAMES HARDYMON; JAMES EGAN; CHARLES MARQUIS; MAMOUN ASKARI; STEPHEN TEMPINI;

STEVEN RICHMAN; DONALD RESNICK; TIMOTHY LEWIS; CHRISTOPHER FILARDI; JOHN REMMERS; KEVIN WALZ; JOHN J. DYLIK; WENDY A. MEIKLE; LISA A. PRESSLER; DOUGLAS BATES; GEORGE KOERNER; JOHN THIGPEN

LEONARD GREEN & PARTNERS, L.P.; LGP MANAGEMENT INC.; GREEN EQUITY INVESTORS III, L.P.; WERNER CO–INVESTMENT LLC;

MURRAY DEVINE & CO., INC.; LOUGHLIN MEGHJI & CO., INC.; ALL DEFENDANTS IDENTIFIED ON EXHIBIT A ATTACHED HERETO; AND DOES 1 THROUGH 300, INCLUSIVE,

Defendants.

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Daniel K. Astin, Esq. of the law firm of Fox Rothschild LLP, hereby enters his appearance as special conflicts counsel for claims against Investcorp Transferee Defendants, to represent them in connection with the above-captioned

NY1 129663v1 06/13/08

proceeding (the "Proceeding").  Mr. Astin's contact information is:

> Fox Rothschild LLP
> Citizens Bank Center, Suite 1300
> 919 Market Street
> Wilmington, DE 19801
> Attn: Daniel K. Astin, Esq.
> Tel: (302) 622-4212
> Fax: (302) 656-8920
> Email: dastin@foxrothschild.com

Dated:   New York, New York
         June 13, 2008

        FOX ROTHSCHILD LLP
        Special Conflicts Counsel for Claims
        Against Investcorp Transferee Defendants

        By:  /s/ Daniel K. Astin
            Daniel K. Astin*
            Citizens Bank Center, Suite 1300
            919 Market Street
            Wilmington, DE 19801
            Tel: (302) 622-4212

        (*Seeking pro hac vice admission*)