SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
William P. Frank (William.Frank@skadden.com)
Four Times Square
New York, New York 10036
(212) 735-3000

and

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Anthony W. Clark (Anthony.Clark@skadden.com)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| OLD LADDER LITIGATION CO., LLC, as Litigation Designee on behalf of the Liquidation Trust, : : : | |
| Plaintiff, : | 08 cv 0876 (RMB)(THK) |
| vs. : : | **RULE 7.1** |
| INVESTCORP BANK B.S.C., et al., : : | **DISCLOSURE STATEMENT** |
| Defendants. : | **ELECTRONICALLY FILED** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**INVESTCORP DEFENDANTS' RULE 7.1
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the defendants identified below hereby state by and through their undersigned counsel as follows:

1. Defendant SIPCO Limited, organized under the laws of the Cayman Islands, is a subsidiary of SIPCO Holdings Limited. No publicly held corporation owns more than a 10% interest in it.

2. Defendant Ownership Holdings Limited, organized under the laws of the Cayman Islands, is a subsidiary of SIPCO Limited. No publicly held corporation owns more than a 10% interest in it.

3. Defendant C.P. Holdings Limited, organized under the laws of the Cayman Islands, is a subsidiary of Ownership Holdings Limited. No publicly held corporation owns more than a 10% interest in it.

4. Defendant Investcorp Bank B.S.C., a publicly held company organized under the laws of Bahrain, is a subsidiary of Ownership Holdings Limited. No publicly held corporation owns more than a 10% interest in it.

5. Defendant Investcorp Holdings Limited, organized under the laws of the Cayman Islands, is a subsidiary of Investcorp Bank B.S.C. No publicly held corporation other than Investcorp Bank B.S.C. owns more than a 10% interest in it.

6. Defendant Investcorp S.A., organized under the laws of Luxembourg, is a wholly owned subsidiary of Investcorp Holdings Limited. No publicly held corporation owns more than a 10% interest in it.

7. Defendant Invifin, S.A., organized under the laws of Luxembourg, is a wholly owned subsidiary of Investcorp S.A. No publicly held corporation owns more than a 10% interest in it.

8. Defendant Investcorp International, Inc., organized under the laws of the State of Delaware, is a wholly owned subsidiary of Investcorp International Holdings Inc. No publicly held corporation owns more than a 10% interest in it.

9. Defendant Investcorp Investment Equity Limited, organized under the laws of the Cayman Islands, is a wholly owned subsidiary of Investcorp Investment Holdings Limited. No publicly held corporation owns more than a 10% interest in it.

10. Defendant Investcorp Werner Holdings L.P., organized under the laws of the Cayman Islands, is a subsidiary of Investcorp Investment Holdings Limited. No publicly held corporation owns more than a 10% interest in it.

11. Defendant StepUp Limited, organized under the laws of the Cayman Islands, is a wholly owned subsidiary of Investcorp Investment Holdings Limited. No publicly held corporation owns more than a 10% interest in it.

12. Defendant CIP Limited, organized under the laws of the Cayman Islands, has no parent corporation and no publicly held corporation owns more than a 10% interest in it.

13. Defendant Ballet Limited, organized under the laws of the Cayman Islands, has no parent corporation and no publicly held corporation owns more than a 10% interest in it.

14. Defendant Denary Limited, organized under the laws of the Cayman Islands, has no parent corporation and no publicly held corporation owns more than a 10% interest in it.

15. Defendant Gleam Limited, organized under the laws of the Cayman Islands, has no parent corporation and no publicly held corporation owns more than a 10% interest in it.

16. Defendant Highlands Limited, organized under the laws of the Cayman Islands, has no parent corporation and no publicly held corporation owns more than a 10% interest in it.

17. Defendant Noble Limited, organized under the laws of the Cayman Islands, has no parent corporation and no publicly held corporation owns more than a 10% interest in it.

18. Defendant Outrigger Limited, organized under the laws of the Cayman Islands, has no parent corporation and no publicly held corporation owns more than a 10% interest in it.

19. Defendant Quill Limited, organized under the laws of the Cayman Islands, has no parent corporation and no publicly held corporation owns more than a 10% interest in it.

20. Defendant Radial Limited, organized under the laws of the Cayman Islands, has no parent corporation and no publicly held corporation owns more than a 10% interest in it.

21. Defendant Shoreline Limited, organized under the laws of the Cayman Islands, has no parent corporation and no publicly held corporation owns more than a 10% interest in it.

22. Defendant Zinnia Limited, organized under the laws of the Cayman Islands, has no parent corporation and no publicly held corporation owns more than a 10% interest in it.

23. Defendant Step Investments Limited, organized under the laws of the Cayman Islands, has no parent corporation and no publicly held corporation owns more than a 10% interest in it.

24. Defendant WL Holdings Limited, organized under the laws of the Cayman Islands, has no parent corporation and no publicly held corporation owns more than a 10% interest in it.

25. Defendant Equity WERA Limited, organized under the laws of the Cayman Islands, has no parent corporation and no publicly held corporation owns more than a 10% interest in it.

26. Defendant Climbing Products Limited, organized under the laws of the Cayman Islands, has no parent corporation and no publicly held corporation owns more than a 10% interest in it.

27. Defendant Ladder Equity Limited, organized under the laws of the Cayman Islands, has no parent corporation and no publicly held corporation owns more than a 10% interest in it.

28. Defendant Werner Equity Limited, organized under the laws of the Cayman Islands, has no parent corporation and no publicly held corporation owns more than a 10% interest in it.

29. Defendant Werner Investments Limited, organized under the laws of the Cayman Islands, has no parent corporation and no publicly held corporation owns more than a 10% interest in it.

30. Defendant Werner IIP Limited, organized under the laws of the Cayman Islands, has no parent corporation and no publicly held corporation owns more than a 10% interest in it.

31. Defendant Annisville Limited, organized under the laws of the Cayman Islands, is a wholly owned subsidiary of Acquisition Capital Limited. No publicly held corporation owns more than a 10% interest in it.

32. Defendant Cooperstown Limited, organized under the laws of the Cayman Islands, is a wholly owned subsidiary of Corporate Capital Limited. No publicly held corporation owns more than a 10% interest in it.

33. Defendant Frisco Limited, organized under the laws of the Cayman Islands, is a wholly owned subsidiary of Funding Capital Limited. No publicly held corporation owns more than a 10% interest in it.

34. Defendant Platea Limited, organized under the laws of the Cayman Islands, is a wholly owned subsidiary of Planning Capital Limited. No publicly held corporation owns more than a 10% interest in it.

Dated: New York, New York
June 13, 2008

/s/ William P. Frank
William P. Frank (William.Frank@skadden.com)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

and

Anthony W. Clark (Anthony.Clark@skadden.com)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000

Attorneys for Investcorp Entity Defendants
and Investcorp Director Defendants