

White & Case LLP
1155 Avenue of the Americas
New York, New York 10036-2787

Tel + 1 212 819 8200
Fax + 1 212 354 8113
www.whitecase.com

Direct Dial + 212.819.8394    cshore@whitecase.com

July 1, 2008

VIA HAND DELIVERY

The Honorable Richard M. Berman
United States District Court Judge
500 Pearl Street, Room 650
New York, NY 10007-1312

Re:  *Old Ladder Litigation Co., LLC v. Investcorp Bank B.S.C., et al.*,
     Case No. 08 CV 0876 (RMB)

Dear Judge Berman:

We write on behalf of Old Ladder Litigation Co. LLC ("Old Ladder"), the plaintiff in the above-action. On June 2, 2008, the defendants filed their motions to transfer venue and dismiss claims and Defendants. Pursuant to the Court's rulings at the April 21, 2008 conference, Old Ladder's brief in opposition to the motions is due on July 8, 2008. We have worked diligently over the past several weeks to attempt to respond to the motions within the Court's normal 25 page limit. However, given the large number of challenges presented to the Complaint (including venue, personal jurisdiction, subject matter jurisdiction, and various 12(b)(6) arguments), Old Ladder respectfully requests leave to file an opposition brief with the same 35-page limit established for Defendants.

We thank the Court for its consideration of the foregoing.

Sincerely,

J. Christopher Shore

cc: To the Attached Distribution List

Application granted

SO ORDERED:
Date: 7/2/08
Richard M. Berman, U.S.D.J.

ABU DHABI  ALMATY  ANKARA  BANGKOK  BEIJING  BERLIN  BRATISLAVA  BRUSSELS  BUCHAREST  BUDAPEST  DRESDEN  DÜSSELDORF
FRANKFURT  HAMBURG  HELSINKI  HONG KONG  ISTANBUL  JOHANNESBURG  LONDON  LOS ANGELES  MEXICO CITY  MIAMI  MILAN  MOSCOW
MUNICH  NEW YORK  PALO ALTO  PARIS  PRAGUE  RIYADH  SÃO PAULO  SHANGHAI  SINGAPORE  STOCKHOLM  TOKYO  WARSAW  WASHINGTON, DC

LOSANGELES 765152 (2K)