**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

OLD LADDER LITIGATION CO., LLC,                  :

                                    Plaintiff    :        08 Civ. 0876 (RMB) (THK)

                                                 :

            - against -                          :

                                                 :        **ORDER OF DISCONTINUANCE**

INVESTCORP BANK B.S.C., et al.,                  :

                                                 :

                                    Defendants.  :

---------------------------------------------------------------------x

Based upon the Court's Order, dated June 3, 2008, dismissing Defendant National City Bank "from this action without prejudice," and the parties' letter, dated July 7, 2008, requesting that "the Court dismiss [Elliot J. Blumenthal] and Buchanan Ingersoll & Rooney PC from the above-referenced action," it is hereby

**ORDERED**, that the Clerk is respectfully directed to dismiss Defendant National City Bank and it's counsel, Elliot J. Blumenthal and Buchanan Ingersoll & Rooney PC, from the above-entitled action, which shall remain open as to the other remaining Defendants.

**SO ORDERED**.

Dated: New York, New York
       July 14, 2008

                                                        *RMB*

                                            _____
                                            **Richard M. Berman, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08

1