**MEMO ENDORSED**

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DELAWARE 19899-0636

TEL: (302) 651-3000
FAX: (302) 651-3001
www.skadden.com

DIRECT DIAL
(302) 651-3080
DIRECT FAX
(888) 329-3081
EMAIL ADDRESS
ANTHONY.CLARK@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

*Application Granted*

**SO ORDERED**
Date: 7/28/08
Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/2008

July 25, 2008

RECEIVED
JUL 25 2008
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

**BY HAND DELIVERY**

The Honorable Richard M. Berman
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street, Room 650
New York, NY 10007-1312

RE: Old Ladder Litigation Co., LLC v. Investcorp Bank
B.S.C., et al., Case No. 08 CV 0876 (RMB)(THK)

Dear Judge Berman:

The reply brief in support of defendants' joint motions to transfer venue and dismiss is due this coming Tuesday, July 29, 2008. Defense counsel are working diligently to prepare a single brief and to keep it as concise as possible and within the Court's normal 10 page limit. However, given the large number of issues to be addressed in responding to plaintiff's 35 page opposition brief, we respectfully request leave to file a reply brief not to exceed 12 pages. We appreciate the Court's consideration of this request.

Respectfully,

Anthony W. Clark

cc: Counsel on attached list (by email)

535154-Wilmington Server 1A - MSW