# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DELAWARE 19899-0636

TEL: (302) 651-3000
FAX: (302) 651-3001
www.skadden.com

DIRECT DIAL
(302) 651-3080
DIRECT FAX
(888) 329-3081
EMAIL ADDRESS
ANTHONY.CLARK@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA



*Thanks. We'll call you.*

July 30, 2008

SO ORDERED
Date: 7/30/08
Richard M. Berman, U.S.D.J.

7/31/08

**BY HAND DELIVERY**

The Honorable Richard M. Berman
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street, Room 650
New York, NY 10007-1312

RECEIVED
JUL 30 2008
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

        RE:    Old Ladder Litigation Co., LLC v. Investcorp Bank
                  B.S.C., et al., Case No. 08 CV 0876 (RMB)(THK)

Dear Judge Berman:

        As previously discussed with Your Honor at the April 21, 2008 status conference when the briefing schedule was set on the defendants' joint motions to transfer venue and to dismiss the amended complaint, we respectfully request that the Court schedule oral argument thereon, as the briefing now has been completed.

                            Respectfully,

                            Anthony W. Clark/ESO
                            Anthony W. Clark

cc:    Counsel on attached list (by email)