William F. Costigan, Esquire
DORNBUSH SCHAEFFER STRONGIN & VENAGLIA, LLP
747 Third Avenue
New York, N.Y. 10017
Tel. No.: (212) 759-3300

Dimitri L. Karapelou, Esquire
CIARDI CIARDI & ASTIN, P.C.
One Commerce Square, Suite 1930
2005 Market Street
Philadelphia, PA 19103
Tel. No. (215) 557-3550

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLD LADDER LITIGATION CO., LLC. As Litigation Designee on behalf of the Liquidation Trust, | Case No. 08-cv-0876 (RMB) (THK) |
| Plaintiff, | |
| -against- | |
| INVESTCORP BANK B.S.C., et al. | |
| Defendants. | |

### STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL

IT IS STIPULATED AND AGREED that, pursuant to Local Civil Rule 1.4, the law firm of Fox Rothschild, LLP withdraws as Special Conflicts Counsel for Claims Against Investcorp Transferee Defendants on Exhibit A to First Amended Complaint and the law firms of Dornbush Schaeffer Strongin & Venaglia and Ciardi Ciardi & Astin, P.C. shall appear as Special Conflicts Counsel for Claims Against Investcorp Transferee Defendants on Exhibit A to First Amended Complaint instead.

Dated: August 18, 2008

By: /s/ William F. Costigan

DORNBUSH SCHAEFFER STRONGIN & VENAGLIA, LLP
William F. Costigan, Esquire
747 Third Avenue
New York, N.Y. 10017
Tel.: (212) 759-3300
Fax: (212) 753-7673
Email: costigan@dssvlaw.com

*Successor Special Conflicts Counsel for Claims Against Investcorp Transferee Defendants on Exhibit A to First Amended Complaint*


By: /s/ Dimitri L. Karapelou

CIARDI CIARDI & ASTIN, P.C.
Dimitri L. Karapelou, Esquire
One Commerce Square, Suite 1930
2005 Market Street
Philadelphia, PA 19103
Tel.: (215) 557-3550
Fax: (215) 557-3551
Email: dkarapelou@ciardilaw.com

*Successor Special Conflicts Counsel for Claims Against Investcorp Transferee Defendants on Exhibit A to First Amended Complaint*

FOX ROTHSCHILD LLP

By: _____
Fred Stevens
100 Park Avenue, Suite 1500
New York, NY 10017
Tel.:  (212) 878-7900
Fax:  (212) 692-0940
Email:  fstevens@foxrothschild.com

*Departing Special Conflicts Counsel for Claims Against Investcorp Transferee Defendants on Exhibit A to First Amended Complaint*

SO ORDERED:

_____
The Honorable Richard M. Berman
United States District Judge