UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLD LADDER LITIGATION CO., LLC, as Litigation Designee on behalf of the Liquidation Trust,<br><br>        Plaintiff,<br><br>        v.<br><br>INVESTCORP BANK B.S.C.; INVESTCORP S.A.; INVESTCORP INTERNATIONAL, INC.; INVIFIN, S.A.; INVESTCORP INVESTMENT EQUITY LIMITED; INVESTCORP HOLDINGS LIMITED; INVESTCORP WERNER HOLDINGS L.P.; STEPUP LIMITED (GENERAL PARTNER OF INVESTCORP WERNER HOLDINGS L.P.); OWNERSHIP HOLDINGS LIMITED; C.P. HOLDINGS LIMITED; SIPCO LIMITED; BALLET LIMITED; DENARY LIMITED; GLEAM LIMITED; HIGHLANDS LIMITED; NOBLE LIMITED; OUTRIGGER LIMITED; QUILL LIMITED; RADIAL LIMITED; SHORELINE LIMITED; ZINNIA LIMITED; CIP LIMITED; STEP INVESTMENTS LIMITED; WL HOLDINGS LIMITED; EQUITY WERA LIMITED; CLIMBING PRODUCTS LIMITED; LADDER EQUITY LIMITED; WERNER EQUITY LIMITED; WERNER INVESTMENTS LIMITED; WERNER IIP LIMITED; ANNISVILLE LIMITED; COOPERSTOWN LIMITED; FRISCO LIMITED; PLATEA LIMITED;<br><br>CRAIG R. WERNER FAMILY LIMITED PARTNERSHIP (CRAIG WERNER – GENERAL PARTNER); ROBERT I. WERNER - IRREV. TRUST DATED 8/30/94 (RONALD WERNER – ADMINISTRATIVE TRUSTEE); RICHMOND DRIVE ENTERPRISES, L.P. (RICHARD WERNER AND LOIS WERNER – GENERAL PARTNERS); MICHAEL E. WERNER REVOCABLE | Case No. 08 CV 0876 (RMB)(THK)<br><br><br>**AFFIDAVIT OF SERVICE** |

TRUST, U/A/D 1/2/96 (MICHAEL WERNER – TRUSTEE); BRUCE D. WERNER – TRUST (BRUCE WERNER – TRUSTEE); ELIZABETH W. ACKERMAN TRUST DTD 12/18/67 (JEFFREY R. ACKERMAN, SUCCESSOR TRUSTEE); ERIC J. WERNER; ALLIGATOR PARTNERS, L.P. (HOWARD SOLOT AND JANET SOLOT – GENERAL PARTNERS); MICHAEL J. SOLOT; DONALD M. WERNER; RONALD E. WERNER; DENNIS G. HEINER; THE HEINER FAMILY TRUST (DENNIS HEINER AND MARGO HEINER – TRUSTEES); MINDY WERNER ALTER; ELISE W. FROST; FLORENCE J. WERNER - IRREV. TRUST DATED 10/7/94 (RONALD WERNER, MARC WERNER AND MICHAEL WERNER – TRUSTEES); GAIL RAUCH BLACKMAN; BRUCE D. WERNER FAMILY LIMITED PARTNERSHIP (BRUCE WERNER – MANAGING GENERAL PARTNER); IRA AND ELISE FROST FAMILY LIMITED PARTNERSHIP (ELISE FROST – GENERAL MANAGING PARTNER); RONI S. ROSATI; NOEL BERK-RAUCH; GERALD R. WHIPMAN; HOWARD L. SOLOT; ISABELLE N. WERNER; SOPHIA K. WERNER; AGNES BONTE FRANCOIS; WERNER-ALTER, LLC (MINDY WERNER ALTER – MANAGER); JANET F. SOLOT; BEVERLY WERNER NEEDHAM; MARSHA BETH KARP; EDWARD A. POLLACK; EDWARD POLLACK, POA MLW; ROBERT I. WERNER; LAURA WERNER; LAURA W. WERNER REVOCABLE TRUST, U/A/D 1/2/96 (LAURA WERNER – TRUSTEE); RANKELL FAMILY TRUST (STEVEN RANKELL – TRUSTEE); STEVEN RANKELL; MARC L. WERNER; RICHMOND J. ROSATI; RYAN GREGORY ROSATI; ROSS DANIEL ROSATI; RAUCH TRUST (ALEENA SHAPIRO – TRUSTEE); PETER R. O'COIN; ELISSA SCHWARTZ; SUZANNE SCHWARTZ; JONATHAN C. WERNER GIFT TRUST U/A/D/ 11/1/96 (JEFFREY WEISMAN – TRUSTEE);

STEPHANIE N. WERNER GIFT TRUST U/A/D 11/1/96 (JEFFREY WEISMAN – TRUSTEE); VINCENT J. GARCELL LIVING TRUST (VINCENT J. GARCELL & KAREN R. GARCELL, TRUSTEES); BARBARA L. WERNER; ASHLEY ELIZABETH WERNER; JEFFREY ADDISON WERNER; WERNER GC TRUST FOR ERIN (BEVERLY WERNER NEEDHAM– TRUSTEE); ERIN JOY RYAN; WERNER GC TRUST FOR SHANNON (BEVERLY WERNER NEEDHAM – TRUSTEE); SHANNON ROSE RYAN; MICHAEL E. WERNER; ALLISON TYLER KARP; FLORENCE J. WERNER; MARGOT A. WERNER GIFT TRUST U/A/D 11/1/96 (LAURA WERNER – TRUSTEE); STEWART CHARITABLE REMAINDER UNITRUST (GARY STEWART - TRUSTEE); STEWART CHARITABLE REMAINDER UNITRUST (ILENE STEWART – TRUSTEE); ROBERT A. ROSATI; JEFFREY R. ACKERMAN; LEE L. BASILOTTA; MICHEL FRANCOIS; ELLEN BERK-RAUCH; MELANIE R. WERNER; HEATHER BLACKMAN; KAREN LYNN MOSESKA; BARBARA L. WERNER; ELI BERK-RAUCH; HANNA BERK-RAUCH; CLAIRE FRANCOIS; JAMES ANDRE FRANCOIS; TAMMY H. WERNER; DONALD E. ACHENBACH; DAVID A. CARDILLO; MELISSA S. KARP; J. DAVID GOLDBLATT; JUNE GOLDBLATT; CLAUDE J. FRANCOIS; PHILLIP F. TIDY; GARY L. STEWART; RICHARD D. BONTE; VERA BONTE; MARLANE T. KRANE; DEBRA A. ROTHMAN; MARGARET E. BONTE; ANNE L. WERNER RESIDUARY TRUST (TIMOTHY F. BURKE – TRUSTEE); GARCELL 1997 UNITRUST DTD 12/19/1997; MAURICE WEINER; ANNE L. WERNER RESIDUARY TRUST – EX (TIMOTHY F. BURKE – TRUSTEE); NOVAK PARTNERSHIP, AKA A CALIFORNIA LIMITED PARTNERSHIP (ALYCE NOVAK – TRUSTEE); ALYCE NOVAK; JOSHUA J. ROTHMAN; KEVIN MATTHEW ROTHMAN; PAULA J. GRIFFITH; HENRY W. DOWLER; VINCENT A.

GENIS; MATTHEW W. WEISS; STEVEN R. BENTSON; WILLIAM J. RIPPIN; DAVID C. MCGOWAN; BRAD J. GELLIS; MICHAEL E. TRZYNKA; LARRY V. FRIEND; EDWARD W. GERICKE; JOHN J. FIUMEFREDDO; MICHAEL D. BROOKS; JORDANA ROTHMAN; LINDA C. JOUBERT; ERIC A. MASON; JASON S. KRANE; BRUCE B. FISHER; WILLIAM C. HAZLETT; NEAL R. MARTIN; DENNIS J. JOHNSON; JEREMY M. KAPLAN; RACHAEL A. KAPLAN; BETH KATZ; SUSAN MORROW; DAVID M. CONN; MARC L. WERNER - IRREVOCABLE TRUST 1 (RICHARD WERNER AND DONNA S. WERNER – TRUSTEES); THE ESTATE OF MAX HANFLING (EDWARD A. POLLACK – EXECUTOR); HERMAN H. LISS; KARRAH KAPLAN; DEBORAH ANN KAPLAN TRUST U/D 14 JANUARY 1998 (JEREMY M. KAPLAN – TRUSTEE); JUDITH LILY KAPLAN TRUST U/D 14 JANUARY 1998 (JEREMY M. KAPLAN – TRUSTEE); JULIA E. KAPLAN; NEIL D. KAPLAN; ROBERT H. PINNEY; JESSICA Z. JOUBERT; MICHAEL D. WISE; SARA P. GRAHAM; CARLY KRANE; RICHARD M. KELLY; SHIRLEY W. RAUCH TRUST (SHIRLEY RAUCH, STANLEY RAUCH, AND MARLANE KRONE – TRUSTEES); FRANCESCA GIANOGLIO BONTE; ALESSANDRA BONTE; KELLY SINON; SUZANNE ROSEN; DEBORAH KAPLAN; JUDITH KAPLAN;

VINCENT J. GARCELL; SYLVIA S. KAPLAN; BETH MORROW; ILENE STEWART; STANLEY S. RAUCH TRUST; BRUCE D. WERNER; CRAIG R. WERNER TRUST; ELIZABETH WERNER TRUST, N.C.B.; LOIS S. WERNER REVOCABLE TRUST; RICHARD L. WERNER REVOCABLE TRUST; DOROTHY M. WHIPMAN; CRAIG WERNER;

DANA SNYDER; JAMES BAKER; PETER NOLAN; CHRISTOPHER STADLER; THOMAS SULLIVAN;

MICHAEL WONG; JAMES HARDYMON; JAMES EGAN; CHARLES MARQUIS; MAMOUN ASKARI; STEPHEN TEMPINI;

STEVEN RICHMAN; DONALD RESNICK; TIMOTHY LEWIS; CHRISTOPHER FILARDI; JOHN REMMERS; KEVIN WALZ; JOHN J. DYLIK; WENDY A. MEIKLE; LISA A. PRESSLER; DOUGLAS BATES; GEORGE KOERNER; JOHN THIGPEN

LEONARD GREEN & PARTNERS, L.P.; LGP MANAGEMENT INC.; GREEN EQUITY INVESTORS III, L.P.; WERNER CO–INVESTMENT LLC;

MURRAY DEVINE & CO., INC.; LOUGHLIN MEGHJI & CO., INC.; ALL DEFENDANTS IDENTIFIED ON EXHIBIT A ATTACHED HERETO; AND DOES 1 THROUGH 300, INCLUSIVE,

Defendants.

STATE OF CALIFORNIA   )
                      ) s.s.:
COUNTY OF LOS ANGELES )

   Doah Kim, being duly sworn, deposes and states that she resides in Los Angeles, CA; that she is over the age of twenty-one years and that she is not a party to this proceeding.

   On the 18th day of August, 2008, the deponent served by First Class Mail: 1) the **FIRST-AMENDED COMPLAINT**; 2) **RULE 7.1 STATEMENT**; 3) **SUMMONS IN A CIVIL ACTION**; 4) **CIVIL COVER SHEET**; 5) **INDIVIDUAL PRACTICES OF HON. RICHARD M. BERMAN**; 6) **INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE THEODORE H. KATZ**; and 7) **GUIDELINES OF ELECTRONIC CASE FILING**, upon the following parties listed in Exhibit A, by depositing a true copy thereof, enclosed in a prepaid

properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of California.

_____
Doah Kim

Sworn to before me this
19th day of August, 2008

_____
Notary Public State of California

> HECTOR CORDOVA
> Commission # 1670463
> Notary Public - California
> Los Angeles County
> My Comm. Expires Jun 24, 2010

# OLD LADDER LITIGATION CO., LLC
### v.
# INVESTCORP BANK B.S.C., INC. *et al.*

**EXHIBIT A**

## Investcorp Transferee Defendants

|     | NAME | STREET ADDRESS | CITY | STATE OR COUNTRY | ZIP CODE |
| --- | --- | --- | --- | --- | --- |
| 1. | AA & B International Ventures Ltd. | c/o Quadris Ltd. Nuschelerstrasse 24 P.O. Box 2711 | Zurich | Switzerland | 8022 |
| 2. | Abdul Aziz H. Al-Khonaini | P.O. Box 30 | Jubail | Kingdom of Saudi Arabia | 31951 |
| 3. | Abdul Kader Mohamed Al Fadl | P.O. Box 82 | Jeddah | Kingdom of Saudi Arabia | 21411 |
| 4. | Abdul Rahim Richeh & Amal AlKhas | P.O. Box 378 | Jeddah | Kingdom of Saudi Arabia | 21411 |
| 5. | Abdulaziz Al Fahad | P.O. Box 15870 | Riyadh | Kingdom of Saudi Arabia | 11454 |
| 6. | Abdulaziz Al Omran | P.O. Box 4571 | Al Khobar | Kingdom of Saudi Arabia | 31952 |
| 7. | Abdulaziz Ali Al-Showaier | P.O. Box 7575 | Riyadh | Kingdom Saudi Arabia | 11472 |
| 8. | Abdulaziz M. Al Abdulkader | P.O. Box 2468 | Riyadh | Kingdom of Saudi Arabia | 11451 |
| 9. | Abdulla Ahmed Al Moosa | P.O. Box 2622 | Dubai | United Arab Emirates | |
| 10. | Abdulla Moosa Abdul Rahman | P.O. Box 4 | Muscat | Sultanate of Oman | 113 |
| 11. | Abdulla Nasser Hawaileel Al Nasser Holdings | P.O. Box 46611 Abdulla Nasser Building Al Salam Street | Abu Dhabi | United Arab Emirates | |
| 12. | Abdullah Al Ali Al Nuaim | P.O. Box 5862 | Riyadh | Kingdom of Saudi Arabia | 11432 |
| 13. | Abdullah I. Al Baijan | P.O. Box 2115 | Dammam | Kingdom of Saudi Arabia | 31451 |
| 14. | Abdullah Ibrahim Al Hudaithi | P.O. Box 52561 | Riyadh | Kingdom of Saudi Arabia | 11573 |
| 15. | Abdullah Mohamed Alireza | P.O. Box 1555 Alireza Tower, Medina Road | Jeddah | Kingdom of Saudi Arabia | 21441 |
| 16. | Abdullah Mohammed A. Alhugail | P.O. Box 1327 | Riyadh | Kingdom of Saudi Arabia | 11431 |
| 17. | Abdullatif Abdulrahim Abdulla Janahi | P.O. Box 22230 | Manama | Kingdom of Bahrain | |
| 18. | Abdulrahman & Abdullah A. Bashraheel | P.O. Box 7478 Bashraheel Building | Jeddah | Kingdom of Saudi Arabia | 21462 |
| 19. | Abdulrahman Hasan Sharbatly | P.O. Box 359 | Jeddah | Kingdom of Saudi Arabia | 21411 |
| 20. | Abdulrahman Saif Al Ghurair | P.O. Box 1 | Dubai | United Arab Emirates | |
| 21. | Abdulrehman Amin Mansouri | P.O. Box 121 | Jeddah | Kingdom of Saudi Arabia | 21411 |
| 22. | Adel Jabbour | 3, avenue Foch | Paris | France | 75116 |
| 23. | Adel Mashour Ali Al Harithy | P.O. Box 10161 | Jeddah | Kingdom of Saudi Arabia | 21433 |

| | NAME | STREET ADDRESS | CITY | STATE OR COUNTRY | ZIP CODE |
|---|---|---|---|---|---|
| 24. | Ahmed Abdullah AlSulaiman | P.O. Box 5490 | Jeddah | Kingdom of Saudi Arabia | 21422 |
| 25. | Ahmed Mansoor Danhash | Hunters Lodge 2 Oxshott Rise | Cobham, Surrey | United Kingdom | KT11 2RN |
| 26. | Ajit, Asha, Darmesh and Umesh Khimji | P.O. Box 144 | Muscat | Sultanate of Oman | 113 |
| 27. | Akil S. Ba`Kil | P.O. Box 13163 | Jeddah | Kingdom of Saudi Arabia | 21493 |
| 28. | Al Abdulla Jewellery Traders | Gold Souq (New) Flat 51 - 57 P.O. Box 1522 | Dubai | United Arab Emirates | |
| 29. | Al Ahleia Insurance Company SAK | P.O. Box 1602 | Safat | Kuwait | 13017 |
| 30. | Al Touq SA | P.O. Box 27483 Al Rabwa`h | Riyadh | Kingdom of Saudi Arabia | 11417 |
| 31. | Al Zayani Investments | P.O. Box 5553 | Manama | Kingdom of Bahrain | |
| 32. | Al-Ahli Commercial Bank BSC | 126 Government Avenue P.O. Box 5941 | Manama | Kingdom of Bahrain | |
| 33. | Ali & Emad Tifouni | Mahmood & Ahmed Ali Tifouni Co P.O. Box 2348 | Safat | Kuwait | 13024 |
| 34. | Ali Moosa Abdul Rahman | P.O. Box 4 | Muscat | Sultanate of Oman | 113 |
| 35. | Ali S.S. Al Shenifi | P.O. Box 10477 | Riyadh | Kingdom of Saudi Arabia | 11433 |
| 36. | Ali, Ghassan, Maha Murad and Moza Fakhro | P.O. Box 294 | Manama | Kingdom of Bahrain | |
| 37. | Almahd Investment Company | B.T.C. Building, 7th floor P.O. Box 10888 | Manama | Kingdom of Bahrain | |
| 38. | Alsaghyir Trading & Contracting Co. Ltd. | P.O. Box 29934 | Riyadh | Kingdom of Saudi Arabia | 11467 |
| 39. | Alyaziah Trust Reg. | c/o Credit Suisse Trust P.O. Box 550 | 1211 Geneva 70 | Switzerland | |
| 40. | Amirra Investments Limited | c/o Shaikh Mohammed Abduljawad P.O. Box 139 | Jeddah | Kingdom of Saudi Arabia | 21411 |
| 41. | Anwar H. Al-Mutairi | P.O. Box 1003 | Al Khobar | Kingdom of Saudi Arabia | 31952 |
| 42. | Arena International Limited | c/o Mr. Marwan Hayek Investcorp Bank PO Box 5340 | Manama | Kingdom of Bahrain | |
| 43. | Assafa Limited | P.O. Box 9925 | Jeddah | Kingdom of Saudi Arabia | 21423 |
| 44. | Azur Investments Ltd. | c/o Investcorp Bank B.S.C. P.O. Box 5340 | Manama | Kingdom of Bahrain | |
| 45. | Bahrain Development Establishment | P.O. Box 10029 Diplomatic Area | Manama | Kingdom of Bahrain | |
| 46. | Bahrain National Holding Company | P.O. Box 843 Suite 310, City Centre 203 Govt. Avenue | Manama 304 | Kingdom of Bahrain | |

|     | NAME | STREET ADDRESS | CITY | STATE OR COUNTRY | ZIP CODE |
| --- | --- | --- | --- | --- | --- |
| 47. | BASHCO Trading | P.O. Box 70015<br>Eisa Al Khaily Family Building<br>Office 102, 1st Floor<br>Salam Street | Abu Dhabi | United Arab Emirates | |
| 48. | BEX S.A.L. | P.O. Box 11-3274 | Beirut | Lebanon | |
| 49. | Bin Hamoodah Company | P.O. Box 203 | Abu Dhabi | United Arab Emirates | |
| 50. | Birdie Investments Limited | PO Box 38600 | Riffa | Kingdom of Bahrain | |
| 51. | Black Horse Limited | P.O. Box 18495 | Jeddah | Kingdom of Saudi Arabia | 21415 |
| 52. | Cassava Ltd. | c/o Merrill Lynch Bank & Trust Co. (Cayman) Limited<br>Belgravia House<br>Circular Road | Douglas | Isle of Man, U.K. | IM1 1QW |
| 53. | Christian Jabbour | 3, Avenue Foch | Paris | France | 75116 |
| 54. | Cornella Limited | P.O. Box 8680 | Jeddah | Kingdom of Saudi Arabia | 21492 |
| 55. | Dawood Abdulaziz Al Shirian | P.O. Box 69503 | Riyadh | Kingdom of Saudi Arabia | 11547 |
| 56. | Deema | P.O. Box 20663 | Manama | Kingdom of Bahrain | |
| 57. | Deepmala Investments Inc. | P.O. Box 8476<br>Almaya Lal`s Group of Companies<br>Airport Road<br>Deira | Dubai | United Arab Emirates | |
| 58. | Dinavia Limited | c/o Ernst & Young<br>P.O. Box 621<br>Le Gallais Chambers<br>54 Bath Street | St Helier, Jersey | Channel Islands | JE4 8YD |
| 59. | Duchess Investments Limited | c/o Mount Asset Management Ltd<br>49 Mount Street | London | United Kingdom | W1K 2SD |
| 60. | Easa Saleh Al Gurg | P.O. Box 325 | Dubai | United Arab Emirates | |
| 61. | Energy Consulting Services Ltd. | c/o Mr. Rami A. Al-Naimi<br>Al Moosa Tower 1<br>Suite 1403<br>P.O. Box 25238 | Dubai | United Arab Emirates | |
| 62. | Epping | Directorate of Investment<br>Ministry of Finance & National Economy<br>PO Box 333 | Manama | Kingdom of Bahrain | |
| 63. | Essam Ahmed Jawad Alamdar | P.O. Box 3181 | Riyadh | Kingdom of Saudi Arabia | 11471 |
| 64. | Fadi Georges Antonios | P.O. Box 2403 | Abu Dhabi | United Arab Emirates | |
| 65. | Faisal Abdulla Fouad Abubshait | c/o Mr. Mohammed Yousif Bubshait | Manama | Kingdom of Bahrain | |

Case 1:08-cv-00876-RMB-THK   Document 132   Filed 08/19/2008   Page 10 of 16

| | NAME | STREET ADDRESS | CITY | STATE OR COUNTRY | ZIP CODE |
|---|---|---|---|---|---|
| | | P.O. Box 5454 | | | |
| 66. | Fatima Ali Al Rashid | P.O. Box 2468 | Riyadh | Kingdom of Saudi Arabia | 11451 |
| 67. | Fatmah A. Al-Sulaiman | P.O. Box 2337 | Jeddah | Kingdom of Saudi Arabia | 21451 |
| 68. | Fawzi A. Al-Nahdi & Huda S. Bin Rubb`a | P.O. Box 1425 | Jeddah | Kingdom of Saudi Arabia | 21431 |
| 69. | Fayez Ibbini | P.O. Box 45384 | Abu Dhabi | United Arab Emirates | |
| 70. | Fielding Holdings Limited | P.O. Box 141<br>La Tonnelle House<br>Les Banques<br>St. Sampson | Guernsey | Channel Islands, U.K. | GY1 3HS |
| 71. | Fouad A. Bahrawi | P.O. Box 48 | Jeddah | Kingdom of Saudi Arabia | 21411 |
| 72. | Fouad Abdullah Fouad | P.O. Box 257<br>c/o Abdulla Fouad Company Ltd. | Dammam | Kingdom of Saudi Arabia | 31411 |
| 73. | Ghassan El Boulbol | c/o Liban Cables<br>P.O.Box 11-6008<br>Justinien Street<br>Chamber of Commerce | Beirut | Lebanon | |
| 74. | Ghobash Trading & Investment Co. L.L.C. | P.O. Box 2929<br>Zabeel Street<br>Al Khaleej Bldg | Dubai | United Arab Emirates | |
| 75. | Goldie International Holdings Limited | P.O. Box 424<br>Lefebvre Court<br>Lefebvre Street | St. Peter Port | Guernsey, U.K. | GY1 3WT |
| 76. | Good Tire Holding Co. Ltd. | P.O. Box 4692 | Safat | Kuwait | 13047 |
| 77. | Greenmeadows Ltd | c/o Cititrust Jersey<br>38 Esplanade<br>P.O. Box 728 | St. Helier, Jersey | Channel Islands, U.K. | JE4 8ZT |
| 78. | Gulf Projects Investment Company | Kuwait Stock Exchange Market<br>4th Floor<br>P.O. Box 22509 | Safat | Kuwait | 13066 |
| 79. | H.E. Ahmed Bin Suwaidan Al Balushi | Lower Ground Floor<br>2 Duke Street<br>Manchester Square | London | United Kingdom | WIU 3EH |
| 80. | H.E. Shaikh Faisal Bin Sultan Al Qassimi | P.O. Box 2570<br>GIBCA - GIBCA Tower<br>Khalifa Street | Abu Dhabi | United Arab Emirates | |
| 81. | H.E. Shaikh Mohammed Bin Khalifa Bin Hamad Al Thani | P.O. Box 22077 | Doha | Qatar | |
| 82. | Hamad S. Al-Sulaiman | P.O. Box 5490 | Jeddah | Kingdom of Saudi Arabia | 21422 |
| 83. | Hamzah Malass | P.O. Box 13-6300 | Beirut | Lebanon | |
| 84. | Hashim H. Abdulghaffar | P.O. Box 8484 | Makkah | Kingdom of Saudi Arabia | |
| 85. | Hassan Ashari | P.O. Box 466<br>Ashari Trading and | Riyadh | Kingdom of Saudi Arabia | 11411 |

|  | NAME | STREET ADDRESS | CITY | STATE OR COUNTRY | ZIP CODE |
|---|---|---|---|---|---|
|  |  | Contracting Corp. |  |  |  |
| 86. | Hassan Mosbah Dajani | 17 Dick Place | Edinburgh | Scotland, U.K. | EH9 2JU |
| 87. | Hassib T.W. Dajani | P.O. Box 3329 | Jeddah | Kingdom of Saudi Arabia | 21471 |
| 88. | Haytham & Khalid & Samir Al-Hamidi | P.O. Box 130 | Riyadh | Kingdom of Saudi Arabia | 11411 |
| 89. | Hiyam Foad Bairakdar | P.O. Box 615 | Doha | Qatar |  |
| 90. | Husain Ali Yateem | P.O. Box 60 | Manama | Kingdom of Bahrain |  |
| 91. | Husein Ali Alireza | P.O. Box 40 | Jeddah | Kingdom of Saudi Arabia | 21411 |
| 92. | Ibrahim A.S. Al Afaliq | Al-Houssain & Al-Afaliq Co. P.O. Box 200 | Hofuf | Kingdom of Saudi Arabia | 31982 |
| 93. | Ibrahim N. Zeineddin and Nayla N. Zeineddin and Heba N. Zeineddin | P.O. Box 763 | Jeddah | Kingdom of Saudi Arabia | 21421 |
| 94. | International Equities Limited | c/o Wafra Investment Advisory Group 345 Park Avenue 41st Floor | New York | U.S.A. | NY 10154-0101 |
| 95. | Investcorp Investment Holdings Limited | Investcorp Bank B.S.C. P.O. Box 5340 | Manama | Kingdom of Bahrain |  |
| 96. | Ismail Abdul Wahid Saeedi | P.O. Box 188 | Sharjah | United Arab Emirates |  |
| 97. | Jaidah Motors & Trading Company | P.O.Box 150 | Doha | Qatar |  |
| 98. | Jamil-Ishaq Channo Yussuf & Concepcion Sayago as trustees for The Channo Life Interest Settlement | c/o Abu Dhabi Audit Authority P.O. Box 435 | Abu Dhabi | United Arab Emirates |  |
| 99. | Jarir Investment | P.O. Box 3196 Jarir Plaza Olaya Main Street | Riyadh | Kingdom of Saudi Arabia | 11471 |
| 100. | Jassim M. Jaidah | P.O. Box 150 | Doha | Qatar |  |
| 101. | Jassim Y. Jamal and Ali Abdul Rahman Al Moftah | P.O. Box 137 | Doha | Qatar |  |
| 102. | Jawan Investments Limited | P.O. Box 2837 | Ruwi | Sultanate of Oman | 112 |
| 103. | Jayvee Enterprises Limited | P.O. Box 52 | Dubai | United Arab Emirates |  |
| 104. | K Company | P.O. Box 539 *** | Manama | Kingdom of Bahrain |  |
| 105. | Kabdah Limited | PO Box 599 | Safat | Kuwait | 13006 |
| 106. | Kanaksi, Kalpana, Pankaj and Nailesh Khimji | c/o Khimji Ramdas P.O. Box 19 | Muscat | Sultanate of Oman | 113 |
| 107. | Karima Holdings Limited | c/o Mr. Bashir Tahir Dhabi Group 304 Dhabi Tower, Hamdan Street P.O. Box 44222 | Abu Dhabi | United Arab Emirates |  |

| | NAME | STREET ADDRESS | CITY | STATE OR COUNTRY | ZIP CODE |
|---|---|---|---|---|---|
| 108. | Khaled Ahmed Juffali | c/o E.A. Juffali & Brothers P.O. Box 1049 | Jeddah | Kingdom of Saudi Arabia | 21431 |
| 109. | Khalid A.J. Alamdar | P.O. Box 3181 | Riyadh | Kingdom of Saudi Arabia | 11471 |
| 110. | Khalid Al Omran | P.O. Box 4571 | Al Khobar | Kingdom of Saudi Arabia | 31952 |
| 111. | Khalil P. Sholy | P.O. Box 8388 | Doha | Qatar | |
| 112. | Kisa Investments Limited | C/O Investcorp Bank B.S.C. P.O. Box 5340 | Manama | Kingdom of Bahrain | |
| 113. | Kulfiliz Sati | P.O. Box 3029 | Amman | Jordan | 11181 |
| 114. | Kumar L. Gandhi and Laichand K. Gandhi | P.O. Box 2572 | Manama | Kingdom of Bahrain | |
| 115. | Kuwait Society for the Handicapped | P.O. Box 6832 | Hawalli | Kuwait | 32043 |
| 116. | Lenah Mahdi T. Al Husseini | c/o Mr. Musa J. Al-Halabi P.O. Box 13367 | Jeddah | Kingdom of Saudi Arabia | 21493 |
| 117. | M/S. Yateem Real Estate Company | P.O. Box 60 | Manama | Kingdom of Bahrain | |
| 118. | Maganlal, Chandra and Ajay Karani | Prakash Trading Company P.O. Box 778 | Dubai | United Arab Emirates | |
| 119. | Maher Mohamed Al Nowaiser and Majdah Abdul Aziz Al Shenifi | P.O. Box 14315 | Jeddah | Kingdom of Saudi Arabia | 21424 |
| 120. | Mahesh Tourani & Ishwari Tourani | Wassulmull`s Establishment P.O. Box 274 | Dubai | United Arab Emirates | |
| 121. | Mansour Bin Mana Bin Jumah | P.O. Box 1179 | Al Khobar | Kingdom of Saudi Arabia | 31952 |
| 122. | Maskati Commercial Services W.L.L. | P.O. Box 5078 | Manama | Kingdom of Bahrain | |
| 123. | Masrafhold Limited | P.O. Box 494 AlBabtain Building King Abdul Aziz Street | Al Khobar | Kingdom of Saudi Arabia | 31952 |
| 124. | Matar Al Tayer | P.O. Box 7310 | Dubai | United Arab Emirates | |
| 125. | Moawia H. Al Hinti | P.O. Box 27355 | Riyadh | Kingdom of Saudi Arabia | 11417 |
| 126. | Mohamed Ahmed Bin Himd | P.O. Box 5972 | Jeddah | Kingdom of Saudi Arabia | 21432 |
| 127. | Mohamed Al Ohali | P.O. Box 4372 | Riyadh | Kingdom of Saudi Arabia | 11491 |
| 128. | Mohamed Ali Amin Saadi | P.O. Box 4414 | Riyadh | Kingdom of Saudi Arabia | 11491 |
| 129. | Mohammad Abdo Sweidan | P.O. Box 110242 Kettaneh Building | Beirut | Lebanon | |
| 130. | Mohammad Abdulrahman Al Fraih | P.O. Box 792 | Riyadh | Kingdom of Saudi Arabia | 11421 |
| 131. | Mohammed A. Al Shalawi | P.O. Box 2853 | Al-Khobar | Kingdom of Saudi Arabia | 31952 |
| 132. | Mohammed Al Refaey | Bin Hafeez Establishment P.O. Box 47180 | Abu Dhabi | United Arab Emirates | |

| | NAME | STREET ADDRESS | CITY | STATE OR COUNTRY | ZIP CODE |
|---|---|---|---|---|---|
| 133. | Mohammed Al Sabek | P.O. Box 2713 | Riyadh | Kingdom of Saudi Arabia | 11461 |
| 134. | Mohammed Ali M. Al Fayez | P.O. Box 1327 | Riyadh | Kingdom of Saudi Arabia | 11431 |
| 135. | Mohammed Bin Abdul Malik Bin Ebrahim Al Sheikh | P.O. Box 8054 | Riyadh | Kingdom of Saudi Arabia | 11482 |
| 136. | Mohammed Bin Abdullah Bin Abdul Latif Al Faraj | P.O. Box 402 | Dammam | Kingdom of Saudi Arabia | 31411 |
| 137. | Mohammed Omer Alsaggaf | P.O. Box 853 | Jeddah | Kingdom of Saudi Arabia | 21421 |
| 138. | Mohammed Saif Al-Den Ibrahem Al-Turkmani | P.O. Box 2341 | Riyadh | Kingdom of Saudi Arabia | 11451 |
| 139. | Mohammed Yousef Al Aali & Ibrahim A. Al Baker | P.O. Box 3529 | Doha | Qatar | |
| 140. | Mr. Ahmed Mohammed Badeib | PO Box 512 | Jeddah | Kingdom of Saudi Arabia | |
| 141. | Mr. Easa Hussain Al Yousifi | PO Box 126 | Safat | Kuwait | 13002 |
| 142. | Musa Jawdat Halabi | P.O. Box 9691 Abdulaziz Abdullah Al Sulaiman & Bros. | Jeddah | Kingdom of Saudi Arabia | 21423 |
| 143. | Muzainco Enterprises W.L.L. | P.O. Box 2017 | Safat | Kuwait | 13021 |
| 144. | Nabeel, Samir, Saad, Huda & Nada Mohammed Shuaib | P.O. Box 115 | Safat | Kuwait | 13002 |
| 145. | Nabillah Mashour Ali Al Harithy | c/o Sharif Adel Mashour Al Harithy P.O. Box 10161 | Jeddah | Kingdom of Saudi Arabia | 21433 |
| 146. | Nafez Al Jindi | P.O. Box 19413 Saudi Diyar Consultants | Jeddah | Kingdom of Saudi Arabia | 21435 |
| 147. | Nasper Holding Limited | Sana Building - Najda Street P.O. Box 2436 | Abu Dhabi | United Arab Emirates | |
| 148. | Nasser & Abdulaziz Al Saleh | P.O. Box 2930 | Riyadh | Kingdom of Saudi Arabia | 11461 |
| 149. | Nasser K. Jaidah and Ibrahim K. Jaidah | P.O. Box 15999 | Doha | Qatar | |
| 150. | Nazir J. Sati | P.O. Box 3029 | Amman | Jordan | 11181 |
| 151. | Nicholas Chatila | Chatila S.A. 29, Rue Du Rhone | Geneva | Switzerland | 1204 |
| 152. | Nooruddin Abdulla Nooruddin | P.O. Box 2131 | Manama | Kingdom of Bahrain | |
| 153. | Nora Sabhan Ali Al Sabhan | P.O.Box 15689 | Riyadh | Kingdom of Saudi Arabia | 11454 |
| 154. | Nour T. Beydoun | P.O. Box 10569 | Jeddah | Kingdom of Saudi Arabia | 21443 |
| 155. | Oman United Holding Company S.A.O.G. | P.O. Box 1522 | Ruwi | Sultanate of Oman | 112 |
| 156. | Omar Abdulkader Bajamal | P.O. Box 811 | Jeddah | Kingdom of Saudi Arabia | 21421 |
| 157. | Omar Sulaiman AlKazi | P.O. Box 626 | Safat | Kuwait | 13007 |
| 158. | Osan Limited | P.O. Box 227 | Jeddah | Kingdom of Saudi Arabia | 21411 |

| | NAME | STREET ADDRESS | CITY | STATE OR COUNTRY | ZIP CODE |
|---|---|---|---|---|---|
| 159. | Ossama Sadek Omar | Dar Al Handassah Consulting P.O. Box 40358 | Doha | Qatar | |
| 160. | Peekay Intermark Limited | P.O. Box 844 | Dubai | United Arab Emirates | |
| 161. | Perfect Limited | Al Babtain Group P.O. Box 766 | Safat | Kuwait | 13008 |
| 162. | Peristrojka Stiftung | c/o Investcorp Bank B.S.C. P.O. Box 5340 | Manama | Kingdom of Bahrain | |
| 163. | Perlier Investments Co Ltd | c/o Al Fardan Group of Companies P.O. Box 9948 | Doha | Qatar | |
| 164. | Peter Jago & Hoda Jago | c/o Martini Technotrans (Capt. Peter Jago) Zone De Fret Aeroport Nice Cote D'Azur | Nice | France | 6056 |
| 165. | Qibla Limited | P.O. Box 621 Le Gallais Chambers 54 Bath Street St. Helier | Jersey | Channel Islands | JE4 8YD |
| 166. | R&H Trust Co (Jersey) Limited - Account 63700 | P.O. Box 83 Ordinance House 31 Pier Road | St. Helier, Jersey | Channel Islands | JE4 8PW |
| 167. | Rashad M. Al Zubair | P.O. Box 1127 | Ruwi | Oman | 112 |
| 168. | Saad Abdul Aziz Al Houssain | A & H Group of Companies P.O. Box 147 Al Hasa | Al Hofuf | Kingdom of Saudi Arabia | 31982 |
| 169. | Saad Al-Wazzan | Abdul Aziz Al-Ali Al-Wazzan Sons Co. P.O. Box 1251 | Safat | Kuwait | 13013 |
| 170. | Saad Saleh Almangour | P.O. Box 27 | Dammam | Kingdom of Saudi Arabia | 31411 |
| 171. | Saleh Abdulaziz Al-Omair | P.O. Box 23344 | Riyadh | Kingdom of Saudi Arabia | 11426 |
| 172. | Saleh Ali Al-Athel | P.O. Box 4143 King Abdul Aziz Street | Riyadh | Kingdom of Saudi Arabia | 11149 |
| 173. | Saleh M. Hajaj | Saudi Logistics & Technical Support P.O. Box 57085 | Riyadh | Kingdom of Saudi Arabia | 11574 |
| 174. | Salhia Real Estate Company | P.O. Box 23413 | Safat | Kuwait | 13095 |
| 175. | Sami Elias Shukri Constantine and Basima Ayoubi Constantine | c/o Mrs. Farida Kazerooni P.O. Box 5340 | Manama | Kingdom of Bahrain | |
| 176. | Sami H. Fayez | P.O. Box 5445 Zuhair Fayez Partnership Consultants | Jeddah | Kingdom of Saudi Arabia | 21422 |
| 177. | Sami Sulaiman Magboul | P.O. Box 14782 | Jeddah | Kingdom of Saudi Arabia | 21434 |
| 178. | Samir N. Abdul Hadi & Malak S. Abdul Hadi | P.O. Box 688 | Sharjah | United Arab Emirates | |
| 179. | Sayyid Salim Bin Nassir Al Busaidi | P.O. Box 3565 | Ruwi | Sultanate of Oman | 112 |

|  | NAME | STREET ADDRESS | CITY | STATE OR COUNTRY | ZIP CODE |
|---|---|---|---|---|---|
| 180. | Seddiqi & Sons | P.O. Box 2123 | Dubai | United Arab Emirates |  |
| 181. | Seline Holdings Limited | C/o Mr and Mrs Zouheir Achour<br>41 Thames Quay<br>Chelsea Harbour | London SW10 0UY | United Kingdom |  |
| 182. | Sh. Ahmed Bin Hamad Bin Khalid Al Thani and Sh. Ali Bin Hamad Bin Khalid Al Than | P.O. Box 1362 | Doha | Qatar |  |
| 183. | Sh. Mohammed Bin Suhaim Al Thani | P.O. Box 326 | Doha | Qatar |  |
| 184. | Shahira Al-Turkmani | PO Box 2341 | Riyadh | Kingdom of Saudi Arabia | 11451 |
| 185. | Shaikh Abdulaziz A. Sharbatly | P.O. Box 6493<br>Development Est. For Trade & Contracting | Jeddah | Kingdom of Saudi Arabia | 21442 |
| 186. | Shaikh Ali Bin Hussain Bin Musallam | c/o Alcifinance S.A.<br>7 Rue du Mont Blanc | 1201 Geneva | Switzerland |  |
| 187. | Sheik Mohamad Bin Hamad Al Thani | P.O. Box 7644 | Doha | Qatar |  |
| 188. | Sheikh Ahmed Mohammed Bin Omeir | Al Hinani Group<br>P.O. Box 2157 | Ruwi | Sultanate of Oman | 112 |
| 189. | Shuaib Abdullah Shuaib | c/o Arthur Andersen Al-Bazie Co.<br>P.O. Box 2115 | Safat | Kuwait | 13022 |
| 190. | Stanwood Properties Limited | c/o Ilex Trust Services S.A.<br>P.O. Box 3338 | 1211 Geneva 3 | Switzerland |  |
| 191. | Sulaiman Ahmed Said Al Hawqani | P.O. Box 6 | Nizwa | Sultanate of Oman | 611 |
| 192. | Sulaiman Hamad AlKazi | P.O. Box 626 | Safat | Kuwait | 13007 |
| 193. | Suleiman Bin Ahmed Said Al Huqani | P.O. Box 1091 | Al Ain | United Arab Emirates |  |
| 194. | Suleiman Hasan Sharif Mansour & Hiyam Mosbah Dajani | P.O. Box 1623 | Jeddah | Kingdom of Saudi Arabia | 21441 |
| 195. | Tamarind Investments Limited | c/o Secundus Nominers (Jersey) Limited<br>P.O. Box 728<br>38 Esplanade | St Helier, Jersey | Channel Islands, U.K. | JE4 8ZT |
| 196. | The Monument Trust Co. Ltd. (Dolphin Settlement) | c/o Mr. Ismail Amin<br>P.O. Box 140 | Manama | Kingdom of Bahrain |  |
| 197. | The Mutawa AlKazi Co. Ltd. | P.O. Box 626 | Safat | Kuwait | 13007 |
| 198. | The Pension Fund Commission (Civilian) | P.O. Box 5250 | Manama | Kingdom of Bahrain |  |
| 199. | The Pension Fund Commission (Military) | P.O. Box 5250 | Manama | Kingdom of Bahrain |  |
| 200. | Tinsel Ltd | c/o Russell Wood Limited<br>19 Berkeley Street | London | U.K. | W1J 8ED |
| 201. | Topclub Ltd. | P.O. Box 1676 | Muttrah | Oman | 114 |

| | NAME | STREET ADDRESS | CITY | STATE OR COUNTRY | ZIP CODE |
|---|---|---|---|---|---|
| 202. | Trade Union Insurance Company, E.C. | P.O. Box 1022 | Al Khobar | Kingdom of Saudi Arabia | 31952 |
| 203. | Vintage Investments Limited | P.O. Box 634 St. Paul's Gate New Street St. Helier | Jersey | Channel Islands | JE4 8YP |
| 204. | Virosa Limited | c/o Investcorp Bank B.S.C. P.O. Box 5340 | Manama | Kingdom of Bahrain | |
| 205. | Walid Ahmed Juffali | P.O. Box 1049 | Jeddah | Kingdom of Saudi Arabia | 21431 |
| 206. | Whalley Investments Limited | Le Gallais Chambers P.O. Box 621 54 Bath Street | St. Helier, Jersey | Channel Isles, U.K. | JE4 8YD |
| 207. | White Crystals | P.O. Box 54308 | Riyadh | Kingdom of Saudi Arabia | 11514 |
| 208. | Y.K.A. Estate Corporation | c/o Y.K. Almoayyed & Sons B.S.C. (c) Almoayyed Building Government Avenue P.O. Box 143 | Manama | Kingdom of Bahrain | |
| 209. | Yousef & Salem & Osamah M. Y. Al Nisf | P.O. Box 871 | Safat | Kuwait | 13009 |
| 210. | Yousef A. Alahaidib and Sheikha M. Alfadda | P.O. Box 548 | Riyadh | Kingdom of Saudi Arabia | 11421 |
| 211. | Zent International Limited | c/o Zubair Enterprises LLC P.O. Box 1127 | Ruwi | Oman | 112 |
| 212. | Zubaida Moosa Abdul Rahman Al Raisi | P.O. Box 4 | Muscat | Sultanate of Oman | 113 |
| 213. | Zuheir Y. Alami & Alia Z. Alami | c/o Khatib and Alami P.O. Box 688 | Sharjah | United Arab Emirates | |